IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2007 NOV 28 ⊃ 12: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Roger Zorn | ) |
| and | ) |
| Vonnie Zorn | ) |
| | ) |
| | ) |
| **Plaintiff(s)** | ) |
| | ) |
| v. | ) |
| | ) |
| Integon Insurance Co. | ) |
| Auto Owners Insurance Co. | ) |
| River Forks Imports (river Fork Antiques) | ) |
| Christoper T. Thames | ) |
| Ron Thames (Ronnie) | ) |
| Att. James Green | ) |
| Att. Michael S. Burtt | ) |
| Att. Craig B. Morris | ) |
| Att. Cory H. Driggers | ) |
| Att. James W. Kelly | ) |
| Att. Harry Samuel Prim III | ) |
| Att. Henry F. Lee | ) |
| Att. Lee Wendell Loder | ) |
| Att. Earl Barle Moody | ) |
| Att. David w. Rousseau | ) |
| Att. Barbara W. Wade | ) |
| Levin, papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | ) |
| Daniell, Upton, Perry and Morris, P.C. Morris, Cary, Andrews and Talmadge, LLC | ) |
| Ruben R. Garcia MD | ) |
| Jana M. Holland MD | ) |
| Robert Ignasiak MD | ) |
| Henry David Cook MD | ) |
| Ruben Timmons MD | ) |
| Gary E. Gerhand MD | ) |
| John Hutchison Psy. D. | ) |
| State of Alabama, Office of the Attorney General | ) |
| Alabama State Bar, Displinary Commission | ) |
| Haufe, Scott M W MD | ) |
| Anthony R. Mork MD | ) |
| Microspine Inc. | ) |
| **Defendant(s)** | |

CIVIL ACTION NO.

1:07cv1048 - WKW

**DEMAND FOR JURY TRIAL**

## COMPLAINT

1.    Plaintiff(s)' address and telephone number    Roger Zorn 3212 State Hwy. 2 East
Westville, Florida 32464 Phone Number 850-859-3829 and Vonnie Zorn
4051 State Hwy 2 East, Westville, Florida 32464

2 .    Name and address of defendant(s): _____

Integon Insurance Co. Jacksonville, Florida; Auto Owners Insurance Co, Montgomery, Alabama

River Forks Imports (River Fort Antiques) 414 E. Magnolia Avw.  Geneva, Alabama 36340;  Christopher T. Thames Rt 2 Box 27 Samson, Ala 36477

Ron Thames (Ronnie) P.O. Box 63 Geneva, Ala 36340; Att. James Green 625 North Ninth Avenue Pensacola, Florida 32501;

Att. Michael S. Burtt 656 W. Garden St. Pensacola,Florida 32534; Att. Craig B. Morris 30421 Hwy 181 Daphine, Alabama 36526; Att. Cory H. Driggers

P.O. Box 1649, 3334 Ross Clark Circle Dothan, Alabama 36302; Att. James W. Kelly P.O. Box 9 609

S. Commerce St. Geneva, Alabama 36340; Att. Harry Samuel Prim III P.O. Box 2147 Dothan, Alabama 36302;

Att. Henry F. Lee P.O. Box 129, 310 Commerce Street Geneva, Alabama 36340; Att. Lee Wendell Loder P.O. Box 13545

Birmingham, Alabama 35202-3545; Att. Earl Barle Moody Birmingham, Alabama Phone:205-980-0021; Att. Michael J. Gamble

206 East Main Street Dothan, Alabama 36301; Att. David W. Rousseau 211 West Adams Street Dothan, Alabama 36303; Att. Barabra W.

Wade 211 West Adams Street Dothan, Alabama 36303; Levin, Papantonio, Thamas, Mitchell, Echsner & Proctor, P.A. 316 South

Baylen Street Suite 600 Penscola, Florida; Daniell, Upton, Perry and Morris, P.C. 30421 Malbis Plantation Pkwy. Daphine, Alabama 36526;

Morris, Cary, Andrews and Talmadge, LLC. 3334 Ross Clark Circle Dothan, Alabama 36303; Ruben R. Garcia MD 411 E. Nelson Ave.

DeFuniak Springs, Florida 32435; Jana Holland MD 785 S. 2nd Street DeFuniak Springs, Florida 32435 and 21 West Ave. DeFuniak Springs,

Florida 32435; Robert Ignasiak MD 452 Mallet Bayou Rd. Freeport, Fl 32439; Henry David Cook MD Pace, Florida; Ruben Timmons MD

510 Corday St. Pensacola Florda; Gary E. Gerhard MD 8333 North Davis Hwy. Pensacola, Fl; John Hetchison Psy. D. 83333 N. Davis Hwy

Pensacola, Florida; State of Alabama Office of the Attorney General 11 South Union Street Montgomery, Alabama 36130;

Alabama State Bar Disciplinary Commission P.O. Box 671 Montgomery, Al. 36101-0671; Haufe, Scott M W MD 101 Microspine Way

DeFuniak Springs, Fl 32435; Microspine Inc. 101 Microspine Way DeFuniak Springs, Fl 32435

3.    Place of alleged violation of civil rights: _____ **Geneva, Alabama** _____

4.    Date of alleged violation of civil rights: _____ **08-03-98** _____

5.    State the facts on which you base your allegation that your constitutional rights have been violated: **by being denied due process: U.S.C. Article I (14);**

**Alabama Constitution Article I (II) and all of Article I (Preamble)...**

**thru deliberate indifference & Pure Negligence.**

**Relief requested:** **Attorney David Rousseau to return the case file and**

**the nine MRI's of my head and back to be introduced**

**as evidence in this court case;Dr. Anthony R. Mork to**

**finish operating on my lower that I need fixed; and five**

**Hundred Million dallors...**

Date: _11·22·07_                    _[signature]_

_[signature]_
**Plaintiff(s) Signature**

AST-27
REV. 1/82

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Shaded Areas To Be Used By Data Processing Only

Sheet 1 of 2 Sheet(s)

Microfilm No. _____

DPS Accident No. _____

Local Case No. **98-2000**

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | M—Municipal | Local Zone |
|---|---|---|---|---|---|---|---|---|
| 08 03 1998 | 1302 | M T W TH F S S | 34 | GENEVA | | I—Interstate  S—State | P—Private Prop. | 01 |
| Month Day Year | AM/PM | | | | | F—Federal  C—County | O—Other | |

On Street, Road or Highway: **E. Magnolia**
At Intersection of or Between (Node 1): **S. Fulton**
And (Node 2): **S. Clark**

Street or Road Code: **3196**
Node Code: **216**
Node Code: **215**
Feet/Miles: **130.00**
From 1 or 2 (Circle One)
Node: **1**

Highway Classification codes listing (01–18, 20–25, 30–42, 50–58, 60–68, 70–74, 75–99) — various collision/event codes.

Intersection Related: 1-Node 1  2-Node 2  ☒ Not Int. Related
Mile Post: _____
Control Access Hwy Loc: 1-Main Rd  2-Frontage Rd  3-Interchange  4-Entrance Ramp  5-Exit Ramp
No. of Vehicles: 2
No. Pedestrians: 
No. Injured: 1
No. Fatalities: 
Prime Contr Circms: **05**
Prime Contr Unit No: 1
Unit 1 Type: 
Unit 2 Type: 

First Harmful Event: **20**
Event Location: 1
Distance to Fixed Object: **N/A FT.**

## UNIT NO 1 — LEFT SCENE / COM VEH / VEHICLE 1

Driver Full Name: **Christopher T. Thames**
Street Address: **Rt 2 Box 27**
City and State: **Samson, AL**
ZIP: **36477**
Telephone No.: **898-7437**

DOB: **08 02 1971**  Race: **W**  Sex: **M**  DL State: **AL**  Driver Licen No: **6573528**
DL Class: **Dm**  DL Status: **S**  CDL Status: **N**  List Endorsements Not Complied With: **N**  Residence Less Than 25 Miles: **N**

Place of Employment: **River Forks Antiques  Geneva  AL**
Liability Insurance Co.: **Center Ins Co  Geneva AL**
Social Security No.: **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**

Driver Condition: 0-No Defect  1-Apparently Asleep  4-Ill  8-Other  9-Unknown
Sobriety: Officer's Opinion: Alcohol: Yes No  Drugs: Yes No
Type Test Given: No Test
1-Blood Test  2-Urine Test  3-Breath Test  4-Unable to Administer
Refused Test: **N/A**
Test Resu: **N/A**

Maneuver: **18**  Travel Road Name: **E. Magnolia**  Road Code: **3196**  Travel Direction: N E S W  A-Not on Rd  U-Unk: **99**
Other Contr Circumstance: **20**  Prime Harm Event: Event Loc:

Veh Year: **1996**  Make: **Dodge**  Model: **Ram**  Body: **NA**  V.I.N.: **3B7MC33C8TM118458**
License Tag Number: **34AZ804**  State: **AL**  Year: **19**

Owner's Name: **Ron Thames**  Street or R.F.D.: **P.O. Box 63**  City: **Geneva**  State: **AL**  ZIP: **36340**

**Type:** 1-Auto  2-Sta Wagon  3-Pick Up  4-Van  5-Truck Tractor  6-Other Truck  7-Comm. Bus  8-School Bus  9-Other Bus  10-Motorcycle
11-Moped  12-M Scooter  13-Pedal Cycle  14-Farm Mach.  15-Train  16-Road Equip  17-Ridden Animal  18-H Home (R.V.)  19-ATV  98-Other

**Usage:** ①-Personal  2-Driver Trng.  3-Construction  4-Ambulance/Paramedical  5-Military  6-Taxi  7-Transport Prop.  8-Agriculture  9-Wrecker/Tow
10-Police  ⑪-Other Business  98-Other

**Hazardous Cargo:** ①-None  2-Explosive  3-Gas  4-Flam/Combust Liq.  5-Flammable Solids  6-Oxidizer/Peroxide  7-Poison  8-Radioactive Matl.  9-Corrosive Material  98-Other
Oversized Load (Req. Permit): Yes No ⓝⓐ  If Yes, Did Owner Have Permit? Yes No

**Attachment:** ①-None  2-Mobile Home  3-Semi Trailer  4-Utility Trailer  5-4-Wheel Trailer  6-Boat Trailer  7-Camper Trailer  8-Towed Vehicle  9-Tanker  10-Pole Trailer  11-Double Trailer  98-Other

**Contributing Defect:** ⑨-None  1-Brakes  2-Steering  3-Power Plant  4-Suspension  5-Tires  6-Exhaust  7-Lights  8-Turn Signal  9-Windows/W. Shield  10-Restraint Sys.  11-Wheels  12-Truck Coupling  13-Cargo  14-Fuel System  99-Unknown

Circle areas Damaged On Diagram

Speed Limit: **30 MPH**  Est. Speed: **40 MPH**  Citation Offense Charged: **NONE**
Damage Severity: 1-None Visible  ②-Not Disabled  3-Disabled
Vehicle Towed Away? Yes No  Occupants in Unit: 1  Total Injuries in Unit: 1
Enter Point of Initial Impact: **1**

Vehicle Towed By Whom: **N/A**  To Where: **N/A**

## UNIT NO 2 — LEFT SCENE / COM VEH / VEHICLE OR PEDESTRIAN

Driver/Pedestrian Full Name: **Roger J. Zorn**
Street Address: **3212 Hwy 2 East**
City and State: **Westville, FL**
ZIP: **32464**
Telephone No.: **859-2775**

DOB: **07 19 1959**  Race: **W**  Sex: **M**  DL State: **FL**  Driver Licen No: **2-650-730-59-259-0**
DL Class: **D**  DL Status: **C**  CDL Status: **U**  List Endorsements Not Complied With: **U**

Place of Employment: **FL Dept of Corrections**
Liability Insurance Co.: **Integon**  Ph: **850 892-3184**
Social Security No.: **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**

Driver/Ped Condition: ⓪-No Defect  1-Apparently Asleep  4-Fatigued  8-Other  9-Unknown
Sobriety: Officer's Opinion: Alcohol: Yes No  Drugs: Yes No
Type Test Given: No Test
1-Blood Test  2-Urine Test  3-Breath Test  4-Unable to Administer
Refused Test: **N/A**
Test Results: **N/A**

Maneuver: **1**  Travel Road Name: **E. Magnolia**  Road Code: **3196**  Travel Direction: N E S W  A-Not on Rd  U-Unk: **99**
Other Contr Circumstance: **20**  Prime Harm Event: Event Loc:

Veh Year: **1987**  Make: **Pont**  Model: **Firebird**  Body: **2D**  V.I.N.: **1G2FS21SOHN212691**
License Tag Number: **RKT 35 B**  State: **AL**  Year: **1998**

Owner's Name: **Same as Driver**  Street or R.F.D.:  City:  State:  ZIP:

**Type:** ①-Auto  2-Sta Wagon  3-Pick Up  4-Van  5-Truck Tractor  6-Other Truck  7-Comm. Bus  8-School Bus  9-Other Bus  10-Motorcycle  (same subcodes)

**Usage:** ①-Personal  2-Driver Trng.  3-Construction  4-Ambulance/Paramedical  5-Military  6-Taxi  7-Transport Prop.  8-Agriculture  9-Wrecker/Tow  10-Police  11-Other Business  98-Other

**Hazardous Cargo:** ①-None  (same subcodes)
Oversized Load (Req. Permit): Yes No ⓝⓐ  If Yes, Did Owner Have Permit? Yes No

**Attachment:** ①-None  (same subcodes)

**Contributing Defect:** ⑨②-None  (same subcodes)

Circle areas Damaged On Diagram

Speed Limit: **30 MPH**  Est. Speed: MPH  Citation Offense Charged: **NONE**
Damage Severity: 1-None Visible  2-Not Disabled  ③-Disabled
Vehicle Towed Away? ⓨⓔⓢ No  Occupants in Unit: **2**  Total Injuries in Unit:
Enter Point of Initial Impact: **5**

Vehicle Towed By Whom: **Hayes Wrecker Service**  To Where: **Hayes "Local"**

## CODES

| Contributing Circumstances | Improper Driving Maneuver | Driver Maneuver | Pedestrian Action |
|---|---|---|---|
| 01-Improper Passing | 16-Improper Driving Leaving | 26-Veh Pushed by Person | 01-Go Straight Ahead | 14-Left Turn | 64-Ped/Cyc Rode Across Road | 01-Cross/Enter — Intersection |
| 02-Improper Lane Change/Usage | 17-Road Defects | 26-Veh Left Road | 02-Pass on Left | 15-U-Turn | 65-Ride or Bike Path | 02-Cross/Enter — Other |
| 03-Improper Turn (3 Turns) | 18-Vision Obstruction | 27-Under Repair/Const | 03-Pass on Right | 16-Start in Traffic | 66-Enter Parked Position | 03-Walk/Run Along — With Traffic |
| 04-Following Too Close | 19-Defective Equipment | 28-Load Shift | 04-Pass on Night | 17-Start in Traffic | 67-Enter Parked Position | 04-Walk/Run Along — Against Traffic |
| 05-Improper Stopping Etc | 20-Tire | 29-Ruts/Bumps/Pot Holes | 05-Proper Change Lane Veh | 18-Backing | 68-Get on/off Vehicle | 05-Stand or Roadway |
| 06-Over Speed Limit | 21-Under Min Speed | 30-Peel Vehicles | 06-Proper Stopped | 19-Slowing/Stopping | 69-Parked — Legally | 06-Push/Work on Vehicle |
| 07-Over Speed/Prevare/Vess | 22-Improper Load | 31-Other Objects | 07-Straight on Stopped | 20-Stopped in Traffic | 70-Parked — Illegally | 07-Ped/Work on Vehicle |
| 08-Remove Object/Flash/Veh | 23-Improper Attachment | 32-Ped Under Influence | 08-Change Lanes — Left | 21-Avoid Object in Road | 81-Backing | 08-Road — Flagging |
| 09-Improper Backing | 24-Fail to Yield Right-of-Way | 33-Illegal/Improper Parking | 09-Merge — Left | 22-Losing/Provide Road/Traffic | 82-Pushed by Vehicle | 09-Road — Fleeing |
| 10-Lost Control | 25-Driver Condition | 34-Moving Vehicle | 10-Merge — Right | 23-Ped/Cyc Rode with Traffic in Road | 83-Pushed by Pedestrian | 10-Not on Road |
| 11-Improper Signal | 26-Veh Pushed by Person | 35-Unknown | 11-Wrong Side of Road | 24-Ped/Cyc Rode against Traffic in Road | 84-Pushed | 98-Other |
| 12-Fail to Heed Signs/Signal | 27-Veh Pushed/Intend by Veh | 98-Unknown | 12-Wrong Way — 1 Way | 25-Pedalcycle | | |

Event Loc: 1 2

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Shaded Areas To Be Used By Data Processing Only    Sheet **2** of **2** Sheet(s)    Microfilm No. _____    Local Case No. **98-2000**

## LOCATION AND TIME

| Date **08 03 1998** Month Day Year | Time **1302** | AM PM | Day of Week S M **T** W TH F S S | County **34** | City **Geneva** | Rural | Highway Classification: 1-Interstate **S**-State M-Municipal 1-Federal C-County P-Private Prop. O-Other | Local Zone **01** |

On Street, Road or Highway **E Magnolia**    At Intersection of or Between (Node 1) **S. Fulton**    And (Node 2) **S. Clark**

| NONCOLLISION EVENT | COLLISION EVENT |
Accident No. **98-2000**

**S196** Street or Road Code **216**    Node 1 Code **215**    1310 PP Feet From Node 1 or 2 (Circle One)

Intersection Related: 1-Node 1 2-Node 2 **N** Not Int. Related

Mile Post

Control Access Hwy Loc.: 1-Main Rd 2-Frontage Rd    3-Interchange 4-Entrance Ramp 5-Exit Ramp **6**-N/A    Prime Contr. Circms **05**    Prime Contr. Unit No.

First Harmful Event **20**    Event Location **1**    Distance to Fixed Object **N/A** FT.    No. of Vehicles    No. Pedestrians    No. Injured    No. Fatalities    Unit 1 Type    Unit 2 Type

## [3] UNIT NO    LEFT SCENE    COM VEH    UNIT 1

**DRIVER**

Driver Full Name **Ethel M Harris**    Street Address **802 N, Azalea**    City and State **Geneva, AL**    ZIP **36340**    Telephone No. **684-2586**

DOB **11 30 1918** Month Day Year | Race **W** | Sex **F** | Driver License No. **AL 1037957** | DL Class **D** | DL Status **m C** | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles

Place of Employment **Retired**    Liability Insurance Co. **State Farm**    Social Security No. **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**

Driver Condition: 1 **No Defect** 2-Apparently Asleep 3-Fatigued 4-Ill 8-Other 9-Unknown | Sobriety | Officer's Opinion: Alcohol: Yes **No** Unk Drugs: Yes **No** Unk | Type Test Given: **8**-No Test 1-Blood Test 2-Breath Test 3-Urine Test 4-Unable to Administer | Refused Test | Test Result **N/A**

Maneuver **19**    Travel Road Name **E. Magnolia**    Road Code **S196**    Travel Direction N E S **N**-At-on Rd U-Unk **W**    Other Contr. Circumstance **99**    Prime Harm Event **20**    Event Loc

Veh Year **1994** | Make **OLDS** | Model **Cierra** | Body **4D** | V.I.N. **1G3AG55M5R6418413**    License Tag Number **34AM270**    State **AL** Year **199**

Owner's Name **SAME AS DRIVER**    Street or R.F.D.    City    State    ZIP

### VEHICLE

| Type | Usage | Hazardous Cargo | Attachment | Contributing Defect |
| 1-**Auto** 11-Moped 2-StaWagen 12-M. Scooter 3-Pick Up 13-Pedal Cycle 4-Van 14-Farm Mach 5-Truck Tractor 15-Train 6-Other Truck 16-Road Equip. 7-Comm. Bus 17-Ridden Animal 8-School Bus 18-M. Home (R.V.) 9-Other Bus 19-ATV 10-Motorcycle 98-Other | 1-**Personal** 10-Police 2-Driver Trng. 11-Other Business 3-Construction 4-Ambulance/ Paramedical 12-Bus/Pass. Transport. 5-Military 13-Fire Fighting 6-Taxi 98-Other 7-Transport Prop 8-Agriculture 9-Wrecker/Tow | 1-**None** 2-Explosive 3-Gas 4-Flam/Combust Lig. 5-Flammable Solids 6-Oxidizer/Peroxide 7-Poison 8-Radioactive Matl. 9-Corrosive Material 98-Other | 1-**None** 2-Mobile Home 3-Semi Trailer 4-Utility Trailer 5-4-Wheel Trailer 6-Boat Trailer 7-Camper Trailer 8-Towed Vehicle 9-Tanker 10-Pole Trailer 11-Double Trailer 98-Other | **99**-None 9-Windows/ W. Shield 1-Brakes 2-Steering 10-Restraint Sys. 3-Power Plant 11-Wheels 4-Suspension 12-Truck Coupling 5-Tires 6-Exhaust 13-Cargo 7-Lights 14-Fuel System 8-Turn Signal 98-Other 99-Unknown |

Oversized Load (Reg. Permit) Yes **No**    If Yes, Did Owner Have Permit? Yes No **N/A**

Circle areas Damaged On Diagram    Enter Point of Initial Impact **5**    Attachment

Speed Limit **30** MPH Est. Speed **00** MPH    Citation Offense Charged **NONE**    Damage Severity: 1-None Visible **2**-Not Disabled 3-Disabled    Vehicle Towed Away? Yes **No**    Occupants in Unit    Total Injuries in Unit

Vehicle Towed By Whom: **N/A**    To Where: **N/A**

## [4] UNIT NO    LEFT SCENE    COM VEH    VEHICLE OR PEDESTRIAN

**DRIVER**

Driver/Pedestrian Full Name **Patricia Ann Stewart**    Street Address **Rt 2 Box 361**    City and State **Geneva, AL**    ZIP **36340**    Telephone No. **684-3275**

DOB **03 15 1963** Month Day Year | Race **W** | Sex **F** | Driver License No. **AL 6725982** | DL Class **D** | DL Status **C** | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles

Place of Employment **Unemployed**    Liability Insurance Co. **NONE**    Social Security No. **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**

Driver/Ped Condition: 1 **No Defect** 2-Apparently Asleep 3-Fatigued 4-Ill 8-Other 9-Unknown | Sobriety | Officer's Opinion: Alcohol: Yes **No** Unk Drugs: Yes **No** Unk | Type Test Given: **8**-No Test 1-Blood Test 2-Breath Test 3-Urine Test 4-Unable to Administer | Refused Test | Test Results **N/A**

Maneuver/Action **14**    Travel Road Name **E. Magnolia**    Road Code **S196**    Travel Direction N E S **N**-At-on Rd U-Unk    Other Contr. Circumstance    Prime Harm Event **20**    Event Loc

Veh Year **1981** | Make **FORD** | Model **LTD** | Body **4D** | V.I.N. **2FABP3SG0BB154436**    License Tag Number **34AY733**    State **AL** Year **1998**

Owner's Name **SAME AS DRIVER**    Street or R.F.D.    City    State    ZIP

### VEHICLE

| Type | Usage | Hazardous Cargo | Attachment | Contributing Defect |
| 1-**Auto** 11-Moped 2-StaWagen 12-M. Scooter 3-Pick Up 13-Pedal Cycle 4-Van 14-Farm Mach 5-Truck Tractor 15-Train 6-Other Truck 16-Road Equip 7-Comm. Bus 17-Ridden Animal 8-School Bus 18-M. Home (R.V.) 9-Other Bus 19-ATV 10-Motorcycle 98-Other | 1-**Personal** 10-Police 2-Driver Trng. 11-Other Business 3-Construction 4-Ambulance/ Paramedical 12-Bus/Pass. Transport. 5-Military 13-Fire Fighting 6-Taxi 98-Other 7-Transport Prop 8-Agriculture 9-Wrecker/Tow | 1-**None** 2-Explosive 3-Gas 4-Flam/Combust Liq. 5-Flammable Solids 6-Oxidizer/Peroxide 7-Poison 8-Radioactive Matl. 9-Corrosive Material 98-Other | 1-**None** 2-Mobile Home 3-Semi Trailer 4-Utility Trailer 5-4-Wheel Trailer 6-Boat Trailer 7-Camper Trailer 8-Towed Vehicle 9-Tanker 10-Pole Trailer 11-Double Trailer 98-Other | **99**-None 9-Windows/ W. Shield 1-Brakes 2-Steering 10-Restraint Sys. 3-Power Plant 11-Wheels 4-Suspension 12-Truck Coupling 5-Tires 6-Exhaust 13-Cargo 7-Lights 14-Fuel System 8-Turn Signal 98-Other 99-Unknown |

Oversized Load (Reg. Permit) Yes **No**    If Yes, Did Owner Have Permit? Yes No **N/A**

Circle areas Damaged On Diagram    Enter Point of Initial Impact **5**    Attachment

Speed Limit **30** MPH Est. Speed **00** MPH    Citation Offense Charged **NONE**    Damage Severity: 1-None Visible 2-**Not Disabled** 3-Disabled    Vehicle Towed Away? Yes **No**    Occupants in Unit    Total Injuries in Unit

Vehicle Towed By Whom: **N/A**    To Where: **N/A**

## CODES

| Contributing Circumstances | Driver Maneuver | Pedestrian Action | Event Loc |
| 01-Improper Passing 02-Improper Lane Change 03-Improper Turn/U-Turn 04-Following Too Close 05-Improper Stopping (Ref.) 06-Over Speed Limit 07-Avoid Object/Person/Veh 08-Reckless/Object/Person/Veh 09-Improper Backing 10-Keep Traffic Control 11-Improper/No Signal 12-Fail to Heed Sign/Signal | 13-Improper Driving-Environ. 14-Road Defect 15-Improper Tow/U-Turn 16-Defective Equipment 17-Vision Obstruction 18-Load Shift 19-Under Min Speed 20-Improper Load/Back 21-Ped Under Influence 22-Fail to Yield Right-of-Way 23-Driver Condition 24-Wrong Side of Road | 25-Veh Pushed by Person 26-Left in Road 27-Drove Out of Control 28-Lead Shift 29-Parts/Cargo from Veh 30-Ped Violation 31-Veh Mvt/Right/Light 32-Improper/No Stop 33-Ped Under Influence 34-Wrong Way/Right of Way 35-Merge-Right 36-Wrong Side of Road 37-Wrong Way-1-Way 24-Veh Pushed/Towed by Veh | 01-Go Straight Ahead 02-Pass on Left 03-Pass on 1-Way Street 04-Pass on Right 05-Straight-Left Turn Lane 06-Negotiating Curve 07-Change Lanes-Left 08-Change Lanes-Right 09-Making Right Turn 10-Making Left Turn 11-Merge 12-Slowing | 13-Right Turn 14-Left Turn 15-U-Turn 16-Start from Park 17-Start in Traffic 18-Slowing/Stopping 19-Stopped in Traffic 20-Avoid Object in Road 21-Parked in Road 22-Backing 23-Pushed by Vehicle 24-Other | 01-Cross/Enter—Intersection 02-Off Roadway 03-Walk in Road—With Traffic 04-Walk in Road—Against Traffic 05-Stand in Roadway 06-Get on/off Vehicle 07-Push/Work on Vehicle 08-In Road—Other Work 09-In Road—Other 10-In Road—Playing 11-Not in Road 12-In Intersection | 01-On Roadway 02-Off Roadway 03-Median 04-Driveway 05-Shoulder 06-Roadside/Public Property 07-In Intersection |

IN THE CIRCUIT COURT OF GENEVA COUNTY, ALABAMA

| | | |
|---|---|---|
| ROGER ZORN and VONNIE ZORN | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Case Number CV 00-078(M) |
| | § | |
| CHRISTOPHER T. THAMES | § | |
| | § | |
| Defendant, | § | |
| | § | |

FILED IN OFFICE

NOV 3 0 2005

*Dale Laye*
CLERK

## ORDER

Upon consideration of the Joint Stipulation for Dismissal with Prejudice, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all claims of Plaintiffs are hereby dismissed with prejudice with each party to bear their own costs.  It is further ORDERED, ADJUDGED AND DECREED that Plaintiffs shall be responsible for payment and satisfaction of any and all liens and/or subrogation claims of any kind, including but not limited to any and all attorney liens.

DATED this 30th day of November, 2005.

STATE OF ALABAMA
COUNTY OF GENEVA
This is to certify that the foregoing is a true and correct copy of the document on file in my office.

Witness my hand and seal this _____ day of
_____, 20___.

_____ Clerk/Register

_____
CIRCUIT JUDGE

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing document upon the attorneys of record in the above cause, by placing a copy of same in the United States mail, properly addressed, postage prepaid.

This the 2nd day of Dec, 2005    Clerk

*Dale Laye*

To - Rousseau
W Lee

IN THE CIRCUIT COURT OF GENEVA COUNTY, ALABAMA.

ROGER ZORN and VONNIE ZORN        )

    Plaintiff,        )

                )

vs        )        CASE NUMBER: CV-00-078 (m)

CHRISTOPHER T. THAMES,        )
    Defendant

## Motion For Civil Lawsuit to Be REEvaluated

      Comes Now, The Plaintiff, Roger Zorn and Vonnie Zorn, iN PRO PRA PersoNA, And Respectfully Request this Honorable Court to hear my claims and Seek Judgement against the Defendant iN the Said amount of 300,000 (three hundred thousand dallors And the one Million dallor Umbrella Policy.

      The Plaintiff will list and Produce the Following as claims for ARguments and Support there of:

    1. The Attorneys' failed to File Separate issues of both myself and my mother iNvolved IN THE Accident. (See Attached Exhibit A)

Page 1 of 164

2. There was only one (1) Doctor's deposition taken for the two Parties listed as Plaintiffs! Both Parties had different injuries and saw different doctors. The Attorney claimed they could not locate doctors listed in local directory and listed Addresses. (See Attached Exhibit B)

3. At the Mediation, All Attorneys from Both Parties and the Mediator Keith Watkins made False Statements and misleading comments about the money the Plaintiffs were Entitled Too... One Attorney walked out and left the Mediation. (See Attached Exhibit C) The Mediator and the attorneys didn't want the Plaintiff to take the case to court and get a fair trail.

4. INTEGRON INSURANCE Company was not listed iN the Discovery or Sued...

5. One Doctor Cease giving me the amount of medication I was needing because of aN Insurance company wrote him a letter to completely Cease my Medication. (See Exhibit D)

6. ONe Doctor Stated I Needed two (2) MORE Operations one Operation on my Lower backs' two bottom disks or discs Lazered oN Both Sides of the SpiNe; and the Second Operation is to Lazer a disk or disc Near my left Shoulder Blade... The Car INsurance Company Refused to Pay For... (See Exhibit E) Page 3 of 16¾

7.  The Plaintiff is asking The Honorable Court that our Cases be Seperated. So, that each INdividual can get the $300,000.00 out of Auto Owners Insurance Company. and two Seperate cases made For each of us on the River Forks Antiques company that hit us...

8.  All These Attorneys that has repersented the Plaintiff has offered ^is INeffective counsel and has done Nothing to this Case for years. They have Butchered Our Case by not Suing the Insurance company Properly, The
               (Cont.)  Page 4 of 16ᵗ

8. River Forks Antiques Company that hit us and filing suite against all other Parties involved and making a Seperate Case for each of the Plaintiffs, Plus Cases for each of us involving other parties that's in the Discovery.

Two Attorneys did not Sue all the Parties listed in the Discovery and or make a single suite for each of the Plaintiffs against Parties that should have been listed in the discovery. The two Attorneys let the time limit run out, then they Past the case off to another attorney that they had high regards for. (going to make the money Happen) (cont) Pg. 5 of 164

8. ONe Attorney had me to drop the attorney that I Presently had and get my case file ... This Attorney Promised to take the Case and wiN millions ... wheN I took him the case file he run from me ...

ONe Attorney would not Sue the two attorneys that did Not Sue the Parties listed iN the discovery and let the time limit run out on the Case Plus dumping the Plaintiff off on another attorney. This attorney was referred to the Plaintiff by the Alabama Referral Service, Alabama ^state Bar Assocation.

(Cont.)                    Page 6 of 164

8. Several Attorneys were referred by the Alabama Referral Service the Plaintiff used, All these Attorneys offered was eNeffective Counsel. (See Attached Exhibit F)

Several Attorneys were Picked or Selected by the Plaintiff. All these Attorneys offered was Ineffective Counsel.

9. The Plaintiffs' Attorneys has only Paid the amount of about more or Less of $10,000.00 (ten thousand dallors) and has Payed Vonnie Zorn Nothing... (getting over on the Elderly)

Page 7 of 16 ¶

10. The Plaintiff Roger Zorn is iN Constant and Ecruciating PaiN iN my Neck, Back, legs, Sex, and Headaches, Can not Sleep at Night (legs Constant lower Back PaiN, drawing and cramping) The two operations are needed badly to get Some relief For this PaiN. I'm tired of Suffering.
I need money to Pay the Doctor that Prescribes my medication and money to Pay for my medication

11. my Attorneys and Doctors would not classify me as disable and Stop me from work. My back is messed up to bad to hold a Job. I have filed for my Social Security disablity years ago.
There was nothing wrong with my Back until this Accident... Also, The Sex drive is gone and back and legs hurt to much... Page 8 of 16th

12. The Plaintiffs' Attorneys and Doctors layed down and done nothing in this case.

13. The Plaintiff Vonnie Zorn is in constant and Ecruciating Pain, can Not sleep at Night, has head aches, Neck, Back and leg Pain (Cramps legs and draws).

14. The Plaintiff Roger Zorn had the 1st operation on the lower Back. The Auto Insurance Company would Not pay the bill. So, I had to barrow the money from the bank to pay off the bill to have the 2nd Operation. Now I had the 2nd operation and could not pay it off. So, now I need 2 more operations with no money. A Total of 4 operations is needed.

15.   The Plaintiffs are asking the Honorable court for an immediate Investigation of these Fraudelent Acts All these Attorneys' that represent us Committed. . . .

16. All these Attorneys that represented the Plaintiffs was Ineffective assistance to counsel and denied us our united States Constitutional Rights under Article I (14) and our Alabama Constitutional rights under Article I (11) because its' the Preamble. Complaints were file by the Plaintiff to the Alabama State Bar Disciplinary commission and other Agencies to No Avail.

17.    The Judge that was assigned to this Case was abusing his discretion, his over All Preformance was UNProfessioNal and Neglected his duties to the PlaiNtiff...
( See Attached Exhibit G )

18.  This is a receipt from Dr. mork at microspine INc. I had to borrow the money to Pay this from the Bank.
( See Attached Exhibit H )

19. Auto Owners is a $ 1,000,000.00 (one millioN dallor) umbrella INsurance Policy. So, Roger ZorN is eNtitled to one million dallors and Vonnie ZorN is eNtiled to oNe Million dallors. The PlaiNtiffs' are eNtitled to a total of 2 (two) millioN dallors. Page 11 of 164

20. Mailing Address:
Roger Zorn and Vonnie Zorn
3212 State Hwy. 2 East
Westville, Florida
                32464

21. I (Roger Zorn) only recieved about more or less of $10,000.00 (ten thousand dallors) from Attorney David W. Rousseau and has payed Vonnie Zorn Nothing...(Exhibit I is the last check to be recieved).

22. Letters to be sent back to me (Roger Zorn) from The Florida Bar, The Alabama State Bar, State of Florida Attorney General and The State of Alabama Attorney General...
   (Exhibit J)

23. Photos of River Forks Antiques (River Fork Imports) where Accident Happen and Drug Store we were coming from. (Exhibit K)

Page 12 of 164

# *EXHIBIT*

# *A*

Exhibit A.

Attorneys James R. Green and Michael S. Burtt combined this case together Roger Zorn and Vonnie Zorn, they should have been Seperated. These Attorneys should have made more case but they didn't. Only one case was made.

# EXHIBIT

# B

Exhibit: B

Attorneys Michael J. Gamble and David W. Rousseau did not take all the depositions for All the doctors Roger Zorn and Vonnie Zorn was treated by. Roger Zorn and Vonnie Zorn had Seperate doctors

The Honorable court has to get a court order for the Plaintiffs' Case file AND Roger Zorns' M R I S that these attorneys Gamble and Rousseau are holding iN order to get the doctors' names to View these Medical Records for the court...

# EXHIBIT



# Exhibit: C

Attorneys Michael J. Gamble and David W. Rousseau made statements that a Juvenile with an expired tag had hit the Plaintiffs, before going over to the Attorney Will Lee Law Firm. At the Attorney Will Lee Law Firm, Attorney Will Lee advised us the we were hit by a Juvenile With an expired Tag. It's against the Plaintiffs' Constitutional rights to hold a mediation at the defendents' Attorneys' Law firm...

Attorney David W Rousseau stated that the Medator Keith Watkins had the power to run a small Island or small country that he was the Law, That he had the Power what-ever he Spoke was the Law. All these attorney wanted to refer to Roger Zorn as montey...

# Exhibit C

Attorneys michael J. Gamble and David W. Rousseau At the Mediation, Attorney michael J. Gamble Played the good guy wanting the Plaintiffs to get a lot of money, Attorney Gamble want to start out at $280,000.00 and Proceeded down ward from there. I, Roger Zorn Stated what happen to the $300,000.00 that Vonnie Zorn and I are entitled too, that we are Suppose to get $300,000.00 each for a total of $600,000.00 for these injures to the Plaintiffs. That why they only made one Case So the Insurane Company Would only have to Pay only One $300,000.00.

Attorney michael Gamble got mad and walks out of the Mediation for Our Case to be total Crippled. So, The Plainiff surly in trouble Now.

# Exhibit: C

Attorney Michael Gamble walk out leaving the Plaintiff with the Bad Guy Attorney David W. Rousseau to whom wants to settle for nothing in the money line. Attorney Rousseau would not speek up for us to get any money.

The mediator Keith Watkins stated the Plaintiff was in the Range of Money for this case that the Insurane Company was going to Pay. The mediator stated the the case was like an old Pick-up truck it's not worth much because it's a old case. All those Attorneys the Repersented the case drug around for years hoping the case would look worthless in the eyes of a Jury or any body else...

Page 20 of 164

# Exhibit: C

The Mediator stated that all the
Insurance Company was only going
to Pay this amount of $110,000.00
for Both Plaintiffs and thats' all
the Insurance Company was going
to Pay take it or Leave it
( This offer is a total Insult
for Pain and Suffering, the Injuries
we recieved the 4 operations I, Roger
Zorn need and to Pay for Plus Pay
a Doctor monthly from Visit and
Pay for my medication I have to have
Plus the Doctor Bills my mother
Will have to have in the future and
Medication for her. ) The mediator
stated that Was all the Insurance
Company Plans to Pay the Plaintiff...
If the Insurance Company has to Pay
More than the $110,000.00 then they
will fight the Plaintiff in Court for years

# Exhibit: C

and Still not get anything...
The mediator Stated, If the Plaintiff
Settles for this $110,000.00 The Insurance
Company want fight you iN THE Court
System and you can have this money...

The Plaintiff has Not recieved
Nothing. But Attorneys Gamble and
Rousseau Had Roger Zorn and Vonnie Zorn
to sign for the teN thousand dallor check.
Attorney Rousseau Claimed at the
mediation that If we signed the
Papers to Settle he would only charge
30% for his work, But he charged 40%.
Attorney Will Lee stated we would
get a check on Wednesday. Wednesday
has Never got here yet. Attorneys
Gamble and Rousseau Stuck the money
In their Pockets...

Exhibit: C

Attorney Rousseau Kept stated that our funds had be Exuasted: Roger Zorn only recieved about more/or less $10,000.00. and Vonnie Zorn nothing.

# EXHIBIT



Exhibit: D

Doctor Robert Ignasick recieved a letter from Blue cross Blue shield of Florida stating him to cease Precribing all medication to Roger Zorn. Doctor Robert Igna-Siak was Prescribing Roger Zorn Lortabs, Somas and Blood Pressure Medication. Doctor Robert Ignasick gave me my full amount of Lortabs and Blood Pressure medication and cut my Somas from 80 down to 50 tablets... This caused me to be in more Pain...

# EXHIBIT



# Exhibit: E

Doctor mork would not do any more operations because Roger Zorn owed money for Previous operations.

Doctor mork stated at the deposition that his Patients did not return to see him because he Presumed they had gotten along good, This is not Why Roger Zorn did not return to his office.

I, Roger Zorn Kept oN going back to micro-SpiNe to the Doctors' office trying to recieve the final operations until Dr. morks' Business·Administrator came out of the Business AdminstratioN office iN the hall way and Stated the Doctor don't want to See you any more because your Bill is not Payed aNd the InsuraNee Company has not Payed it...

Page 27 of 164

# EXHIBIT



# COMPLAINT AGAINST A LAWYER

> **Return your completed form to:**
>
> **Alabama State Bar**
> **Disciplinary Commission**
> **P. O. Box 671**
> **Montgomery, AL 36101-0671**

## NAME AND ADDRESS OF COMPLAINANT

Zorn, Roger
Last Name,    First Name

3212 State Hwy. 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850 - 859 - 3829
Telephone Number(s)

_____
Alternate contact, address, or phone number

## NAME AND ADDRESS OF ATTORNEY AGAINST WHOM YOUR COMPLAINT IS MADE

Rousseau, David W.
Last Name,    First Name

211 West Adams Street
Address

Dothan, Alabama 36303
City, State, ZIP Code

334 - 699 - 9000
Telephone Number(s)

On what date did the alleged ethics violation occur? *All during the time He Represented the Case*

What was your fee arrangement with the attorney? *40 % but at the mediation Att. Rousseau Stated 30 %*

## COMPLAINT INSTRUCTIONS:

1. If you have a complaint against more than one attorney, use a SEPARATE complaint form for each attorney, with the details and relevant exhibits attached to each separate complaint. If you are filing more than one complaint, do not combine your complaint details or your exhibits into one document, or make a specific comment about a complaint filed against another attorney, or it will be returned to you. We will not accept complaints against law firms.
2. Send your complaint with an original notarized signature. We will not accept a copy of your signature.
3. State specifically, on each individual complaint, what the attorney did or failed to do which you believe constitutes unethical conduct, and when it occurred.
4. Attach **COPIES** of any receipts, contracts, or other documents which are important to the complaint, to the back of each individual complaint. Keep your own original documents.
5. Please, do not bind your complaint. Type or write your complaint legibly in ink so it can be copied.
6. You may add more pages to this form if necessary.
7. If you believe that drugs, alcohol or mental disability affected the lawyer's representation, please state what facts support your belief.
8. This matter is confidential at this stage of the proceedings, until the Disciplinary Commission or Board has acted.
9. The Alabama Bar Association does not represent you in this matter but acts to investigate complaints on behalf of the Supreme Court of Alabama.

If there is a court case related to your complaint, please provide the case name and file number, and the lawyer representing you?

Geneva County Civil court case: #CV-00-078 (m)

## DETAILS OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Please be advised we <u>cannot return documents</u> submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

I. Attorney David W. Rousseau denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) rights by being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and all of Article I (Preamble) (11)...
II. Attorney David W. Rousseau denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual case against: Auto Owners Ins. Co., River Forks Antiques (the company), Ron Thames and Christopher Thames while the case was Still alive in Attorney Rousseaus' Hands... Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it Causes a Conflict of Interest...

The attorney you are filing the complaint against will receive a copy of your complaint, and may be asked to respond to your allegations.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge and that I will voluntarily appear and testify to the facts in the complaint if called upon by the Alabama State Bar.

Name (signature)

Date: 12·29·06

Sworn to and subscribed before me this 29th day of December , 06 .

[SEAL]

NOTARY PUBLIC



AMANDA J. SCONIERS
Notary Public, State of Florida
My Comm. Expires Jan. 20, 2008
Comm. No. DD 282849

MY COMMISSION EXPIRES: Jan. 20, 2008

Produced FL Drivers License

# STATE OF ALABAMA
## OFFICE OF THE ATTORNEY GENERAL
## CONSUMER AFFAIRS SECTION

# CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL) 1-800-392-5658

**(Please type or print in ink)**

*Att.*

**Rousseau, David W.**
Name of Person or Firm Complained Against

**Roger Zorn    47**
Your Name                        Age

**211 West Adams Street**
Address

**3212 State Hwy 2 East**
Your Address

**Dothan, Alabama 36303**
City and State            Zip Code

**Westville, Florida 32464**
City and State            Zip Code

**334 - 699 - 9000**
Telephone

**850·859·3829**
Telephone (Home)    Telephone (work)

Did You Sign a Contract? **yes**    Date of Transaction **Jan. 2005**

Name of
Salesperson **Alabama bar Refferral**

Have you told the firm of your Complaint? **yes**

Product or Service
Involved **Car Accident.**

Estimate of dollars involved **$ 600,000.00 and One million dollar umbrella**

How were you first contacted – at your premises ( ); at the firm's premises ( );
telephone ( ); radio/t.v. ( ); newspaper/magazine ( ); mail solicitation ( )? **Ala Bar Refferral**

Have you consulted an attorney? **No** Who? _____

Is there a court action pending? **No** Where? _____

**Geneva County Civil Court Case :**
**#CV-00-078 (m)**

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney David W. Rousseau denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (Civil) Rights by being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and All of Article I (Preamble) (11)...

II. Attorney David W. Rousseau denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the Company), Ron Thames and Christopher Thames while the case was Still Alive in Attorney Rousseaus' Hands... Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it causes a conflict of Interest...

---

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints about the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

Initial *R.J.Z*

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

*Roger J. Zorn*
Signature of person filing complaint

12.29.06
Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
**Office of the Attorney General**
**Consumer Affairs Section**
**11 South Union Street**
**Montgomery, AL 36130**

# COMPLAINT AGAINST A LAWYER

**Return your completed form to:**

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## NAME AND ADDRESS OF COMPLAINANT

Zorn , Roger
Last Name,    First Name

3212 State Hwy. 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850-859-3829
Telephone Number(s)

Alternate contact, address, or phone number

## NAME AND ADDRESS OF ATTORNEY AGAINST WHOM YOUR COMPLAINT IS MADE

Rousseau, David W.
Last Name,    First Name

211 West Adams Street
Address

Dothan, Alabama 36303
City, State, ZIP Code

334-699-9000
Telephone Number(s)

On what date did the alleged ethics violation occur? *All during the time He Represented the Case*

What was your fee arrangement with the attorney? *40 % but at the mediation Att. Rousseau Stated 30 %*

## COMPLAINT INSTRUCTIONS:

1. If you have a complaint against more than one attorney, use a SEPARATE complaint form for each attorney, with the details and relevant exhibits attached to each separate complaint. If you are filing more than one complaint, do not combine your complaint details or your exhibits into one document, or make a specific comment about a complaint filed against another attorney, or it will be returned to you. We will not accept complaints against law firms.
2. Send your complaint with an original notarized signature. We will not accept a copy of your signature.
3. State specifically, on each individual complaint, what the attorney did or failed to do which you believe constitutes unethical conduct, and when it occurred.
4. Attach **COPIES** of any receipts, contracts, or other documents which are important to the complaint, to the back of each individual complaint. Keep your own original documents.
5. Please, do not bind your complaint. Type or write your complaint legibly in ink so it can be copied.
6. You may add more pages to this form if necessary.
7. If you believe that drugs, alcohol or mental disability affected the lawyer's representation, please state what facts support your belief.
8. This matter is confidential at this stage of the proceedings, until the Disciplinary Commission or Board has acted.
9. The Alabama Bar Association does not represent you in this matter but acts to investigate complaints on behalf of the Supreme Court of Alabama.

If there is a court case related to your complaint, please provide the case name and file number, and the lawyer representing you?

Geneva County Civil court case: #CV-00-078 (m)

## DETAILS OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

I. Attorney David W. Rousseau denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) rights by being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and all of Article I (Preamble) (11)...
II. Attorney David W. Rousseau denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the Company), Ron Thames and christopher Thames while the case was Still alive in Attorney Rousseaus' Hands... Vonnie Zorns' and Roger Zorns' Case should have been Seperated because it Causes a Conflict of Interest...

The attorney you are filing the complaint against will receive a copy of your complaint, and may be asked to respond to your allegations.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge and that I will voluntarily appear and testify to the facts in the complaint if called upon by the Alabama State Bar.

Name (signature)

Date: 12·29·06

Sworn to and subscribed before me this 29th day of December, 0U.

[SEAL]

_Amanda J. Sconiers_
NOTARY PUBLIC


AMANDA J. SCONIERS
Notary Public, State of Florida
My Comm. Expires Jan. 20, 2008
Comm. No. DD 282849

MY COMMISSION EXPIRES: Jan. 20, 2008

Produced FL Drivers License

III. There was only one ① Doctor's deposition taken for each of the two Parties listed as Plainiffs! Both Parties had different injuries and saw different doctors. The Attorneys claimed they could not locate doctors listed in the local directory and listed Addresses. Attorneys michael J. Gamble and David W. Rousseau did not take all depositions From All the doctors that treated Vonnie Zorn and Roger Zorn for their injuries ...

IV. Attorneys michael J. Gamble and David W. Rousseau would not give the Plantiffs' Case File and Roger Zorns' MRI's back to the Plaintiffs...

V. Roger Zorn and Vonnie Zorn needs to be treated by Doctors for our Cronic Pain, needs Medication for our Pain...

VI. Roger Zorn needs 2 operations (two) on my Back at Micro Spine by Doctor Mork...

VII. This Insurance Policy coverage was the amount of $ 300,000.00 (three hundred thousand dallors) and had a One Million dallor umbrella Policy (+).

VIII. Integron Insurance company was Not Sued...

IX At the mediation, All Attorneys from Both Parties and the mediator Keith watkins made False Statements and misleading comments about the money the Plaintiffs were Entitled Too...

X. Attorneys Michael J. Gamble and David W. Rousseau did not take all the depositions for All the doctors Roger Zorn and Vonnie Zorn was treated by. Roger Zorn and Vonnie Zorn had Seperate doctors

XI. The Honorable court has to get a court order for the Plaintiffs' Case file AND Roger Zorns' M R I s that these attorneys Gamble and Rousseau are holding iN order to get the doctors' Names to view these Medical Records for the court...

Exhibit

**XII.** Attorneys Michael J. Gamble and David W. Rousseau made Statements that a Juvenile with an expired tag had hit the Plaintiffs, before going over to the Attorney Will Lee Law Firm. At the Attorney Will Lee Law Firm, Attorney Will Lee advised us the we were hit by a Juvenile with an expired Tag. It's against the Plaintiffs' Constitutional rights to hold a mediation at the defendents' Attorneys' Law firm...

Attorney David W Rousseau stated that the Medator Keith Watkins had the Power to run a small Island or small Country that he was the Law, That he had the Power what-ever he Spoke was the Law. All these attorney wanted to refer to Roger Zorn as montey...

Pag 5 ~~of 16~~ 16

Exhibit C

XIII. Attorneys Michael J. Gamble and David W. Rousseau At the Mediation, Attorney Michael J. Gamble Played the good guy wanting the Plaintiffs to get a lot of money, Attorney Gamble want to start out at $280,000.00 and Proceded down ward from there. I, Roger Zorn Stated what happen to the $300,000.00 that Vonnie Zorn and I are entitled too, that we are Suppose to get $300,000.00 each for a total of $600,000.00 for these injures to the Plaintiffs. That why they only made one Case So the Insurane Company Would only have to Pay only One $300,000.00.

XIV. Attorney Michael Gamble got mad and walks out of the Mediation for Our Case to be total Crippled. So, The Planiff surly in trouble Now.

**XV.** Attorney Michael Gamble walk out leaving the Plaintiff with the Bad Guy Attorney David W. Rousseau to whom wants to settle for nothing in the money line. Attorney Rousseau would not speek up for us to get any money.

**XVI** The mediator Keith Watkins stated the Plaintiff was in the Range of Money for this case that the Insuran Company was going to Pay. The mediator stated the the case was like an old Pick-up truck it's not worth much because it's a old case. All those Attorneys the Repersented the Case drug around for years hoping the Case would look worthless in the Eyes of a Jury or any body else...

164

**XVII.** The mediator stated that all the Insurance Company was only going to Pay this amount of $110,000.00 for Both Plaintiffs and thats' all the Insurance company was going to Pay take it or Leave it ( This offer is a total Insult for Pain and Suffering, the Injuries we recieved the 4 operation I, Roger Zorn need and to Pay for Plus Pay a Doctor monthly from Visit and Pay for my medication I have to have Plus the Doctor Bills my mother Will have to have in the future and Medication for her. ) The mediator stated that Was all the Insurance Company Plans to Pay the Plaintiff...

If the Insurance company has to Pay more than the $110,000.00 then they will fight the Plaintiff, in Court for yEars

Exhibit

and Still not get anything...
The mediator Stated, If the Plaintiff
settles for this $110,000.00 The Insurance
Company want fight you IN THE Court
System and you can have this money...

XVIII. The Plaintiff has Not recieved
Nothing. But Attorneys Gamble and
Rousseau Had Roger Zorn and Vonnie Zorn
to sign for the ten thousand dallor check.
Attorney Rousseau Claimed at the
Mediation that If we signed the
Papers to Settle he would only charge
30% for his work, But he charged 40%.
Attorney Will Lee Stated we would
get a check on Wednesday. Wednesday
has never got here yet. Attorneys
Gamble and Rousseau Stuck the money
In their Pockets...

XIX    Attorney Rousseau Kept Stated
that our funds had be Exuasted:
Roger Zorn only recieved about more/or less
$ 10,000.00 . and Vonnie Zorn nothing.

Exhibit L

XX      Doctor Robert Ignasick recieved a letter from Blue cross Blue shield of Florida stating him to cease Precribing all medication to Roger Zorn. Doctor Robert Ignasiak was Prescribing Roger Zorn Lortabs, Somas and Blood Pressure medication. Doctor Robert Ignasick gave me my full amount of Lortabs and Blood Pressure medication. and cut my Somas from 80 down to 50 tablets... This Caused me to be in more Pain...

# Exhibit: E

Doctor mork would not do any more operations because Roger Zorn owed money for Previous operations. Doctor mork stated at the deposition that his patients did not return to see him because he Presumed they had gotten along good, This is not Why Roger Zorn did not return to his office.

I, Roger Zorn Kept on going back to micro-spine to the Doctors' office trying to recieve the final operations until Dr. morks' Business Administrator came out of the Business Adminstration Office in the hall way and stated the Doctor don't want to see you any more because your Bill is not Payed And the Insuranee Company has not Payed it...

*Page 12 of 16*

## IN THE CIRCUIT COURT OF GENEVA COUNTY, ALABAMA

| | | |
|---|---|---|
| ROGER ZORN and VONNIE ZORN | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Case Number CV 00-078(M) |
| | § | |
| CHRISTOPHER T. THAMES | § | |
| | § | |
| Defendant, | § | |

FILED IN OFFICE

NOV 3 0 2005

*Dale Lay*
CLERK

## <u>ORDER</u>

Upon consideration of the Joint Stipulation for Dismissal with Prejudice, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all claims of Plaintiffs are hereby dismissed with prejudice with each party to bear their own costs.  It is further ORDERED, ADJUDGED AND DECREED that Plaintiffs shall be responsible for payment and satisfaction of any and all liens and/or subrogation claims of any kind, including but not limited to any and all attorney liens.

DATED this 30th day of November, 2005.

CIRCUIT JUDGE

STATE OF ALABAMA
COUNTY OF GENEVA
is is to certify that the foregoing is a true and correct
py of the document on file in my office.

tness my hand and seal this _____ day of
_____, 20____

_____ Clerk/Register

CERTIFICATE OF SERVICE
I certify that I have served a copy of the foregoing document upon the attorneys of record in the above cause, by placing a copy of same in the United States mail, properly addressed and postage prepaid.

This the 2nd day of Dec, 2005

*Dale Lay* Clerk

To- Rousseau
W Lee

After Attorney Michael Gamble got mad because I didn't want to settle for less than $600,000.00 (Six hundred thousand dallors or three hundred thousand dallors for the each of us) He got mad and got up and walked out of the Mediation ... My mother and I Never saw him again.

My mother (Vonnie Zorn) and I (Roger Zorn) was moved to the Attorney David Rousseau Law Firm as an escape Goat ... for Attorney Michael Gambles' Inappropriated behavior...

After the Mediation, Attorney David Rousseaus' behavior was Starting to go into hiding (Not being Seen or heard From)

ON July 25, 2006 Attorney David Rousseau had his New Attorney Barbara Wade to Send a letter to me Saying to Call the law Firm...

When I called the Firm and talked to Attorney Barbara Wade, She Stated that there was $10,000.00 (ten thousand dallors) of Money For Vonnie Zorn in the Trust Fund...

I (Roger Zorn) asked For my Case File and my M R I's of My Head and Back Spine that Attorney David Rousseau was holding... Attorney Barbara Wade Said She was going to get With Attorney David Rousseau and Get back with me...

The David Rousseau law firm Never got back with me about the Case file and the MRIs or my mothers' Ten thousand dallors

My Mother (VoNNie ZorN) Never Recieved ONe PeNNy out of this law Suit For ANy AttorNey...

*The law offices of*

# David W. Rousseau

211 West Adams Street · Dothan, Alabama 36303
Office 334.699.9000 · Fax 334.699.8797 · rousseaulaw@graceba.net

July 25, 2006

Roger J. Zorn
3212 State Highway 2E
Westville, Florida  32464

Dear Mr. Zorn:

I hope this letter finds you doing well. I am an associate attorney with Mr. Rousseau's firm and something has come up that I need to discuss with your mother, Vonnie Zorn. We have money left over in our firm's trust account from your case that needs to be paid to your mother's outstanding medical providers. In order to find out the amount from the medical providers, we need to speak with you or your mother as soon as possible.

When you receive this letter, please call our office right away and ask for me. The only number we have to contact either you or your mother has been disconnected and we have been unable to reach you for the past several months. If I am unavailable, please leave a current and valid phone number where I can return your call. I look forward to hearing from you.

Sincerely,

Barbara W. Wade
Attorney for the Firm

# COMPLAINT AGAINST A LAWYER

Return your completed form to:

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ Read our brochure, **COMPLAINTS AGAINST ALABAMA LAWYERS**, before you complete this form.

➢ Type or write legibly but do not use the back of any page. **Please do not use pencil.**

➢ Do not fax your form to us or send your form via the Internet.

## INFORMATION ABOUT YOU

ZoRN    Roger
Last Name,    First Name

3212 State Hwy. 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850 - 859 - 9966
Telephone Number(s)

_____
Alternate address/phone number

## INFORMATION ABOUT THE LAWYER

Loder, Lee Wendell
Last Name,    First Name

Post office Box 13545
Address

Birmingham, Ala. 35202-3545
City, State, ZIP Code

205 · 326 · 0566
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

☐ Client                    ☐ Opposing Counsel
☐ Former Client          ☐ Judicial
☐ Opposing Party        ☑ Other: _____

On what date did the alleged ethics violation occur? 2·20·04

What was your fee arrangement with the attorney? no

Page 121 of 166

Is there a court case related to your complaint? _____✓_____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County civil court case #CV-00-078(m) Att. David W. Rousseau

### EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

Attorney Lee Wendell Loder denied my mothers' (Vonnie Zorn) and my (Roger Zorns') constitutional (civil) Rights by Being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and All of article I because its' the Preamble... Attorney Lee W. Loder denied my mothers' (Vonnie Zorn) and I (Roger Zorns') Due Process By Not Sueing or/and Making Individual case Against: Auto Owners, River Forks Antiques (the company), Ken Thames (the owner), Christopher Thames (The Driver). Vonnie Zorns' and Roger Zorns' Case should have been Seperated because it causes a conflict of Interest...

**I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.**

Name (signature): Roger Zorn

Date: 12-20-04

Sworn to and subscribed before me this 20 day of December, 2004

[SEAL]

KATHY DOUGLAS
My Comm Exp. 9/3/05
No. DD 054143
( ) Personally Known ( ) Other I.D.

NOTARY PUBLIC: Kathy Douglas

MY COMMISSION EXPIRES: 9/3/05

Page 1
of 11

# Complaint

Attorney Lee Wendell Loder denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights By Being denied Due Process:

A. United States Constitution Article I (14).

B. Alabama Constitution Article I (11) and all or Article I because its' the Preamble...

Attorney Lee Wendell Loder Denied my mother (Vonnie Zorn) and my (Roger Zorn) Due Process By not Sueing or/and making Individual cases' against : Auto Owners (the Insurance co.), River Forks Antiques (the company) Ron thames (the owner), christopher Thames (the driver), Attorney James R. Green and Attorney Michael S. Burtt. Vonnie Zorns' and Roger Zorns' Case should have bee Seperated Because it causes a Conflict of Interest...

Page 3
of 11

On July 20th, 2004 about 10:00 A.m. I went to the City Hall in Birmingham, Alabama. When I got there Attorney Lee Wendell Loder was in a City Counsel meeting. After the meeting Attorney Lee Wendell Loder was Leaving; He Stated that He was late for another meeting and in a Hurry. As Attorney Lee Wendell Loder Went into an office, He told me to wait at the Elevator till He got back. Attorney Lee W. Loder acted Very Strange, Searching for Words and trying to get rid of me...

When Attorney Lee Wendell Loder Came out of the Office, we both got into the Elevator, On the way down, Attorney Lee Wendell Loder asked me, you do have your Same Lawyer don't you...

I stated; No, I got All my Paperwork (case) in the Car for you. Attorney Lee W. Loder Kept Stating, He was in a hurry that he had to be in this meeting. He Stated; Are you going to go Back Home now, I need to talk to you...

Page 4
of 11

I Said; OK, I'll wait around. Attorney Lee Wendell Loder Said, call me at this number he had written down 422-1659 in one hour and we will meet, He left at 11:15 Am...

Attorney Lee Wendell Loder never answered his phone ... Attorney Lee Wendell Loder Voice mail (Lee Loder) would only answer the phone. I called him at 12:15 pm, then after-ward every 20-30 minutes until after 4:30 pm and No answer except Lee Loders' Voice Mail ... I made it to his office by about 5:00 Pm and No one was there...

Page 5
of 11

After I had wrote A C L U
in montgomery, Alabama Attorney
Lee Wendell Loder sent a Contract
For my mother (Vonnie Zorn) and
(Roger Zorn) to Sign.

Attorney Lee Wendell Loder
had the power to Sue the Company
(River Forks Antiques), the owner (Ron Thames),
The Insurance co. (Auto owners),
the Driver (Christopher Thames)
and make my mothers' (Vonnie Zorn)
and my (Roger Zorns') Case Seperate ...
and even help Sue the two
Attorneys (James R. Green and Michael
S. Burtt).

Attorney Lee Wendell Loder
Neglected All these Legal matters
Entrusted to him ... Therefore
my mother (Vonnie Zorn) and
I (Roger Zorn) are not Responsible
For any contracts or Bills
(money) Attorney Lee Wendell
Loder holds us Responsible For.

Page 126 of 164

Page 6
of 11

Attorney Lee W. Loder Played games with me.
     Attorney Lee Wendell Loder
Conspired with Attorney Henry
F. Lee III and auto owners
to Excepted a Big Pay-off from
Auto Owners dening us (Refusing the Case)
Due Process... So, my mother
(Vonnie Zorn) and I (Roger Zorn)
Could not be Consipated for
our Injuries...

     Attorney Lee Wendell Loder
Robbed US.

     All these lawyers have
Comitted Conspiracy against
US taking a Pay-off from
the Insurance Co....

<u>State</u> V. <u>Meyer</u> 430 so 2d 440,443 (Fla 1983)

"All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of Knowledge of or Compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which May Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated Cost iNVolued Under The Circumstances ...

# Rule 4-1,2. Scope Of Representation

(A) Lawyer to Abide By Clients' Decisions A Lawyer Shall Abide By a Clients' Decisions Concerning the Objectives of Representation, and Shall Consult with the Client as to the Means by which they are to Be Pursued.

Both Lawyer and Client have Authority and Responsibility in the Objectives and means of Representation. The Client has Utimate authority to Determine the Purpose to be Served By legal Representation, within the limits imposed by law and the Lawyer Professional Obligations. Within those limits, A client Also has a Right to Consult with the lawyer about the Means to Be Used in Pursuing those Objectives.

# Rule 4-1.4 Communication

(A) Informing Client of Status of Representation. A Lawyer Shall Keep a Client Reasonably informed about the Status of a matter and Promptly Comply With Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the Client to make informed Decisions Reguarding the Representation.

Page 10
of 11

A.C.L.U.
Questions:

I. which of your Rights are
Violated? I have been denied
my Constitutional (civil) Rights
by Being denied Due Process:
A. United State Consitution
Article I (14).
B. Alabama Constitution
article I (11) and All of
article I because its' the
Preamble...

II. How were your Rights Violated?
Attorney Lee Wendell Loder
denied my mother (Vonnie Zorn) and
I (Roger Zorn) Due Process By
not Sueing or/ and making Individual
Cases' against : Auto owners (the
insurance company), River Focks Antiques
(The Company); Ron Thames (the owner);
Christopher Thames (The Driver);
Attorneys James R. Green and michael
S. Burtt
    Attorney Lee Wendell Loder
Played games with me, took a
Pay-off From Auto owners and
Refused to take the case...

II. Attorney Lee Wendell Loder commited conspiracy against my mother and me taking a Pay-off From the insurance company. So, my mother and I could not Be consipated...

III. what Steps have you taken to Solve the Problem? I have written Complaints to the Alabama Bar in Montgomery on Craig morris (Att.) and A.c.L.u. in montgomery...

IV. what do you want us to do?
1. I need an attorney that will repersent me (us) in this case: Geneva County Civil Court case; #CV-00-078 (m)
2. I need you to Repersent me (us) with an A.C.L.u. Attorney.
3. I need A.c.Lu. to help me make Individual cases Against: Auto Owners Ins. Co., River Forks Antiques Ron Thames, Christopher Thames, (Attorneys) James R. Green, michael S. Burtt, Craig Morris, James W. Kelly, Cory Driggers, Henry Prim, Lee Wendell Loder and Earl Barle moody...

# STATE OF ALABAMA
## OFFICE OF THE ATTORNEY GENERAL
### CONSUMER AFFAIRS SECTION

# CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL)  1-800-392-5658

(Please type or print in ink)

Att. Cory H. DRiggers
Name of Person or Firm Complained Against

Roger ZoRN    45
Your Name              Age

P.O. Box 1649
334 Ross Clark Circle
Address

3212 State Hwy. 2. East
Your Address

Dothan, Alabama  36302
City and State          Zip Code

Westville, Florida 32464
City and State          Zip Code

334 - 792 - 1420
Telephone

850.859.9966
Telephone (Home)    Telephone (work)

Did You Sign a Contract?  no

Date of Transaction  1-5-04

Name of
Salesperson  Alabama Refferal Service

Have you told the firm of your Complaint?  no

Product or Service
Involved  Auto Accident, Personal Injuries

Estimate of dollars involved  1,000,000.00

How were you first contacted – at your premises ( ); at the firm's premises ():
telephone ( ); radio/t.v. ( ); newspaper/magazine ( ); mail solicitation ( )? Alabama Refferal Service.

Have you consulted an attorney?  ✓ Who? Att. David W. Rousseau

Is there a court action pending?  yes  Where? Geneva county civil court.

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

Attorney Cory H. Driggers denied my mothers'
(Vonnie Zorn) and my (Roger Zorns') Constitutional
(civil) Rights By Being denied Due Process :
A. United States Constitution Article I (14) .
B. Alabama Constitution Article I (11) and All
   of Article I because its' the Preamble .
       Attorney Cory H Driggers denied my
mothers' (Vonnie Zorn) and I (Roger Zorns')
Due Process By not Sueing or/and Making
Individual Case Against : Auto Owners (the
insurance co.), River Forks Antiques (the Company),
Ron Thames (the owner) and Christopher Thames (the Driver).
Vonnie Zorns' and Roger Zorns' Case should
have been Seperated because it causes a
Conflict of Interest...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____          _____
Signature of person filing complaint          Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
## Office of the Attorney General
## Consumer Affairs Section
## 11 South Union Street
## Montgomery, AL 36130

# COMPLAINT AGAINST A LAWYER

> **Return your completed form to:**
>
> **Alabama State Bar**
> **Disciplinary Commission**
> **P. O. Box 671**
> **Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page.  Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

| INFORMATION ABOUT YOU | INFORMATION ABOUT THE LAWYER |
|---|---|
| ZORN, Roger | DRiggeRS, CoRy H. |
| Last Name,    First Name | Last Name,    First Name |
| 3212 State Hwy 2 East | Post office Box 1649 |
|  | 3334 Ross Clark CiRcle |
| Address | Address |
| Westville, Florida 32464 | Dothan, Alabama 36302 |
| City, State, ZIP Code | City, State, ZIP Code |
| 850·859·9966 | 334-792-1420 |
| Telephone Number(s) | Telephone Number(s) |

Alternate address/phone number

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client                    ❑ Opposing Counsel
❑ Former Client             ❑ Judicial
❑ Opposing Party            ☑ Other: _Seeking an Attorney_

On what date did the alleged ethics violation occur?   1·5·04

What was your fee arrangement with the attorney?   no

Is there a court case related to your complaint? _____ ✓ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County civil court case: #CV-00-078 (m); Att David w. Rousseau

## EXPLANATION OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

Attorney Cory H. Driggers denied my mothers' (Vonnie Zorn) and my (Roger Zorn) Constitutional Rights by Being denied Due Process : (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and All of Article I because its' the Preamble. Attorney Cory H. Driggers denied my mothers' (Vonnie Zorn) and I (Roger Zorns') Due Process By not sueing or/and Making Individual Case Against: Auto owners, River forks Antiques (The Company), Ron Thames (The owner), and Christopher Thames (The Driver). Vonnie Zorns' and Roger Zorns' case Should have been Seperated because it causes a Conflict of Interest.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.

KATHY DOUGLASS
My Comm Exp. 9/3/05
No. DD 054143
[ ] Personally Known [x] Other I.D.

Name (signature)

Date: 12·20·04

Sworn to and subscribed before me this 20 day of December, 20 04.

[SEAL]

NOTARY PUBLIC

MY COMMISSION EXPIRES: 9/3/05

Attorney Cory H. Driggers
denied my, mothers' (Vonnie Zorn)
and my (Roger Zorns') Constitutional
(Civil) Rights By Being denied
Due Process:
   A. United States Constitution
      Article I (14).
   B. Alabama Constitution
      Article I (11) and all
      of Article I Because its'
      the Preamble...

      Attorney Cory H. Driggers
denied my mothers' (Vonnie Zorn)
and I (Roger Zorns') Due Process
By not Sueing or /and making
Individual Case Against:
Auto owners (The Insurance co.)
River Forks Antiques (The Company),
Ron Thames (The owner) and
Christopher Thames (the Driver)....
      Vonnie Zorns' and Roger Zorns'
Case Should have Been Seperated
Because it Causes A Conflict
Of Interest...

Attorney Cory DRiggers was an Attorney that the alabama Lawyer Referral Service Referred to me. On or about the date of 1·20·03, Attorney Cory Driggers meet with me on an appointment in his Conference Room, I told Him my (our) Case was messed (Vonnie Zorn, Roger Zorn's) up and Could He Fix it... Attorney Cory DRiggers Said he would look at it to leave the Case with him...

About 2 weeks later on 1·5·04, Attorney Cory DRiggers Advised me that he Could not help me with the Case...

Attorney Cory Driggers Sent me a letter dated on 1·5·04 that He was un-able to Repersent me (us) in this legal matter.

Page 3
of 10

Attorney Cory Driggers Conspired
with Attorney James R. Green, Attorney
Michael S. Burtt, Attorney Craig Morris
and Auto Owners Insurance Company,
to not take the case and deny
my mother (Vonnie Zorn) and me (Roger
Zorn) Due Process ...

Attorney Cory Driggers excepted
a Big Pay-off from Auto owners
to no Repersent my mother (vonnie Zorn)
and I (Roger Zorn) dening us our
Civil Rights and Due Process ...

Attorney Cory DRiggers
Refused the Case. So He could recieve
a Huge Pay-off From auto owners
So, my mother (vonnie Zorn) and
I (Roger Zorn) could not be consifited ...

All These Lawers have
Robbed my mother and me of
our money ...

Attorney Cory Driggers
Robbed us ...

Page 4
of 10

Attorney Cory Driggers
had the Power to Sue Auto Owners,
The Company, The Owner and
The Driver and make Seperate
Cases: and to help my mother
and I to develop a case
against the two lawyers Green
and Burtt that let the time
Run out...

Attorney Cory Driggers
Neglected all these legal matters
Emtrusted to him ... There Fore,
My mother (Vonnie Zorn) and
I (Roger Zorn) are not responsible,
For any Contracts or Bills (money)
Attorney Cory Driggers holds us
Responsible For...

Attorney Cory Driggers has
Conspired with All those attorneys
listed earlier... Attorney Cory
Driggers excepted Pay-off From
Auto Owners Refusing our Case,
dening us Due Process...
So, My mother(Vonnie Zorn)and
I (Roger Zorn) Could not Be Consipated...
All these Lawyers listed earlier
have Comitted Conspiracy Against us
taking a Pay-off From the Insurance Co....
Attorney Cory Driggers Robbed us...

State V. Meyer 430 so 2d 440,443 (Fla 1983)

"All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of Knowledge of or Compliance with prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which may Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer Shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer Should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated cost iNVolued Under The Circumstances...

# Rule 4-1, 2. Scope of Respresentation

(A) Lawyer to Abide By Clients' Decisions A Lawyer Shall Abide By a Clients' Decisions Concerning the Objectives of Representation, and Shall Consult with the Client as to the Means by which they are to Be Pursued.

Both Lawyer and Client have Authority and Responsibility in the Objectives and Means of Representation. The Client has Ultimate authority to Determine the Purpose to be Served By legal Representation, within the limits imposed by law and the Lawyer Professional Obligations. Within those limits, A Client Also has a Right to Consult with the lawyer about the Means to Be Used in Pursuing those Objectives.

# Rule 4-1.4 Communication

(A) Informing Client of Status of Representation. A Lawyer Shall keep a client Reasonably informed about the Status of a matter and Promptly Comply with Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the Client to make informed Decisions Reguarding the Representation.

Page 8
of 10

A. C. L. U.
    Questions:

I. which of your Rights are
Violated? I have been denied
my Constitutional (Civil) Rights
By Being denied Due process.
    A. United States Constitution
        Article I (14)
    B. Alabama Constitution.
        Article I (11) and All of
        article I because its' the
        Preamble ...

II. How were your Rights Violated?
    Attorney CoRy H. Driggers denied
    my mother (Vonnie Zorn) and I
    (Roger Zorn) Due process By not Sueing
    Auto Owners (the insurance company),
    River Forkes Antiques (the company),
    Ron Thames (the Owner), Christopher
    Thames (The Driver), Attorney James
    R. Green and Attorney Michael
    Burtt ...
        Attorney Cory H. Driggers
    took a pay-off from Auto Owners
    and Refused to take the Case ...
    Attorney Cory H. Drigger looked (transcripts)
    at the Case for about 2 weeks, and
    Sent me a letter date 1·5·04 that
    he was unable to Repersent me (us)
    in this legal matter ...

II   Attorney Cory H. Driggers was
      an Attorney that the alabama
      Lawyer Referral Service Referred to
      me. Att. C. H. Driggers has
      Commited Conspiracy against my
      Mother and me taking a Pay off
      From the insurance Company. So,
      my Mother and I could not Be
      Consipated...

III.  what Steps have you taken to
      Solve the Problem? I have
      written Complaints to the Alabama
      Bar in montgomery on Craig
      Morris (Att.) and A.C.L.U.
      in Montgomery...

IV.  What do you want us to do?
      1. I need an attorney that will
         Repersent me (us) in this case:
         Geneva County Civil Court
         Case # CV-00-078 (m)
      2. I need you to Repersent
         me (us) with an A.C.L.U.
         Attorney...
      3. I need A.C.L.U. to help me
         make Individual cases' Against:
         Auto owners Ins. Co., River Forks
         Antigues, Ron Thames, christopher Thames,
         Att. James Green, Att. michael Burtt, Att.
         Craig morris, Att. James W. Kelly,

Page 10
of 10

IV.  Att. Cory Driggers , Att Henry
F. Lee III , Att. Lee Wendell
Loder , Att. Harry Prim and
Att. Earl Barle moody...

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
CONSUMER AFFAIRS SECTION

## CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL) 1-800-392-5658

(Please type or print in ink)

_Att. Harry PRim_
Name of Person or Firm Complained Against

_Roger ZoRN        45_
Your Name                          Age

_P.O. Box 2147_
Address

_3212 State Hwy 2 East_
Your Address

_Dothan, Ala   36302_
City and State          Zip Code

_Westville, Fla. 32464_
City and State          Zip Code

_334·671·9555_
Telephone

_850·859·9966_
Telephone (Home)     Telephone (work)

Did You Sign a Contract? _no_        Date of Transaction _____

Name of
Salesperson _Alabama Refferal Service   montgomery_

Have you told the firm of your Complaint? _no_

Product or Service
Involved _Car accident and Injuries_

Estimate of dollars involved _1,000,000.00 (+)_

How were you first contacted – at your premises ( ); at the firm's premises ( ):
telephone ( ); radio/t.v. ( ); newspaper/magazine ( ); mail solicitation ( )?

Have you consulted an attorney? _✓_ Who? _Att. David W. Rousseau_

Is there a court action pending? _✓_ Where? _Geneva County Courthouse_

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary).
Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

Attorney Harry S. Prim III denied my mothers' (Vonnie Zorn) and my (Roger Zorn) Constitutional (civil) Rights By Being denied Due Process: (A.) United States Constitution Article I (14). (B.) Alabama Constitution Article I (11) and All of Article I because its' the Preamble ...

Attorney Harry S. Prim III denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not Sueing or/And making Individual Case Against: Auto Owners (the insurance co.), Ron Thames (the owner), River Forks Antiques (the company) and Christopher Thames (the Driver).

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____          1·3·05
Signature of person filing complaint          Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:

Office of the Attorney General
Consumer Affairs Section
11 South Union Street
Montgomery, AL 36130

# COMPLAINT AGAINST A LAWYER

**Return your completed form to:**

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

ZoRN, Roger
Last Name,    First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850·859·9966
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

PRim III, Harry Samuel
Last Name,    First Name

P.O. Box 2147
Address

Dothan, Ala. 36302
City, State, ZIP Code

334·671-9555
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❏ Client                              ❏ Opposing Counsel
❏ Former Client                       ❏ Judicial
❏ Opposing Party                      ☑ Other: Represent me against the Company

On what date did the alleged ethics violation occur?    7·15·04

What was your fee arrangement with the attorney?    no

Is there a court case related to your complaint? _____✓_____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County Civil court case # CV-00-078(m) Att. David W Rousseau
PoBox 2104
Dothan, Alabama 36301

**EXPLANATION OF YOUR COMPLAINT**

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

Attorney Harrys Prim III denied my mothers' (Lonnie Zorn) and my (Roger Zorns') Constitutional (Civil) Rights By Being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and all of Article I because its' the Preamble ...

Attorney Harrys Prim III denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not Sueing or/and making Individual Case Against: Allto Owners (the Insurance co), Ron Thames (the Owner), River Forks Antiques (the company) and Christopher Thames (the Driver)...

I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.

Name (signature)

Date: 12-20-04

Sworn to and subscribed before me this 20 day of December 20 04

[SEAL]

NOTARY PUBLIC

MY COMMISSION EXPIRES: 9|3|05

KATHY DOUGLASS
My Comm Exp. 9/3/05
No. DD 054743
[ ] Personally Known [ ] Other I.D.

Page 1
of 8

# Complaint

Attorney Harry Samuel Prim III denied my mothers' (Vonnie Zorn) and my (Roger Zorn) Constitutional (civil) Rights By Being denied Due Process:

A. United States Consitution Article I (14).

B. Alabama Constitution Article I (11) and all of Article I because its' the Preamble

Attorney Harry Samuel Prim III denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not Sueing or/and making Individual case Against: Auto owners (the insurance Co.), River Forks Antiques (the company), Ron Thames (the owner), and Christopher Thames (the Driver)...

On about the date of July 15th, 2004, I called the Alabama (montgomery) Refferal Service to get a Lawyer to Sue the company (River Forks Antiques) They gave me attorney Harry S. Prim III Stated "why hasn't your lawyer Sued the Company..." Attorney Harry Prim wanted to Know the attorneys' name that I had last, I told him Attorney Henry F. Lee III... Attorney Harry S. Prim stated " He would get back with you"...

Attorney Harry S. Prim III conspired with Attorney Henry F. Lee III and Auto Owners Refusing the case, So, he could recieve a huge Pay-off from Auto owners... So, my mother and I could not be compisated...

All of these lawyers have committed Conspiracy against my mother and I taking a Pay off from the insurance Company.

Attorney Harry S. Prim Robbed US...

State V. Meyer 430 so 2d 440, 443 (Fla 1983)

"All attorneys are under the Professional duty not to Neglect any legal matters Entrusted to THEM ... LACK of Knowledge of OR Compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, Which May Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules OF Professional Conduct
Rules 4-1.1 Competence

A Lawyer Shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

THe Lawyer should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As Well as the Estimated Cost inVolved Under The Circumstances ...

# Rule 4-1,2. Scope of Representation

(A) Lawyer to Abide By Clients'
Decisions A Lawyer Shall Abide
By a Clients' Decisions Concerning
the Objectives of Representation,
and Shall Consult with the Client as
to the means by which they are to
Be Pursued.

Both Lawyer and Client have
Authority and Responsibility in the
Objectives and means of Representation.
The Client has Ultimate authority to
Determine the Purpose to be Served
By legal Representation, within the
limits imposed by law and the
Lawyer Professional Obligations.
Within those limits, A Client Also
has a Right to Consult with the
lawyer about the means to Be
Used in Pursuing those Objectives.

# Rule 4-1,4 Communication

(A) Informing Client of Status of Representation, A Lawyer Shall Keep a Client Reasonably informed about the Status of a matter and Promptly Comply With Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the Client to make informed Decisions Reguarding the Representation.

Page 6
of 8

A. C. L. U.
Questions:

I. Which of your Rights are
Violated? I have Been
denied my constitutional
(civil) Rights By Being Denied
Due Process:
A. United States Constitution
Article I (14)
B. Alabama Constitution
Article I (11) and all of
Article I because its' the Preamble...
II. How were your Rights Violated?
Attorney Harry Samuel Prim III
denied my mother (Vonnie Zorn)
and I (Roger Zorn) Due Process
By not Sueing Auto owners
(the Insurance co.) River Forks
Antiques (the Company), Ron Thames
(the Owner), christopher Thames
(the Driver), Attorneys James
R. Green, and michael Burtt...
    Attorney Harry Samuel Prim III
was a lawyer reffered to me
By the Alabama Refferal Service
in montgomery, Alabama to Sue
the Company (River Forks Antiques)

II. Attorney Harry Samuel Prim III played games with me...

Attorney Harry Samuel Prim III took a pay-off from Auto-Owners and Refused to take the case...

Attorney Harry Samuel Prim III commited conspiracy against my mother and I taking a pay-off From the Insurance company. So, my mother and I could not be Consipated...

III. What Steps have you taken to Solve the Problem? I have written complaints to the Alabama Bar in Montgomery, Alabama on Att. Craig Morris and A.C.L.U. in Montgomery, Alabama.

IV What Do you want us to Do?

1. I need an attorney that will Repersent me (us) in this Case: Geneva county civil Court Case # CV-00-078 (m)

Page 8
of 8

IV  2. I need you to Repersent
Me (us) with an A.C.L.U.
Attorney.

3. I need A.C.L.U. to
help me make Individual
Cases' against : Auto owners
Ins. Co., River Forks Antiques,
Ron Thames, Attorneys James
Green, Michael Burtt, Craig
Morris, James W. Kelly,
Cory Driggers, Henry Prim III,
Henry F. Lee III , Lee
Wendell Loder and Earl
Barle moody ; christopher
Thames.

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
CONSUMER AFFAIRS SECTION

# CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL) 1-800-392-5658

(Please type or print in ink)

Attorney James w. Kelly
Name of Person or Firm Complained Against

P. O. Box 9

609 S. Commerce St.
Address

Geneva, Alabama 36340
City and State            Zip Code

609 S. Commerce St.
334-684-2585
334-684-8524
Telephone

Roger Zorn
Your Name                            Age

3212 State Hwy 2 East
Your Address

Westville, Florida 32464
City and State            Zip Code

850-859-9966
Telephone (Home)      Telephone (work)

Did You Sign a Contract? ___NO___   Date of Transaction ___1-02-04___

Name of
Salesperson Att, James w. Kelly

Have you told the firm of your Complaint? _No_

Product or Service
Involved ___Personal Injury, auto accident___

Estimate of dollars involved ___1,000,000.00 (+)___

How were you first contacted – at your premises ( );  at the firm's premises ( ):
telephone ( ); radio/t.v. ( );  newspaper/magazine ( ); mail solicitation ( )?

Have you consulted an attorney? __✓__ Who? _Att, David w. Rousseau_

Is there a court action pending? _Yes_ Where? _Geneva county civil court case._

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

Attorney James W. Kelly denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights By Being denied Due Process:
(A.) United States Constitution ARTicle I (14).
(B.) Alabama Constitution ARTicle I (11) and all of Article I because its' the Preamble...
     Attorney James W. Kelly denied my mother (Vonnie Zorn) and my (Roger Zorn) Due Process by not Sueing or/And making individual case Against: Auto Owners (The Insurance co.), River Forks Antiques (The company), Ron Thames (The owner), and Christopher Thames (The Driver). Vonnie Zorns' and Roger Zorns' case should have been Seperate because it causes a conflict of interest...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____            1·3·05
Signature of person filing complaint      Date

PLEASE RETURN COMPLETED COMPLAINT FORM TO:
Office of the Attorney General
Consumer Affairs Section
11 South Union Street
Montgomery, AL 36130

# COMPLAINT AGAINST A LAWYER

**Return your completed form to:**

**Alabama State Bar
Disciplinary Commission
P. O. Box 671
Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

ZORN, Roger
Last Name,      First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850·859·9966
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

Kelly, James W.
Last Name,      First Name
609 S. Commerce St.
P.O. Box 9
Address

Geneva, Alabama 36340
City, State, ZIP Code
334-684-2585
334-684-8524
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

☐ Client
☐ Former Client
☐ Opposing Party

☐ Opposing Counsel
☐ Judicial
☑ Other: Trying to get an Attorney.

On what date did the alleged ethics violation occur? 1-7-09, 1-2-09

What was your fee arrangement with the attorney? no

Is there a court case related to your complaint? _____✓_____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

_____

### EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

Attorney James W. Kelly denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (Civil) Rights By Being denied Due Process: (A.) U.S.C. Article I (14).
(B.) Alabama Constitution Article I (11) and all of Article I because its' the Preamble...
     Attorney James W. Kelly denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing or/And Making Individual Case Against: Auto Owners (The insurance co.) River Facks Antiques (The Company), Ron Thames (The owner) and Christopher Thames (The Driver). Vonnie Zorns' and Roger Zorns' Case Should have been Seperate because it Causes a Conflict of Interest...

**I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.**

KATHY DOUGLASS
My Comm Exp. 9/3/05
No DD 054143
[ ] Personally Known  [✓] Other I.D.

Name (signature)  _Roger Zorn_

Date: 12-20-04

Sworn to and subscribed before me this 20 day of December, 2004.

[SEAL]

_Kathy Douglas_
NOTARY PUBLIC

MY COMMISSION EXPIRES: 9/3/05

Page 1
of 9

# Complaint

Attorney James W. Kelly denied
my Mothers' (Vonnie Zorn) and
my (Roger Zorns') Constitutional
(Civil) Rights By Being denied
Due Process:
   A. United States Constitution
      Article I (14).
   B. Alabama Constitution
      Article I (11) and all
      of Article I because its'
      the Preamble...

Attorney James W. Kelly
denied my mother (Vonnie Zorn)
and I (Roger Zorn) Due Process
By not Sueing or/And making
Individual case against:
Auto Owners (the Insurance Co.)
River Forks Antiques (the company),
Ron Thames (The owner), and
Christopher Thames (The Driver).
Vonnie Zorns' and Roger Zorns'
Case Should have Been Seperated
Because it causes a Conflict of
Interest...

Page 2
of 9

I Had an appointment with
Attorney James W. Kelly about one week
before the date of 1·7·04 around the
date of 1·2·04. Attorney James
W. Kelly asked me what they wanted
to settle for. I (Roger Zorn) stated
for only 300 thousand at the time...
        Attorney James W. Kelly stated
"that you Better take that 300
Thousand in this County, That the
Judge and the Sheriff did not make
the People that was on Jury duty
Come in, that oNly you get the
Real Poor People to show up for
Jury that would not help you,
Thats' the upper Class of
People that was on the Jury
don't show up. That the sheriff
do not go get them and
make them show up..."
        Attorney James W. Kelly
wanted to look at the Case File.
So, I left it with Him...

When I (Roger Zorn) went back for my appointment on 1·7·04 at 4:00 pm Attorney James W. Kelly Stated " I Can't Help you with this Case."

Attorney James W. Kelly Conspired with Attorney James R. Green, Attorney Michael S Burtt, Attorney Craig Morris and Attorney Cory Driggers, and Auto Owners Insurance Co. to not take the Case and deny my mother (Vonnie Zorn) and me (Roger Zorn) Due Process ...

Attorney James W. Kelly excepted a Big Pay off From Auto-Owners to not Repersent my mother (Vonnie Zorn) and I (Roger Zorn) dening us our Civil Rights and Due PRocess ...

Page 4
of 9

Attorney James W. Kelly
Refused the Case. So, He
could Recieve a Huge Pay-off
From Auto owners so, my
Mother and I could not be
Consipated...

All these Lawyers
has Committed Conspiracy against
my mother and Me taking a
Pay off From The Insurance
Co (money)...

All these Lawyers have
Robbed my mother and
me of our money...

Attorney James W. Kelly Robbed
US...

State V. Meyer 430 so zd 440,443 (Fla 1983)

" All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... LAck of Knowledge of oR Compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which may Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar. "

Rules OF Professional Conduct Rules 4-1.1 Competence

A Lawyer Shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated cost involved Under The Circumstances...

# Rule 4-1,2. Scope of Respresentation

(A) Lawyer to Abide By Clients' Decisions A Lawyer Shall Abide By a Clients' Decisions Concerning the Objectives of Representation, and Shall Consult with the Client as to the means by which they are to Be Pursued.

Both Lawyer and Client have Authority and Responsibility in the Objectives and means of Representation. The Client has Ultimate authority to Determine the Purpose to be Served By legal Representation, within the limits imposed by law and the Lawyer Professional Obligations. Within those limits, A Client Also has a Right to Consult with the lawyer about the means to Be Used in Pursuing those Objectives.

Rule 4-1.4 Communication

(A) Informing Client of Status of Representation. A Lawyer Shall Keep a Client Reasonably informed about the Status of a matter and Promptly Comply with Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the Client to make informed Decisions Reguarding the Representation.

Page 8
of 9

A. C. L. U.
Questions:

I. Which of your Rights are
Violated? I have Been denied
My Constitutional (civil) Rights
By Being Denied Due Process:
A. United State Constitution
Article I (14)
B. Alabama Constitution
Article I (11) and all
of Article I because
its' the Preamble ...

II How were your Rights Violated?
Attorney James W. Kelly denied
My mother (Vonnie Zorn) and
I (Roger Zorn) Due Process By
Not Sueing Auto Owners (the Insurance
Co.), River Forks Antiques (the company),
Ron Thames (the owner), christopher
Thames (the Driver), Att. James
Green and Att. Michael Bell ...
Attorney James W. Kelly
took a Pay-off From Auto owners
and Refused to take the case ...
Attorney James W. Kelly looked
at the case files For about one
week.

Page 9
of 9

II. Attorney James W. Kelly
Committed Conspiracy against
My mother and me taking
a Pay-off From the insurance
Company. So, My mother and
I could not Be Consipated...

III what Steps have you taken to
Solve the problem? I have
written Complaints to the
Alabama Bar in Montgomery
on Craig Morris (Att) and
A.C.L.U. in montgomery...

IV. what do you want us to do?
(Legal Aid) 1. I need an attorney that
will Repersent me (us) in
this Case; Geneva County Civil
Court Case # CV-00-078 (m)
2. I need you to Repersent me
(us) with an A.C.L.U. Attorney.
3. I need A.C.L.U. to help me make
Individual cases' against: Auto
Owner Ins. Co.; River Forks Antiques;
Roy Thames; christopher Thames,
Attorneys James Green, Michael
Burtt; Craig Morris, James W. Kelly;
Cory Driggers; Henry Prim III,
Lee Wendell Loder and Henry F. Lee III,
Earl Bacle Moody...

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
CONSUMER AFFAIRS SECTION

## CONSUMER COMPLAINT FORM

11 South Union Street                   Phone: (334) 242-7334
Montgomery, Alabama 36130               Fax: (334) 242-2433
                              (Toll Free in AL) 1-800-392-5658

(Please type or print in ink)

Att. Henry F. Lee III
**Name of Person or Firm Complained Against**

Roger Zorn    45
**Your Name**                **Age**

Post Office Box 129
310 Commerce Street
**Address**

3212 State Hwy 2 East
**Your Address**

Geneva, Alabama 36340
**City and State**          **Zip Code**

Westville, Florida 32464
**City and State**          **Zip Code**

334 - 684 - 6406
334 - 684 - 6260
**Telephone**

850·859·9966
**Telephone (Home)**      **Telephone (work)**

Did You Sign a Contract? Yes          Date of Transaction_____

Name of
Salesperson_____

Have you told the firm of your Complaint? I have complained about the case.

Product or Service
Involved  Car accident / Injuries

Estimate of dollars involved  1,000,000.00

How were you first contacted – at your premises ( );  at the firm's premises ( ):
telephone ( );  radio/t.v. ( );  newspaper/magazine ( );  mail solicitation ( )?

Have you consulted an attorney? Yes  Who? Att. David W. Rousseau

Is there a court action pending? Yes  Where? Geneva County Civil court

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney Henry F. Lee III denied my mothers' (Vonnie Zorn) and my (Roger Zorns')Constitutional (Civil) Rights by being denied Due Process:
  A. United States Constitution: Article I (14)
  B. Alabama Constitution: Article I (11) and all of
     Article I because its' the Preamble.
        Attorney Henry F. Lee III denied my
mother (Vonnie Zorn) and I (Roger Zorn)
Due Process by not Sueing or making Individual
Case Against: Auto Owners Insurance co.,
River Forks Antiques (the Company) Ben Thames
(the Owner) and Christopher Thames (the
Driver). Vonnie Zorns' and Roger Zorns' case
Should have been Seperated because it causes a
Conflict of Interest...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____          1·3·05
Signature of person filing complaint          Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
Office of the Attorney General
Consumer Affairs Section
11 South Union Street
Montgomery, AL 36130

# COMPLAINT AGAINST A LAWYER

**Return your completed form to:**

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page.  Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

## INFORMATION ABOUT YOU

Zorn, Roger
Last Name,     First Name

3212 State Hwy. 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850 . 859 . 9966
Telephone Number(s)

_____
Alternate address/phone number

## INFORMATION ABOUT THE LAWYER

Lee III, Henry F.
Last Name,     First Name

Post office Box 129
310 Commerce Street
Address

Geneva, Alabama, 36340
City, State, ZIP Code

334 - 684 - 6406
334 - 684 - 6260
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

☐ Client            ☐ Opposing Counsel
☑ Former Client     ☐ Judicial
☐ Opposing Party    ☐ Other: _____

On what date did the alleged ethics violation occur? _____

What was your fee arrangement with the attorney? 30 % _____

Is there a court case related to your complaint? _____✓_____YES _____NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County civil court case # CV-00-078 (m) Att. David W. Rousseau
P.O. Box 2154
Dothan, Ala. 36301

## EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

I. Attorney Henry F. Lee III denied my mothers' (Vonnie Zorn) and my (Roger Zorn) Constitutional (civil) Rights by being denied Due Process: (A) U.S.C. Article I (14). (B) Alabama Constitution Article I (11) and All of Article I because it's the Preamble.

Attorney Henry F. Lee III denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing or Making Individual Case Against: Auto Owners, River Forks Antiques (the company), Ron Thames (owner) and Christopher Thames (Driver). Vonnie Zorn and Roger Zorns' case Should have been Seperated because it Causes a Conflict of Interest.

**I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.**

Roger Zorn
**Name (signature)**

**Date:** 12-20-04

**Sworn to and subscribed before me this** 20 **day of** December , 20 04

**[SEAL]**

Kathy Craiglow
**NOTARY PUBLIC**

**MY COMMISSION EXPIRES:** 9/3/05

KATHY DOUGLASS
My Comm. Exp. 9/3/05
No. DD 054843
[ ] Personally Known  [ ] Other I.D.

Page 1
of 18

# Complaint

I        Attorney Henry F. Lee III
denied My Mothers' (Vonnie Zorn)
and My (Roger Zorns') constitutional
(civil) Rights By Being denied
Due Process:
    A. United States Constitution
        ARticle I (14)
    B. Alabama Constitution
        ARticle I (11) and All of
        ARticle I because its' the
        PReamble...

Attorney Henry F. Lee III
denied my mother (Vonnie Zorn) and
My (Roger Zorn) Due Process By not
Sueing or making Individual case
Against: Auto owners (the insurance co.),
River Forks Antiques (the Company),
Ron Thames (The owner), Christopher
Thames (The Driver), Attorney James
R. Green and Attorney Michael
S. Burtto. Vonnie Zorns' and
Roger Zorns' case should have been
Seperated because it cause a
Conflict of Interest...

II. Attorney Henry F. Lee III took a Huge Pay-off (money) From Auto Owners Ins. Co. to Butcher Our Case... He withdrew and Abandon Our Case... Attorney Henry F. Lee III conspired with other attorneys (Lawyers)...

III. Only one case was made: Roger Zorn and Vonnie Zorn Vs. Chritopher Thames. Attorney Henry F. Lee III could have made more individual cases' and was ask to do so...

IV. Attorney Henry F. Lee III did not sue my Insurance Co. (Integon)

V. Attorney Henry F. Lee III Butchered my mothers' (Vonnie Zorn) and my (Roger Zorns') Case...

VI. Attorney Henry F. Lee III Conspired with Auto Owners Insurance Co. and was being Payed-off with Money...

Page 3
of 18

VII. Attorney Henry F. Lee III
Conspired with the Following
(Attorneys) Lawyers to Butcher
my mothers' (Vonnie Zorn and
My (Roger Zorn) Case and Except
Money as a Pay-off From
Auto Owners Insurance Co.:
    Attorney Craig B. Morris
    Attorney James W. Kelly
    Attorney Cory Driggers
    Attorney Harry Prim
    Attorney Earl Barle Moody
    Attorney Lee Wendell Loder.
All these above Attorneys (lawyer)
listed have denied my mothers'
(Vonnie Zorn) and my (Roger Zorn)
(Civil) Constitutional Rights to
Due Process:
    A. United States Constitution: Article I (14).
    B. Alabama Constitution: Article I (11)
      and all of Article I because
      its' the Preamble...

    On the Other Hand, All
These Attorneys have Excepted
a Big Money Pay-Offs For
Butchering Our Case From
Auto Owners Insurance Co.....

Page 4
of 18

VIII. Attorney Henry F Lee III
did not attempt to get a
Copy of the Insurance
Policy ...

IX. Did not Seperate Roger Zorns'
and Vonnie Zorns' Case ...
    A. Causes a conflict of
    Interest.

X  Attorney Henry F. Lee III
trying to Run throw the
Case.

XI  At the notice of Deposition
Hearing, Attorney Henry F.
Lee III took my mothers'
(Vonnie Zorn) and my (Roger Zorns')
Notes away From us,
Attorney Lee III did not take
the Opposing attorneys' notes...

XII  Attorney Henry F Lee III
Run through the Case not
doing any thing because he
had a Conflict of interest
with Auto Owners, He Had
AllReady Been Payed - Off and
would not do nothing with
the Butchered Case ...

XIII   Attorney Henry F. Lee III
with drawed and Abandoned
the Case Because he was
fayed - off ...

XIV.  All These Attorneys (listed)
have Conspired with each
Other on How they was
going to all work against
Vonnie Zoms' and Roger Zoms' case
taking (money) Pay - offs From
Auto Owners Dening Us
Due Process By Excepting
Money ...

XV   Attorney Henry F. Lee III
Did not Attempt to get the
insurance Company (Auto Owners)
to Pay me my Salary to
Stay at home with this
ExcRuiceating Pain and Suffering ...

XVI.  Attorney Henry F. Lee III
Did not attempt to get me
Psychologically Evaluated ...
(Help)

Page 6
of 18

I (Roger Zorn) have had
2 (two) Surgeries : one on my neck
and one on my Back...
I need two more Surgeries : one
on my neck/shoulder and one on
my Back in different places ...
I need shots in my neck and
Back to be able to live with this
Constant and Excruciating Pain...
I Am in Constant and Excruciating
Pain having to try to work on my
Job Because these Attorneys have
done any thing to my Case and
Have Let me down ... AnyBody
Else would Be at Home in This
Type of Pain ... I stay Tired, no Energy, I
Feel like I'm dieing. This Pain has taken the
Life out of my Body...
I'm slowly lossing Control
of my Legs ... To NO CONTROL
I Hurt So Bad ALL OVER,
I FEEL Like I'm Dieing a
Slow Death ... I Feel Like I'm
going in and out of Death ... A Really
weird FEELing with my Body...
Also, My Body is Burning up with an Air
Conditioner... Constant Headaches,
Back and Leg Pains From a Streched
Spine ... My Chest and Heart Hurts.
My Head is So dizzy, It takes time to make Decisions...
EXCRUCIATING PAIN

Page 7
of 18

XV. Attorney Henry F. Lee III
is getting over on the Elderly...
My mother was born on
May 1st 1931, Vonnie Zorn
is 73 years old...

My Mother (Vonnie Zorn)
Constantly Sits around in
he Chair Rubbing her legs
with Both Hands (Crying)...
My Mother is in Constant
and Excruciating Pain...
Vonnie Takes shot in her
Back to deal with Life...
She has Several Sever Problems
from the accident...

XVI. Attorney Henry F. Lee III is one
of the Master minds Behind this
Criminal act...
Attorney Henry F. Lee III got
greedy and took the Huge Pay-off
(money) From Auto owners and
Passed us off to another
attorney...

XVII. Attorney Henry F. Lee III
Didn't Sue the Company (River
Forks Antiques), The Owner
(Ron Thames) The Driver (Christopher
Thames) ...
        Attorney Henry F. Lee III
Made out like the policy was
300 Thousand dallors ...
        Auto Owners Payed him Off...

        Attorney Henry F. Lee III
Could have chosen to Help us
get Money out of this accident
that we Really needed for Doctor
Bills, Medications, Surgeries,
Shot treatment therpy and
Transportation, Pain and Suffer
through out the Case and the
Rest of our lifes ...
        Because this Constant and
Excruciating Pain don't go
Away ...

        Vonnie Zorn and Roger
Zorn was Denied Due Process
our Constitutional Rights as
Citizens of the United
States ...

Page 9
of 18

XVIII   At the notice of Deposition
Hearing Attorney Henry F. Lee III.
took our notes away from
my mother (Vonnie Zorn and
I (Roger Zorn). Attorney
Henry F. Lee III did not take
anything from the opposing
Attorney ...

XIX   Attorney Henry F. Lee III
told me that the First two
Lawyers Green and Burtt did
not Sue River Forks Antiques
(the Company) that I should
Sue Them ... that there was
a One million dallor Umbrella
Policy at the Time of the
accident ... (what happen
to the ExPo Facto)

Attorney Henry F. Lee III
Stated that now the Insurance Policy
was only $300,000.00 and
that he had recieved a Signed
legal Affidavit from Auto owners Ins. Co.
that the Policy was only 300 thousand
dallors ... But, At the time of the
accident the Policy was a One million
dallor umBrella Policy, that the First
two lawyers had Beaten me out
of it ...

XIX.✳

At The Time of the
incident the Cap that was
in Place is EXPO Facto
in the Case... Meaning
if a New Cap has Been Put
IN Place after the Accident,
The New One Can not Be
Applied Towards you (the Accident),
But, The Policy (one million
dallors) that was in Place at
that time Can and Should Be
applied to this Case...
Meaning if the Insurance
Company issued a Policy for
$1,000,000.00 Amount of dallors,
and that Policy was in
Place at the time of your
accident then that is what
you are intitled to...

Page 11
of 18

On or about the date of 3·9·04
IN One of our Sessions',
Attorney Henry F. Lee III claimed
that there was a Discrepancy in
the transcripts stating on October
13th 2003 that my injuries was not
related to a motor Vechile accident
that was brought to his attention
by Attorney William L. Lee, IV, Esq.
   Attorney Henry F. Lee III claims
that one of the two doctors disagreed
about me (Roger Zorn) on Oct. 13, 2003...
Attorney Henry F. Lee talke like he
wasn't going to See about it...
   I (Roger Zorn went to Dr. Morks'
Office to See about this error,
His Secretary could not Find it
and wanted Attorney Henry F. Lee III
to call her... the next Time
I Saw Attorney Henry F. Lee III,
He Stated that the Staff at Dr.
Morks' were mad because I
went down there mad...
   I was very nice to Dr. Morks'
Staff and They were Very Nice
to me... The Discrepancy
in the transcripts was never Found...
On or about the date of 3·17·04 In another Session, Attorney
(3·17·04) Henry F. Lee III Also He Stated that
you (Roger Zorn) had a Cracked Skull
and had Some type of Syndrone that
Made me get mad Real easy from
the car Accident...

Page 12
of 18

On or about the date of 7·19·04,
Attorney Henry F. Lee III made
out a Contract and had me to sign
it Before leaving his office with
my mothers' and my case File...

Attorney Henry F. Lee had the
Power to Sue the company, the owner
and make Seperate Cases: and to
help my mother and I to develop a
Case against the two Lawyers
Green and Burtt that let the time
run out...

Attorney Henry F. Lee III
neglected All these Legal matters
Emtrusted to him... There Fore, (Vonnie Zorn)
my mother and (Roger Zorn) I are
not responsible For any contracts
or Bills (money) Attorney Henry F Lee III
holds us responsible For...

Attorney Henry F. Lee III
Recieved a Huge Pay-off From Auto
Owners' dening us Due Process...
So, my mother (Vonnie Zorn) and I (Roger Zorn)
Could not be Consipated.
All these lawyers have comitted
Conspiracy against us taking a Pay-
off From the Insurance Co. (money).
Attorney Henry F. Lee III
Robbed us...

<u>State V. Meyer</u> 430 so 2d 440,443 (Fla 1983)

"All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of Knowledge of or Compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which May Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated Cost involved under The Circumstances...

# Rule 4-1,2. Scope Of Representation

(A) Lawyer to Abide By Clients'
Decisions A Lawyer Shall Abide
By a Clients' Decisions Concerning
the Objectives of Representation,
and Shall Consult with the Client as
to the Means by which they are to
Be Pursued.

Both Lawyer and Client have
Authority and Responsibility in the
Objectives and Means of Representation.
The Client has utimate authority to
Determine the Purpose to be Served
By legal Representation, within the
limits imposed by law and the
Lawyer Professional Obligations.
Within those limits, A Client Also
has a Right to Consult with the
lawyer about the Means to Be
Used in Pursuing those Objectives.

# Rule 4-1, 4 Communication

(A) Informing Client of Status of Representation. A Lawyer Shall Keep a Client Reasonably informed about the Status of a matter and Promptly comply with Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the client to make informed Decisions Regarding the Representation.

Page 16
of 18

A. C. L. U.
Questions:

I. Which of your Rights are
Violated? I have Been denied
My Constitutional (Civil) Rights
By Being Denied Due Process:
   A. United States Constitution
      Article I (14)
   B. Alabama Constitution
      Article I (11) and All
      of Article I Because
      its' the Preamble . . .

II. How were your rights Violated?
Attorney Henry F. Lee III denied
My mothers' (Vonnie Zorn and I
(Roger Zorns') Due Process By
not Sueing Auto owners (the
Insurance company); River Forks
Antigues (the Company); Ron
Thames (the Owner) and Christopher
Thames (the Driver); Attorneys
James Green and Michael Buitt
For not Sueing before the (2)
year dead line was up...
   Attorney Henry F. Lee III withdrew
   and abandoned the Case,
   drawing up a contract For
   me to Sign For the Pay-off
   (Settlement) and not doing anything
   With this Case . . .

Page 17
of 18

II. Attorney Henry F. Lee III
has committed conspiracy
against my mother and
me. taking pay off from
the insurance company. So,
my mother and I could not
Be. Consipited ...
        Attorney Henry F. Lee III
has denied us due process
By not having the court
Produce an Insurance Policy
to see what it covers and
not allowing us to sue for
the Dollor Figure we want...
(Incopotent) and Did not
use the Expo Facto Law.

III What Steps have you taken
to solve the Problem? I have
Written Complaints to Alabama
Bar on Craig Morris and
A.C.L.u, in Montgomery, Al...

IV What do you want us to do?
  1. I need an attorney that
     will Repersent me (us)
     in this case: Geneva County
     Civil court Case:
     # CV-00-078 (m)
  2. I need you to repersent me (us)
     with an attorney.

Page 18
of 18

IV. 3. I need A.C.L.U. to help
me make Individual cases
against: Auto Owners;
River Forks Antigues;
Ron Thames; Christopher
Thames; Att James Green;
Att. Michael Burtt; Att. Craig
Morris; Att. James W. Kelly;
Att. Cory Driggers; Att. Henry
F. Lee III; Att. Lee Wendell
Loder; Att Harry Prim; and
Att. Earl Barle moody...

# COMPLAINT AGAINST A LAWYER

**Return your completed form to:**

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## NAME AND ADDRESS OF COMPLAINANT

Zorn      Roger
Last Name,     First Name

3212 State Hwy 2 East
Address

Westville, FL. 32464
City, State, ZIP Code

850·859·3829
Telephone Number(s)

_____
Alternate contact, address, or phone number

## NAME AND ADDRESS OF ATTORNEY AGAINST WHOM YOUR COMPLAINT IS MADE

Gamble, Michael J.
Last Name,     First Name

206 East Main Street
Address

Dothan, Alabama 36301
City, State, ZIP Code

334 - 793 - 2889
Telephone Number(s)

On what date did the alleged ethics violation occur? *All during the time he repersened the case.*

What was your fee arrangement with the attorney? *40% walked out of mediation.*

## COMPLAINT INSTRUCTIONS:

1. If you have a complaint against more than one attorney, use a SEPARATE complaint form for each attorney, with the details and relevant exhibits attached to each separate complaint. If you are filing more than one complaint, do not combine your complaint details or your exhibits into one document, or make a specific comment about a complaint filed against another attorney, or it will be returned to you. We will not accept complaints against law firms.
2. Send your complaint with an original notarized signature. We will not accept a copy of your signature.
3. State specifically, on each individual complaint, what the attorney did or failed to do which you believe constitutes unethical conduct, and when it occurred.
4. Attach **COPIES** of any receipts, contracts, or other documents which are important to the complaint, to the back of each individual complaint. Keep your own original documents.
5. Please, do not bind your complaint. Type or write your complaint legibly in ink so it can be copied.
6. You may add more pages to this form if necessary.
7. If you believe that drugs, alcohol or mental disability affected the lawyer's representation, please state what facts support your belief.
8. This matter is confidential at this stage of the proceedings, until the Disciplinary Commission or Board has acted.
9. The Alabama Bar Association does not represent you in this matter but acts to investigate complaints on behalf of the Supreme Court of Alabama.

If there is a court case related to your complaint, please provide the case name and file number, and the lawyer representing you?

Geneva County Civil Court case # CV-00-078 (m)

## DETAILS OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

I. Attorney Michael J. Gamble denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (Civil) rights by being denied Due Process: (A). U.S.C. Article I (14). (B) Alabama Constitution Article I (11) and all of Article I (Preamble) (11)...
II. Attorney Michael J. Gamble denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the company), Ron Thames and Christopher Thames while the case was still alive in Attorney Gambles' Hands... Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it Causes a conflict of Interest...

The attorney you are filing the complaint against will receive a copy of your complaint, and may be asked to respond to your allegations.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge and that I will voluntarily appear and testify to the facts in the complaint if called upon by the Alabama State Bar.

Name (signature)

Date: 12 · 29 · 06

Sworn to and subscribed before me this 29th day of December, 06.

[SEAL]

Amanda J. Sconiers
NOTARY PUBLIC

MY COMMISSION EXPIRES: Jan. 20, 2008

Produced FL Drivers License



AMANDA J. SCONIERS
Notary Public, State of Florida
My Comm. Expires Jan. 20, 2008
Comm. No. DD 282849

## STATE OF ALABAMA
### OFFICE OF THE ATTORNEY GENERAL
### CONSUMER AFFAIRS SECTION

## CONSUMER COMPLAINT FORM

11 South Union Street                           Phone: (334) 242-7334
Montgomery, Alabama 36130                        Fax: (334) 242-2433
                                    (Toll Free in AL) 1-800-392-5658

(Please type or print in ink)

_Attorney Michael Gamble_                      _Roger Zorn      47_
Name of Person or Firm Complained Against       Your Name              Age

_206 East main Street_                          _3212 State Hwy 2 East_
Address                                          Your Address

_Dothan , Alabama 36301_                        _Westville, Florida 32464_
City and State         Zip Code                 City and State         Zip Code

_334· 793· 2889_                                _850· 859· 3829_
Telephone                                        Telephone (Home)    Telephone (work)

Did You Sign a Contract? _yes_                  Date of Transaction _January Feb. 2005_

Name of
Salesperson _Alabama bar Refferal Service_

Have you told the firm of your Complaint? _yes_

Product or Service
Involved _Car Accident_

Estimate of dollars involved _$600,000.000 and One million dallor umbrella_

How were you first contacted – at your premises (  ); at the firm's premises ():
telephone (  ); radio/t.v. (  ); newspaper/magazine (  ); mail solicitation (  )? _Ala. Bar Refferral_

Have you consulted an attorney? _yes_ Who? _David Rousseau_

Is there a court action pending? _No_ Where?_____

_Geneva County Civil court case:_
_#CV-00-078 (m)_

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney Michael J. Gamble denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil rights) Rights by denying or being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and All of Article I (Preamble)(11)... II. Attorney Michael J. Gamble denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the Company), Ron Thames and Christopher Thames while the Case was Still alive in Attorney Gambles' Hands... Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it causes a Conflict of Interest...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____        _____
Signature of person filing complaint                Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
**Office of the Attorney General**
**Consumer Affairs Section**
**11 South Union Street**
**Montgomery, AL 36130**

III. Attorneys Michael J. Gamble and David W. Rousseau did not take all the depositions for All the doctors Roger Zorn and Vonnie Zorn was treated by. Roger Zorn and Vonnie Zorn had Seperate doctors

IV. The Honorable court has to get a court order for the Plaintiffs' Case file AND Roger Zorns' M R I S that these attorneys Gamble and Rousseau are holding iN order to get the doctors' Names to View these Medical Records for the court...

V.     Attorneys michael J. Gamble and David W, Rousseau made statements that a Juvenile with an expired tag had hit the Plaintiffs, before going over to the Attorney Will Lee Law Firm. At the Attorney Will Lee Law Firm, Attorney Will Lee advised us the we were hit by a Juvenile with an expired Tag. It's against the Plaintiffs' Constitutional rights to hold a mediation at the defendents' Attorneys' Law firm...

Attorney David W Rousseau stated that the Medator Keith Watkins had the power to run a small Island or small Country that he was the Law, That he had the Power what-ever he Spoke was the Law.    All these attorney wanted to refer to Roger Zorn as montey...

VI. Attorneys michael J. Gamble and David W. Rousseau At the mediation, Attorney michael J. Gamble Played the good guy wanting the Plaintiffs to get a lot of money, Attorney Gamble want to start out at $280,000.00 and Proceded down ward from there. I, Roger Zorn stated what happen to the $300,000.00 that Vonnie Zorn and I are entitled too, that we are Suppose to get $300,000.00 each for a total of $600,000.00 for these injures to the Plaintiffs. That why they only made one Case So the Insurane Company Would only have to Pay only one $300,000.00.

VII. Attorney michael Gamble got mad and walks out of the Mediation for Our Case to be total Crippled. So, The Plainiff surly in trouble Now.

Exht

**VIII.** Attorney Michael Gamble walk out leaving the Plaintiff with the Bad Guy Attorney David W. Rousseau to whom wants to settle for nothing in the money line. Attorney Rousseau would not speak up for us to get any money.

**IX.** The mediator Keith Watkins stated the Plaintiff was in the Range of Money for this case that the Insuran Company was going to Pay. The mediator stated the the case was like an old Pick-up truck it's not worth much because it's a old case. All those Attorneys the Repersented the Case drug around for years hoping the Case would look worthless in the Eyes of a Jury or any body else...

X  The Mediator stated that all the Insurance Company was only going to Pay this amount of $110,000.00 for Both Plaintiffs and thats' all the Insurance company was going to Pay take it or Leave it ( This offer is a total Insult for Pain and Suffering, the Injuries we recieved the 4 operation I, Roger Zorn need and to Pay for Plus Pay a Doctor monthly from Visit and Pay for my medication I have to have Plus the Doctor Bills my mother will have to have in the future and Medication for her. ) The mediator stated that was all the Insurance Company Plans to Pay the Plaintiff... If the Insurance company has to Pay more than the $110,000.00 then they will fight the Plaintiff in Court for years (Cont)

and still not get anything...
The mediator stated, If the Plaintiff
settles for this $110,000.00 The Insurance
Company want fight you iN THE Court
System and you can have this money...

XI. The Plaintiff has Not recieved
nothing. But Attorneys Gamble and
Rousseau Had Roger Zorn and Vonnie Zorn
to sign for the ten thousand dallor check.
Attorney Rousseau Claimed at the
mediation that If we signed the
Papers to Settle he would only charge
30% for his work, But he charged 40%.
Attorney Will Lee stated we would
get a check on Wednesday. Wednesday
has never got here yet. Attorneys
Gamble and Rousseau Stuck the money
In their Pockets...

XII    Attorney Rousseau kept stated that our funds had be Exuasted: Roger Zorn only recieved about more/orless $10,000.00. and Vonnie Zorn nothing.

Exhibit C

**XIII** Doctor Robert Ignasick recieved a letter from Blue cross Blue shield of Florida stating him to cease Precribing all medication to Roger Zorn. Doctor Robert Igna-siak was Prescribing Roger Zorn Lortabs, Somas and Blood Pressure Medication. Doctor Robert Ignasick gave me my full amount of Lortabs and Blood Pressure medication. and Cut my Somas from 80 down to 50 tablets... This Caused me to be in more Pain...

## XIV

Doctor mork would not do any more operations because Roger Zorn owed money for Previous operations. Doctor mork stated at the deposition that his patients did not return to see him because he Presumed they had gotten along good, This is not Why Roger Zorn did not return to his office.

I, Roger Zorn kept on going back to micro-Spine to the Doctors' office trying to recieve the final operations until Dr. morks' Business Administrator came out of the Business Adminstration office in the hall way and stated the Doctor don't want to see you any more because your Bill is not Payed And the Insurance Company has not Payed it...

After Attorney Michael Gamble got mad because I didN't want to Settle for less than $600,000.00 (Six hundred thousand dallors or three hundred thousand dallors for the each of us) He got mad and got up and walked out of the Mediation ... My mother and I Never Saw him agaiN.

My mother (VoNNie Zorn) and I (Roger Zorn) was moved to the Attorney David Rousseau Law Firm as an escape Goat ... for Attorney Michael Gambles' INappropriated behavior ...

After the Mediation, Attorney David Rousseaus' behavior was starting to go into hiding (Not being seen or heard from)

ON July 25, 2006 Attorney David Rousseau had his New Attorney Barbara Wade to send a letter to me saying to call the law Firm...

When I called the Firm and talked to Attorney Barbara Wade, she stated that there was $10,000.00 (ten thousand dallors) of money for Vonnie Zorn in the trust Fund...

I (Roger Zorn) asked for my Case File and my M R I's of my Head and Back Spine that Attorney David Rousseau was holding... Attorney Barbara Wade said she was going to get with Attorney David Rousseau and Get back with me...

The David Rousseau law firm Never got back with me about the Case file and the MRIs or my mothers' Ten thousand dallors

My Mother (VoNNie ZorN) Never Recieved ONe PeNNy out of this law Suit For Any AttorNey...

Page 14 of 15

*The law offices of*

# David W. Rousseau

211 West Adams Street · Dothan, Alabama 36303
Office 334.699.9000 · Fax 334.699.8797 · rousseaulaw@graceba.net

July 25, 2006

Roger J. Zorn
3212 State Highway 2E
Westville, Florida  32464

Dear Mr. Zorn:

I hope this letter finds you doing well. I am an associate attorney with Mr. Rousseau's firm and something has come up that I need to discuss with your mother, Vonnie Zorn. We have money left over in our firm's trust account from your case that needs to be paid to your mother's outstanding medical providers. In order to find out the amount from the medical providers, we need to speak with you or your mother as soon as possible.

When you receive this letter, please call our office right away and ask for me. The only number we have to contact either you or your mother has been disconnected and we have been unable to reach you for the past  several months. If I am unavailable, please leave a current and valid phone number where I can return your call. I look forward to hearing from you.

Sincerely,

Barbara W. Wade
Attorney for the Firm

# COMPLAINT AGAINST A LAWYER

Return your completed form to:

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

Zorn, Roger
Last Name,    First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

334 · 242 - 7334
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

Moody, Earl Barle
Last Name,    First Name

_____
Address

Birmingham, Ala.
City, State, ZIP Code

205 - 980 - 0021
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client
❑ Former Client
❑ Opposing Party

❑ Opposing Counsel
❑ Judicial
☑ Other: Sue (2) attorneys

On what date did the alleged ethics violation occur?    7 · 15 · 04

What was your fee arrangement with the attorney?    no

Is there a court case related to your complaint? _____✓_____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

_____

## EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

Attorney Earl Barle Moody denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights By Being Denied Due Process. (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and All of Article I because its' the Preamble. Attorney Earl Barle Moody denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not sueing or/and making an Individual case Against Attorneys James R. Green and Michael S. Burll. Attorney Earl Barle moody was an Alabama Refferal Service Lawyer. Montgomery, Ala.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.

KATHY DOUGLASS
My Comm. Exp. 9/3/05
No. DD 054183
[ ] Personally Known  [ ] Other I.D.

Name (signature) _Roger Zorn_

Date: __12/20/04__

Sworn to and subscribed before me this __20__ day of __December__, 20_04_.

[SEAL]

_Kathy Douglass_
NOTARY PUBLIC

MY COMMISSION EXPIRES: __9/3/05__

# COMPLAINT AGAINST A LAWYER

> **Return your completed form to:**
>
> **Alabama State Bar**
> **Disciplinary Commission**
> **P. O. Box 671**
> **Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

Zorn, Roger
Last Name,    First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

334 · 242 - 7334
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

Moody, Earl Barle
Last Name,    First Name

_____
Address

Birmingham, Ala.
City, State, ZIP Code

205 - 980 - 0021
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client
❑ Former Client
❑ Opposing Party

❑ Opposing Counsel
❑ Judicial
☑ Other: Sue (2) attorneys

On what date did the alleged ethics violation occur?    7 · 15 · 04

What was your fee arrangement with the attorney?    no

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

Attorney Earl Barle moody denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights By Being denied Due Process: A. United States Constitution Article I (14). B. Alabama Constitution Article I (11) and all of Article I because its' the Preamble...

    Attorney Earl Barle moody denied my Mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not Sueing or / and making an Individual Case Against: Attorneys James R. Green and Michael S. Burtt. Attorney Earl Barle moody was Reffered to me By the Alabama Refferal Service in Montgomery, Alabama...

---

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_R.Z_
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____      _1-3-05_
Signature of person filing complaint      Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
Office of the Attorney General
Consumer Affairs Section
11 South Union Street
Montgomery, AL 36130

# Complaint

Attorney Earl Barle Moody denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights By Being denied Due Process:

    (A.) U.S.C. Article I (14).

    (B.) Alabama Constitution Article I (11) and All of Article I Because its the Preamble...

Attorney Earl Barle Moody denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not allow us to sue or/ and making an Individual Case Against: Attorneys James R. Green and Michael S. Burtt. Attorney Earl Barle Moody was an Alabama Refferal Service Attorney Selected by the Refferal Service in Montgomery, Alabama.

Attorney Earl Barle moody
Played games with me.

I called the Alabama Refferal
Service on or about the date of
July 12th 2004 to get an attorney to
Sue Attorneys James R. Green
and Michael Burtt ... The Refferal
Service reffered me to Attorney
Earl Barle moody in Birmingham,
Alabama.

I would allways get
an answering machine with a
different messages each day...
I would Always leave a message
with my name and phone number
to call me. But, no one every
returned my calls...

State V. Meyer 430 so 2d 440, 443 (Fla 1983)

" All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of knowledge of or compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which may subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar. "

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As Well as the Estimated Cost iNvolued Under The Circumstances ...

# Rule 4-1,2. Scope of Respresentation

(A) Lawyer to Abide By Clients' Decisions A Lawyer Shall Abide By a Clients' Decisions Concerning the Objectives of Representation, and Shall Consult with the Client as to the Means by which they are to Be Pursued.

Both Lawyer and Client have Authority and Responsibility in the Objectives and Means of Representation. The Client has Ultimate authority to Determine the Purpose to be Served By legal Representation, within the limits imposed by law and the Lawyer Professional Obligations. Within those limits, A Client Also has a Right to Consult with the Lawyer about the Means to Be Used in Pursuing those Objectives.

# Rule 4-1,4 Communication

(A) Informing Client of Status of Representation. A Lawyer Shall Keep a Client Reasonably informed about the Status of a matter and Promptly Comply With Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the Client to make informed Decisions Reguarding the Representation.

A.C.L.U.
  Questions:

I. which of your Rights are
   Violated? I have Been denied
   my Constitutional (civil)
   Rights By Being Denied
   Due Process:
       1. United States Constitution
          Article I (14)
       2. Alabama Constitution
          Article I (11) aNd all
          of Article I because
          its' the Preamble ...

II. How were you Rights
    Violated? Attorney Earl
    Barle Moody denied my
    Mothers' (vannie Zorn) and I
    (Roger Zorn) Due Process By
    Not Sueing Auto owners (the
    insurance company), River Forks
    Antiques (the company) Ron
    Thames (the owner), christopher
    Thames (the Driver), Attorneys James
  R. Green and Michael S. Burtt...
    Attorney Earl Barle moody
    was an Alabama Refferal Service
    Lawyer Selected by the Refferal
    Service in Montgomery, Alabama
    to Sue Attorneys James R.
    Green and Michael S. Burtt...

# STATE OF ALABAMA
## OFFICE OF THE ATTORNEY GENERAL
## CONSUMER AFFAIRS SECTION

# CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL) 1-800-392-5658

**(Please type or print in ink)**

Attorney **Barbara W. Wade**
Name of Person or Firm Complained Against

**Roger Zorn    47**
Your Name                    Age

**211 West Adams Street**
Address

**3212 State Hwy. 2 East**
Your Address

**Dothan, Alabama 36303**
City and State          Zip Code

**Westville, Florida 32464**
City and State          Zip Code

**334-699-9000**
Telephone

**850-859-3829**
Telephone (Home)    Telephone (work)

Did You Sign a Contract? **Yes**          Date of Transaction _____

Name of
Salesperson **Attorneys Michael Gamble and David Rousseau**

Have you told the firm of your Complaint? **Yes**

Product or Service **Auto Owners Ins. Co.**
Involved **300,000.00 (three hundred thousand dollar Ins. Policy)**

Estimate of dollars involved **One Million umbrella Policy (+).**

How were you first contacted – at your premises ( ); at the firm's premises (✓);
telephone ( ); radio/t.v. ( ); newspaper/magazine ( ); mail solicitation ( )?

Have you consulted an attorney? **Yes** Who? **Atts' Michael Gamble and David Rousseau**

Is there a court action pending? **No** Where? **Circuit court Geneva, Al.**

Case # **CV 00-078(m)**
**Attorney Rousseau let the case get Dismissed**

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney Barbara W. Wade denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights by being denied Due Process: (A) U.S.C. Article I (14). (B) Alabama Constitution Article I (11) and all of Article I (Preamble) (11)...

II. Attorney Barbara W. Wade denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the company), Ron Thames and Christopher Thames...

Vonnie Zorns' and Roger Zorns' Case should have been Seperated because it causes a Conflict of Interest...

III. Attorney David Rousseau used Att. Barbara Wade as his Guinea Pig because he didn't want to face me with his wrong doings...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____          12·29·06
Signature of person filing complaint          Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
**Office of the Attorney General**
**Consumer Affairs Section**
**11 South Union Street**
**Montgomery, AL 36130**

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney Barbara W. Wade denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights by being denied Due Process: (A) U.S.C. Article I (14). (B) Alabama Constitution Article I (11) and all of Article I (Preamble) (11)...

II. Attorney Barbara W. Wade denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the Company), Ron Thames and Christopher Thames...
    Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it Causes a Conflict of Interest...

III. Attorney David Rousseau used Att. Barbara Wade as his Guinea Pig because he didn't want to face me with his wrong doings...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_RZ_
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_Roger Zorn_                                    _12.29.06_
Signature of person filing complaint            Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
**Office of the Attorney General**
**Consumer Affairs Section**
**11 South Union Street**
**Montgomery, AL 36130**

If there is a court case related to your complaint, please provide the case name and file number, and the lawyer representing you?

Case Number CV-00-078 (m) Att. Michael Gamble and Att. David Rousseau.

## DETAILS OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

I. Attorney Barbara W. Wade denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights by being denied Due Process: (A.) U.S.C. Article I (14). (B.) Alabama Constitution Article I (11) and all of Article I (Preamble) (11)...

II. Attorney Barbara W. Wade denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or making an Individual Case against: Auto Owners Ins. Co., River Forks Antiques (the Company), Ron Thomes and Christopher Thames... Vonnie Zorns' and Roger Zorns' case should have been Seperated because it causes a Conflict of Interest...

The attorney you are filing the complaint against will receive a copy of your complaint, and may be asked to respond to your allegations.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge and that I will voluntarily appear and testify to the facts in the complaint if called upon by the Alabama State Bar.

Roger Zorn
**Name (signature)**

Date: 12·29·06

Sworn to and subscribed before me this 29th day of December , 06 .

[SEAL]

Amanda J. Sconiers
**NOTARY PUBLIC**

MY COMMISSION EXPIRES: Jan. 20, 2008

Produced FL Drivers License

AMANDA J. SCONIERS
Notary Public, State of Florida
My Comm. Expires Jan. 20, 2008
Comm No. DD 282849

III. Attorney David Rousseau used Att. Barbara Wade as his Guinea Pig because he didn't want to Face me with his wrong doings...

After Attorney Michael Gamble got mad because I didn't want to settle for less than $600,000.00 (six hundred thousand dallors or three hundred thousand dallors for the each of us) He got mad and got up and walked out of the Mediation ... My mother and I Never saw him again.

My mother (Vonnie Zorn) and I (Roger Zorn) was moved to the Attorney David Rousseau Law Firm as an escape Goat ... for Attorney Michael Gambles' INappropriated behavior ...

After the Mediation, Attorney David Rousseaus' behavior was starting to go into hiding (Not being seen or heard from)

ON July 25, 2006 Attorney David Rousseau had his New Attorney Barbara Wade to send a letter to me saying to call the law firm...

When I called the firm and talked to Attorney Barbara Wade, She Stated that there was $10,000.00 (ten thousand dallors) of money for Vonnie Zorn in the Trust Fund...

I (Roger Zorn) asked for my Case File and my MRI's of my Head and Back Spine that Attorney David Rousseau was holding... Attorney Barbara Wade Said she was going to get with Attorney David Rousseau and Get back with me...

The David Rousseau law firm Never got back with me about the Case file and the MRIs or my mothers' Ten thousand dallors

My Mother (VoNNie Zorn) Never Recieved ONe PeNNy out of this law Suit For ANy AttorNey...

*The law offices of*

# David W. Rousseau

211 West Adams Street · Dothan, Alabama 36303
Office 334.699.9000 · Fax 334.699.8797 · rousseaulaw@graceba.net

July 25, 2006

Roger J. Zorn
3212 State Highway 2E
Westville, Florida  32464

Dear Mr. Zorn:

I hope this letter finds you doing well. I am an associate attorney with Mr. Rousseau's firm and something has come up that I need to discuss with your mother, Vonnie Zorn. We have money left over in our firm's trust account from your case that needs to be paid to your mother's outstanding medical providers. In order to find out the amount from the medical providers, we need to speak with you or your mother as soon as possible.

When you receive this letter, please call our office right away and ask for me. The only number we have to contact either you or your mother has been disconnected and we have been unable to reach you for the past several months. If I am unavailable, please leave a current and valid phone number where I can return your call. I look forward to hearing from you.

Sincerely,

Barbara W. Wade
Attorney for the Firm

# COMPLAINT AGAINST A LAWYER

Return your completed form to:

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page.  Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

Zorn, Roger
Last Name,     First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850-859-9966
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

Green, James
Last Name,     First Name

625 North Ninth Avenue
Address

Pensacola, Florida 32501
City, State, ZIP Code
470-6424
850-470-0000
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client
☑ Former Client
❑ Opposing Party

❑ Opposing Counsel
❑ Judicial
❑ Other: _____

On what date did the alleged ethics violation occur? 9·3·00 _____

What was your fee arrangement with the attorney? Yes _____

Is there a court case related to your complaint? _____✓_____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

*Geneva County civil court case: # CV-00-078(m). Att. David w. Rousseau*

## EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

*I. Attorney James R. Green violated my mothers' (Vonnie Zorn) and my Constitutional (civil) (Roger Zorn) Rights by being denied Due Process:*

*A. U.S.C. Article I (14)*

*B. Alabama Constitution Article I (11) and All of Article I because it's the Preamble.*

*II. Attorney James R. Green denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing or making Individual case against: Auto Owners, River Forks Antiques', Ron Thames and Christopher Thames before the two year dead line: Vonnie Zorns' and Roger Zorns' Case should have been Seperated because it causes a Conflict of Interest... (cont.)*

**I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.**

_____
Name (signature)

Date: 12-20-04

Sworn to and subscribed before me this 20 day of December, 20 04.

[SEAL]

_____
NOTARY PUBLIC

KATHY DOUGLASS
My Comm Exp. 9/3/05
No. DD 08143
[] Personally Known [] Other I.D.

MY COMMISSION EXPIRES: 9/3/05



# The Florida Bar
## Inquiry/Complaint Form



THE FLORIDA BAR

**PART ONE: (See reverse, part one.)**

| | |
|---|---|
| Your Name: Roger Zorn | Attorney's Name: James R. Green |
| Address: 3212 State Hwy. 2 East | Address: 625 North Ninth Avenue |
| City: Westville    State: Florida | City: Pensacola    State: Florida |
| Phone 850-859-9966 Zip Code: 32464 | Phone: 850-470-6424 Zip Code: 32501 |
| ACAP Reference No. | 850-470-0000 |

**PART TWO: (See reverse, part two.)** The witnesses in support of my allegations are: [see attached sheet].

**PART THREE: (See reverse, part three.)** The specific things or things I am complaining about are:
Attorney James R. Green denied my mothers' (Vonnie Zorn) and my (Roger Zorn) Constitutional Rights by Being denied Due Process; The United States Constitution Article I (14): and Alabama Constitution Article I and All of Article I because its' the Preamble ... Attorney James R. Green denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing or making Individual Cases against: Auto Owners', River Park Antique, Ron Thames, and Christopher Thames ... Before the 2 year dead line was up; Attorney James R. Green took a Huge Pay-off (money) From Auto Owners Insurance Company to Butcher our Case ... He Passed us off to another Attorney ...
James R. Green did not have a license to Practice law in Alabama by the Alabama State Bar. He Conspired with other attorneys to butcher our case and take a Huge (money) Pay-off From Auto Owners Insurance Co. ...

**PART FOUR: (See reverse, part four.)**
(I did) did not (circle one or the other) attempt to use ACAP to resolve this situation.
To attempt to resolve this matter, I did the following:
The conspiracy was out of hand.

**PART FIVE (See reverse, part five.):** Under penalty of perjury, I declare the foregoing facts are true, correct and complete. I have read and understand the information on the reverse of this page and contained in the pamphlet "Complaint Against a Florida Lawyer." I also understand that the filing of a Bar complaint will not toll or suspend any applicable statute of limitations pertaining to my legal matter.

Signature: Roger Zorn    Date: 1·3·05

# The Florida Bar

**650 Apalachee Parkway**
**Tallahassee, Florida 32399-2300**
**Toll Free 1-866-352-0707 (ACAP)**

## IMPORTANT INSTRUCTIONS – YOU MUST READ

Read all instructions carefully before completing the form on the back of this page. **If the form is not properly completed it may be rejected or returned for correction.** You may attach additional sheets to supplement any section. If you have not already done so, you should contact the Attorney/Consumer Assistance Program (ACAP) at the above toll free number, to see if they can help resolve the matter about which you wish to complain.

**Please note** The Florida Bar cannot intervene on your behalf in a civil or criminal case, nor can we give you legal advice. We do not have jurisdiction to consider complaints against judges and many elected officials. Our lawyer regulation department considers whether an attorney has violated our rules of conduct and determines whether under the totality of the circumstances the attorney should receive some type of discipline. The level of investigation varies depending on the complexity of the allegations. If your complaint is closed, you will receive a written explanation of the reasons why. There is no right to appeal a decision not to pursue an investigation.

**PART ONE – Required Information.** You must give your name, address and phone number, and the name, address and phone number of the subject attorney. The address of the attorney is particularly important as many lawyers have the same or similar names. List only **one** attorney per form (you may copy this form if you need additional copies) and print or type in **black** ink. You can file a complaint only against individual attorneys, not against a law firm. If you have already contacted ACAP, please indicate your ACAP reference number.

**PART TWO – Witnesses.** Your inquiry/complaint will be considered even if there are no witnesses. If you have witnesses, attach an additional sheet, listing nothing but witnesses, with the name, address and telephone number for each witness, and include a brief description of the facts about which that witness would testify. If you do not attach a list of witnesses, we will presume that you have no witnesses, other than the attorney and yourself.

**PART THREE – Facts/Allegations.** Describe each thing about which you are complaining. Recite all of the details, in chronological order, supplying dates where possible. Please number any additional pages you attach. If you have letters, documents or other evidence, you should attach photocopies (DO NOT SEND ORIGINAL DOCUMENTS). It is helpful if you mark your attachments as exhibits (A, B, C, etc.) and refer to them in your description of your complaint. **Please be aware that simply alleging conclusions without setting out facts that support those conclusions will result in the need for the Bar to ask you for additional information and may delay a disposition of your complaint**

**PART FOUR – Attempted Resolution.** The Florida Bar offers various alternative resolution services for disputes between attorneys and clients, such as the Attorney Consumer Assistance Program (ACAP) at the toll free number on the top of this page. If you have not tried to do so, you should attempt to resolve your matter by writing to the subject attorney, before contacting ACAP or filing a complaint. Even if this is unsuccessful, it is important that you do so in order to have documentation of good-faith efforts to resolve your matter. If you choose to go forward with a complaint, you must specify what resolution efforts you have made on your own behalf, including whether you contacted ACAP– *you should specifically indicate if you contacted ACAP, and if so, what resulted from your use of the services of ACAP.*

**PART FIVE– Signature.** You must sign the form and certify under penalty of perjury that your allegations are true. Unsworn complaints are not considered. By signing, you are certifying that you have read and understand the information contained in these instructions and in the pamphlet "Complaint Against a Florida Lawyer," which may be downloaded from our website, *www.flabar.org.*

## RETURN TO THE FLORIDA BAR
### DEPARTMENT OF LAWYER REGULATION
at the Branch Office nearest the attorney's office address:

| 5521 West Spruce St.<br>Suite C49<br>Tampa, FL 33607-5958 | 1200 Edgewater Dr.<br>Orlando, Fl.<br>32804-6314 | Cypress Financial Center<br>5900 N. Andrews Ave.<br>Suite 835<br>Ft. Lauderdale, FL.<br>33309 | Rivergate Plaza<br>Suite M-100<br>444 Brickell Ave.<br>Miami, FL.<br>33131 | Tallahassee Branch<br>650 Apalachee Pkwy.<br>Tallahassee, FL.<br>32399-2300 |

# COMPLAINT AGAINST A LAWYER

---

**Return your completed form to:**

**Alabama State Bar**
**Disciplinary Commission**
**P. O. Box 671**
**Montgomery, AL 36101-0671**

---

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

ZoRN, Roger
Last Name,    First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850-859-9966
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

Green, James
Last Name,    First Name

625 North Ninth Avenue
Address

Pensacola, Florida 32501
City, State, ZIP Code

470-6424
850-470-0000
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client                           ❑ Opposing Counsel
☑ Former Client                    ❑ Judicial
❑ Opposing Party                   ❑ Other: _____

On what date did the alleged ethics violation occur? 9·3·00 _____

What was your fee arrangement with the attorney? Yes _____

Is there a court case related to your complaint? ____✓____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County civil court case: # CV-00-078(m). Att. David W. Rousseau

## EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

I. Attorney James R. Green violated my mothers' (Vonnie Zorn) and my
   Constitutional (civil)
   (Roger Zorn) Rights by being denied Due Process.
   A. U.S.C. Article I (14)
   B. Alabama Constitution Article I (11) and All of Article I because its the Preamble.
II. Attorney James R. Green denied my mother (Vonnie Zorn) and I (Roger
   Zorn) Due Process by not sueing or making Individual case against: Auto
Owners, River Forks Antiques', Ron Thames and Christopher Thames
   before the two year dead line; Vonnie Zorns' and
   Roger Zorns' Case Should have been Seperated because
   it causes a Conflict of Interest... (cont.)

**I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.**

Roger Zorn
Name (signature)

Date: 12-20-04

Sworn to and subscribed before me this 20 day of December , 20 04 .

[SEAL]

Kathy Douglass
NOTARY PUBLIC

KATHY DOUGLASS
My Comm Exp. 9/3/05
No DD 05 043
[ ] Personally Known [X] Other I.D.

MY COMMISSION EXPIRES: 9/3/05



# Office of the Attorney General

Please return completed complaint form to:
Office of Attorney General Charlie Crist
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050

## Complaint Form

The shaded information MUST be provided as we correspond via U.S. mail. *Incomplete forms cannot be processed*. PLEASE WRITE LEGIBLY. Only <u>one</u> business per complaint form.

| Person Making Complaint: | Complaint is Against: |
|---|---|
| Miss/Ms.<br>Mrs.(Mr.)  *Zorn, Roger, J*<br>Last Name, First Name, Middle Initial | *Attorney  James R. Green*<br>Name of Business |
| *3212 State Hwy. 2 East*<br>Mailing Address | *625 north ninth Avenue*<br>Mailing Address |
| *Westville, Walton*<br>City, County | *Pensacola    Escambia*<br>City, County |
| *Florida  32464*<br>State, Zip Code | *Florida  32501*<br>State, Zip Code |
|  | *850-470-6424*<br>*850-470-0000* |
| Home & Business Phone, including Area Code | Business Phone, including Area Code |
| Email Address | Business Email or Web Address |

Product or Service involved: *Automotive accident/injuries*  Amount Paid: $ *1,000,000.00*

Date of Transaction: *9·22·98*    I was contacted  *✓* Telephone _____ Mail _____ Other

Have you retained an attorney?  *☑* Yes  ☐ No

Did you sign a contract or other papers, i.e. estimates, invoices, or other supporting documents?  *☑* Yes  ☐ No

**(ATTACH COPIES.  DO NOT SEND ORIGINALS.)**

Note:
1. All documents and attachments submitted with this complaint are subject to public inspection pursuant to Chapter 119, Florida Statutes.
2. Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082, s.775.083, or s.837.06 Florida Statutes.

Please indicate if you are over the age of 65. Penalities can be enhanced for victimizing senior citizens. Over 65  ☐ Yes  *☑* No
*My mother (Vonnie Zorn) is over 65 involved in this case*

**(PLEASE USE OTHER SIDE OF THIS FORM TO DESCRIBE YOUR COMPLAINT & ATTACH YOUR SIGNATURE)**

Please explain your complaint.  Attach additional sheets, if necessary.

I Attorney James R. Green Violated my mothers'
(Vonnie Zorn) and my (Roger Zorns') Constitutional (civil)
Rights by Being denied Due Process.
A. United States Constitution, Article I (14).
B. Alabama Constitution, Artice I (11)
       and All of Article I because It's the Preamble.

       Attorney James R. Green denied my
mother (Vonnie Zorn) and I (Roger Zorn)
Due Process by not Sueing or making
Individual case against: Auto Owners
Insurance Co., River Forks Antiques,
Ron Thames and christopher Thames ...
Before the two year dead line was up.

       Vonnie Zorns' and Roger Zorns'
Case Should have been Seperated because
it causes a Conflict of Interest ...

My signature authorizes the Attorney General's Office to take any action deemed necessary for purposes of investigation or enforcement.  I understand that the Attorney General does not represent private citizens seeking the return of their money or other personal remedies.  I am filing this complaint to notify your office of the activities of this company so that it may be determined if law enforcement or legal action is warranted.

Signature: _Roger Zorn_     Date: _1-3-05_

# Complaint

Attorney James R. Green Violated
my mothers' (Vonnie Zorn) and my
(Roger Zorn) Constitutional (civil)
Rights by Being Denied Due Process:
  A. United State Constitution
    Article I (14).
  B. Alabama Constitution
    Article I (11) and all of
    Article I because Its'
    the Preamble ...

    Attorney James R. Green
denied my mother (Vonnie Zorn)
and my (Roger Zorn) Due Process
By not Sueing or/and making
Individual Case Against: Auto
Owners (the Insurance Co.),
  River Forks Antiques (the company),
Ron Thames (the owner) and
Christopher Thames (the Driver)
Before the 2 year dead Line ...
Vonnie Zorns' and Roger Zorns'
Case Should have been Seperated
because It causes a conflict
of Interest ...
    Attorney James R. Green
Made out like an Insurance
Policy could not Be Produced,
By the Insurance company,
  Auto Owners Payed Him off...

Page 2
of 14

II. Only one Case was made and
it was Roger Zorn and Vonnie
Zorn vs. Christopher T. Thames
(the driver), a combined Case...
Attorney James R. Green got
Attorney Bobby J. Bradford to
make this Case.

III. Attorney James R. Green did
not have a license to Pratice
law in Alabama by the Alabama
State Bar...

IV Ineffective assistance to counsel:
   I. All Involved is not listed
      in the Discovery:
      A. Ron Thames (acuner)
      B. Auto Owners Insurance Co.
      C. River Forks Antiques (Company)

V Attorney James R. Green withdrew
  and abandoned the Case.

VI Did not Sue my Insurance Co.
   (Integron)

VII. Attorney James R Green Butchered
    My mothers' (Vonnie Zorn and
    my (Roger Zorn) Case...

VIII. Attorney James R. Green Conspired
with Auto Owners Insurance Co.
being Payed-off with Money...

IX. Attorney James R. Green
Conspired with the Following (Attorneys)
Lawyers to butcher my
mothers' (Vonnie Zorn and
my (Roger Zorns) Case and
Except money as a Pay-off
from Auto Owners Insurance
Co. :    Attorney Michael Burtt
Attorney Bobby J. Bradford
Attorney Craig Morris
Mark J. Upton    Attorney David J. Upton
Attorney David F. Daniell
Attorney James Lynn Perry
All these above Attorneys have
Denied my mothers' (Vonnie Zorn)
and my (Roger Zorn) Constitutional
Rights to Due Process:
United States Constitution:
Article I (14),
Alabama Constitution:
Article I (11) and All of
Article I because it's the
Preamble ...
On the other hand, All these
Attorneys have excepted a
Big money Pay-offs from Auto
Owners for Butchering Our Case.

I'm slowly lossing Control
of my legs ... **To No Control**

I Hurt So Bad All Over,
I Feel Like I'm Dieing a
Slow Death ... I FEEL Like
I'm going iN and out of Death ...
A Really Weird Feeling with
my Body. Also My Body
is Burning up Using an
Air Conditioner ...
          Constant Headaches
and Leg Pains From a Streched
Spine ... My Chest and
Heart Hurts ...

Excruciating Pain ...

I Stay Tired, No Energy-
I fill Like I'm dieing ...

My Head Stays So dizzy,
It takes Time to make
Decisions ...

Each time I would go to Att. J. Greens'
Office I Ask, have you sued River folk it's a Company
X. Attorney James R. Green did
not attempt to get a Copy of the
Insurance Policy... Attorney
James R. Green stated I can't
get the Insurance Company
to Respond... He Would Bad Mouth me
to try to make My Mother and I mad at each other.
All These Attorneys have
Conspired with each other
on how they was going to
work against Vonnie Zorn
and Roer Zorn taking Pay
offs from Auto Owners
dening us Due Process By
excepting money.

I have had 2 Surgeries one
on my neck and one on My
Back... I need two more
Surgeries one on my neck
and one on my Back in different
Places... I need Shots in
My neck and Back to be Able
to live with the Excrucjating
Pain... I am in Constant
and Excrucjating Pain
having to try to work on my
Job because these attorneys
have done nothing and have
let me down. Any body else
would be at home in this type of Pain.
This Pain HAs taken the life out of my Body...

XI. Attorney James R. Green
is getting over on the Elderly...
My mother (Vonnie Zorn) was
born May the 1st 1931; she
is 73 years old.
       My mother (Vonnie Zorn)
constantly sits around in
her chair rubbing her legs
with both hands crying...
My mother is in Constant
and Excruciating Pain...
Vonnie takes shots in her
back to deal with life...
She Has Several sever problems from the Accident.

XII. Attorney James R. Green
is the Master mind behind
this Criminal Act......
Attorney James R. Green stated
I can handle this case...
Attorney James R. Green got
really Greedy and took a Big
Pay off (money) from Auto
Owners and passed us off
to another Attorney...
   Attorney James R Green
could have chosen to help us
get money out of this Accident
that we Really needed for
Doctors, Medications, Surgeries,
Shot Treatment Therpy and
Transportation. (Pain and
Lengthy Suffering)

XIII. Attorney James R. Green
Didn't Sue The Company
(River Forks Antique), The
Owner (Ron Thomes), The
Driver (Christopher Thames)..

Attorney James R. Green made
out like an Insurance Policy
Could not Be Produced ... By
the Company.
Auto Owners Riyed him off...

Vonnie Zorn and Roger Zorn
Was denied Due Process
Our Constitutional Rights
as Citizens of the United
States ... ... ... ... ...

XIV. Attorney James R. Green Did not
attempt to get the Insurance Company
(Auto Owners) to Pay me my work
Salary to stay at home with this
Excruciating Pain and Suffering ...

XV. Attorney James R. Green Did not
attempt to get me Psychologically
Evaluated ... (Help)

Page 8
of 14

I. Attorney James R. Green Violated
my Mothers (Vonnie Zorn) and my
(Roger Zorn) Constitutional Rights (Civil Rights)
By Being Denied Due Process:
   A. United States Constitution,
      Article I (14).
   B. Alabama Constitution,
      Article I (11) and all of
      Article I because its' the
      Preamble.

Attorney James R. Green denied
my mother (Vonnie Zorn) and I
(Roger Zorn) Due Process by not
Sueing or making Individual
Case against : Auto owners,
River Forks Antiques (The Company),
Ron Thames (owner), Christopher
Thames (The Driver) before the
two year dead line was up.

Vonnie Zorns' and Roger Zorns'
Case Should Have Been Seperated
Because it causes a conflict
of Interest...

Attorney James R. Green had the Power to Sue the company, The owner, Auto owners and make my mothers' (Vonnie Zorn) and my (Roger Zorns) Case Seperate...

Attorney James R. Green Neglected All these Legal matters Entrusted to him... There fore, my mother (Vonnie Zorn) and I (Roger Zorn) are not Responsible for any Contracts or Bills (money) Attorney James R. Green holds us Responsible For...

Attorney James R. Green Conspired with Att Michael S. Burtt, Attorney Craig Morris and auto owners to except a huge Pay off From Auto owners (Refusing the case) Dening us Due Process... So, my mother (Vonnie Zorn) and I (Roger Zorn) could not be consipated.

All these lawyers have Comitted Conspiracy against us taking a Pay off From the Insurance Co.

Attorney James R. Green Robbed us......

State V. Meyer 430 so 2d 440,443 (Fla 1983)

" All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of Knowledge of or Compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which May Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer Shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer Should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated Cost involued Under The Circumstances ...

# Rule 4-1,2. Scope of Representation

(A) Lawyer to Abide By Clients' Decisions A Lawyer Shall Abide By a Clients' Decisions Concerning the Objectives of Representation, and Shall Consult with the Client as to the Means by which they are to Be Pursued.

Both Lawyer and Client have Authority and Responsibility in the Objectives and Means of Representation. The Client has utimate authority to Determine the Purpose to be Served By legal Representation, within the limits imposed by law and the Lawyer Professional Obligations. Within those limits, A Client Also has a Right to Consult with the lawyer about the Means to Be Used in Pursuing those Objectives.

Page 12
of 14

Rule 4-1,4 Communication

(A) Informing Client of Status of Representation. A Lawyer Shall Keep a Client Reasonably informed about the Status of a Matter and Promptly Comply With Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the client to make informed Decisions Reguarding the Representation.

# A. C. L. U.
## Questions

I. which of your Rights are Violated? I have been denied my Constitutional (Civil) Rights by Being denied Due Process.
   a. United States Constitution
      Article I (14)
   b. Alabama Constitution
      article I (11) and all of
      article I because its the
      Preamble...

II. How were your Right Violated?
   Attorney James R. Green denied
   my mother and I Due Process
   By not Sueing Auto Owners (the
   insurance co), River Forks Antiques
   (the company), Ron Thames (the owner),
   and Christopher Thames (the driver),
   not Sueing Before the 2 year dead
   line was up... Take a Pay off (Auto Owners)
   and hands us off to Attorney
   Michael Burtt...
   Attorney James Green has comitted
   Conspiracy against my mother and
   ME taking a Pay off from the insurance
   Company. So, my mother and I
   could not be consipated... Also,
   Attorney Green Claimed he could not
   locate Christopher Thames.

II. Attorney James R. Green has
denied us due Process By
not having the court Produce
an Insurance Policy to See
what it Covers and not
Allowing us to Sue for
the Dallor Figure we want...
(Incopotent) and Did not
USE the Expo Facto Law.

III. what Steps have you taken to
Solve the Problem? I have written
Complaints to the Alabama Bar in
Montgomery on Att. Craig Morris
and A.C.L.U. of Montgomery.

IV. what you want us to do?
1. I need an attorney that
will Represent(us)me in this
Case: Geneva County Civil
Court Case # CV-00-078(m)
2. I need you to Represent
me (Attorney...)
3. I need you to help me make
individual cases: Auto owers;
River Forks Antigues; Ron Thames;
James Green; Michael Burtt; Craig
Morris; James W. Kelly; Cory Driggers;
Henry F. Lee III; Lee Wendell Loder;
Harry Prim and Earl Barbe Moody.

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
CONSUMER AFFAIRS SECTION

## CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL) 1-800-392-5658

(Please type or print in ink)

Attorney Michael S. Burtt
Name of Person or Firm Complained Against

Roger Zorn                    45
Your Name              Age

518 w. Chase Street
Address

3212 State Hwy 2 East
Your Address

Pensacola, Florida 32591
City and State          Zip Code

32591

Westville, Florida 32464
City and State          Zip Code

850·469-1313
Telephone

850·859·9966
Telephone (Home)       Telephone (work)

Did You Sign a Contract? Yes          Date of Transaction _____

Name of
Salesperson   Attorney Michael S. Burtt

Have you told the firm of your Complaint?   no

Product or Service
Involved   Auto Accident, Personal Injures

Estimate of dollars involved   $1,000,000.00 +

How were you first contacted – at your premises ( ); at the firm's premises ( ):
telephone ( ); radio/t.v. ( ); newspaper/magazine ( ); mail solicitation ( )?

Have you consulted an attorney? ✓ Who? Att. David w. Rousseau

Is there a court action pending? ✓ Where? Geneva County Civil courthouse

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary).
Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney Michael S. Burtt Violated my mothers' (Vonnie Zorns') and my (Roger Zorns') Constitutional (civil) Rights by being denied Due Process:

a. United States Constitution Article I (14).

B. Alabama Constitution Article I (11) and All of Article I Because it's the Preamble.

II. Attorney Michael S. Burtt denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by Not Sueing or Making Individual cases Against: River Forks Antique, Ron Thomas Auto Owners Ins. Co. and Christopher Thomas before the 2 year dead line. Vonnie Zorn 'and Roger Zorns' Case Should be Separated because It causes a conflict of Interest ...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____R. Z._____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____Roger Zorn_____            _____1.03.06_____
Signature of person filing complaint            Date

## PLEASE RETURN COMPLETED COMPLAINT FORM TO:
Office of the Attorney General
Consumer Affairs Section
11 South Union Street
Montgomery, AL 36130



# Office of the Attorney General

Please return completed complaint form to:
Office of Attorney General Charlie Crist
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050

## Complaint Form

The shaded information MUST be provided as we correspond via U.S. mail. *Incomplete forms cannot be processed.* PLEASE WRITE LEGIBLY. Only <u>one</u> business per complaint form.

**Person Making Complaint:**

Miss/Ms.
Mrs./Mr.  Zorn  Roger, J
Last Name, First Name, Middle Initial

Hwy 2 East
3212 State Hwy. 2 East
Mailing Address

Westville,  Walton
City, County

Florida  32464
State, Zip Code

850-859-9966
Home & Business Phone, including Area Code

_____
Email Address

**Complaint is Against:**

Attorney Michael S. Burtt
Name of Business

518 w. Chase Street
Mailing Address

Pensacola,  Escambia
City, County

Florida  32591
State, Zip Code

850-469-1313
Business Phone, including Area Code

_____
Business Email or Web Address

Product or Service involved: _____  Amount Paid: $ 1,000,000.00 (+)

Date of Transaction: _____  I was contacted  Yes  Telephone _____ Mail _____ Other

Have you retained an attorney?  ☑ Yes  ☐ No

Did you sign a contract or other papers, i.e. estimates, invoices, or other supporting documents? ☑ Yes ☐ No

### (ATTACH COPIES.  DO NOT SEND ORIGINALS.)

Note:
1. All documents and attachments submitted with this complaint are subject to public inspection pursuant to Chapter 119, Florida Statutes.
2. Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082, s.775.083, or s.837.06 Florida Statutes.

Please indicate if you are over the age of 65. Penalities can be enhanced for victimizing senior citizens. Over 65 ☐ Yes ☑ No
My Mother (Vonnie Zorn) is over 65 involved in this case...
**(PLEASE USE OTHER SIDE OF THIS FORM TO DESCRIBE YOUR COMPLAINT & ATTACH YOUR SIGNATURE)**

Please explain your complaint. Attach additional sheets, if necessary.

I. Attorney Michael S. Burtt denied my mothers'
(Vonnie Zorn) and My (Roger Zorns') Constitutional
(Civil Rights) Rights By Being Denied Due Process:
   A. United States Constitution, Article I (14).
   B. Alabama Constitution, Article I (11) and
     all of Article I because its the Preamble.

   Attorney Michael Burtt denied my mother
(Vonnie Zorn) and (Roger Zorn) I Due Process
By not Sueing or Making Individual Case
Against: Auto Owners Ins. co., River
Forks Antiques (the company), Ron Thames
and Christopher Thames Before the two
year dead line was up.

   Vonnie Zorns' and Roger Zorns' Case Should
have been Seperated because it causes a conflict
of Interest... Attorney Burtt took a huge
Pay-off (Money) from Auto Owners Ins. co.
to Butcher our case... Att. Michael S. Burtt
did not have a license to Pratice law in Alabama
by the Alabama State Bar... Attorney Michael
Burtt conspired with other Attorneys (money)...

**My signature authorizes the Attorney General's Office to take any action deemed necessary for purposes of investigation or enforcement. I understand that the Attorney General does not represent private citizens seeking the return of their money or other personal remedies. I am filing this complaint to notify your office of the activities of this company so that it may be determined if law enforcement or legal action is warranted.**

Signature: _Roger Zorn_       Date: _1.3.05_



# The Florida Bar
# Inquiry/Complaint Form



THE FLORIDA BAR

**PART ONE: (See reverse, part one.)**

| | |
|---|---|
| Your Name: Roger Zorn | Attorney's Name: Michael S. Burtt |
| Address: 3212 State Hwy 2 East | Address: 518 W. Chase Street |
| City: Westville   State: Florida | City: Pensacola   State: Florida |
| Phone: 850·859·9966 Zip Code: 32464 | Phone: 850·469·1313 Zip Code: 32591 |
| ACAP Reference No. _____ | |

**PART TWO: (See reverse, part two.)** The witnesses in support of my allegations are: [see attached sheet].

**PART THREE: (See reverse, part three.)** The specific things or things I am complaining about are:

(Civil) Attorney Michael S. Burtt denied my mothers' (Vonnie Zorn) and my (Roger Zorn) Constitutional Rights be being denied Due Process: The United States Constitution Article I (14): and Alabama Constitution Article I and All of Article I (Preamble), Attorney Michael S Burtt denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing OR making Individual Cases against: Auto Owners Ins. Co., River Rock Antique, Ron Thames, and Christopher Thames... Before the 2 year dead line was up ... Attorney Michael S. Burtt took a huge Pay-off (money) from Auto Owners Ins. Co. to butcher our Case ... Att. Michael S. Burtt withdrew and abandoned the case ... Att Burtt Passed off our case to another Attorney ... Att Michael S. Burtt did not have a license to Pratice law in Alabama by the Alabama State bar ... Att. Burtt Conspired with other attorneys to butcher our case and take a huge Pay-off (money) from Auto Owners Ins. Co.. Roger Zorn and Vonnie Zorn case together cause a

**PART FOUR: (See reverse, part four.)** Conflict of Interest...

(I did) did not (circle one or the other) attempt to use ACAP to resolve this situation.
To attempt to resolve this matter, I did the following:

The Conspiracy was out of hand.

**PART FIVE (See reverse, part five.):** Under penalty of perjury, I declare the foregoing facts are true, correct and complete. I have read and understand the information on the reverse of this page and contained in the pamphlet "Complaint Against a Florida Lawyer." I also understand that the filing of a Bar complaint will not toll or suspend any applicable statute of limitations pertaining to my legal matter.

_____Roger Zorn_____   1·03·05
Signature                              Date

# The Florida Bar

**650 Apalachee Parkway**
**Tallahassee, Florida 32399-2300**
**Toll Free 1-866-352-0707 (ACAP)**

## IMPORTANT INSTRUCTIONS – YOU MUST READ

Read all instructions carefully before completing the form on the back of this page. If the form is not **properly completed it may be rejected or returned for correction.** You may attach additional sheets to supplement any section. If you have not already done so, you should contact the Attorney/Consumer Assistance Program (ACAP) at the above toll free number, to see if they can help resolve the matter about which you wish to complain.

**Please note** The Florida Bar cannot intervene on your behalf in a civil or criminal case, nor can we give you legal advice. We do not have jurisdiction to consider complaints against judges and many elected officials. Our lawyer regulation department considers whether an attorney has violated our rules of conduct and determines whether under the totality of the circumstances the attorney should receive some type of discipline. The level of investigation varies depending on the complexity of the allegations. If your complaint is closed, you will receive a written explanation of the reasons why. There is no right to appeal a decision not to pursue an investigation.

**PART ONE – Required Information.** You must give your name, address and phone number, and the name, address and phone number of the subject attorney. The address of the attorney is particularly important as many lawyers have the same or similar names. List only **one** attorney per form (you may copy this form if you need additional copies) and print or type in **black** ink. You can file a complaint only against individual attorneys, not against a law firm. If you have already contacted ACAP, please indicate your ACAP reference number.

**PART TWO – Witnesses.** Your inquiry/complaint will be considered even if there are no witnesses. If you have witnesses, attach an additional sheet, listing nothing but witnesses, with the name, address and telephone number for each witness, and include a brief description of the facts about which that witness would testify. If you do not attach a list of witnesses, we will presume that you have no witnesses, other than the attorney and yourself.

**PART THREE – Facts/Allegations.** Describe each thing about which you are complaining. Recite all of the details, in chronological order, supplying dates where possible. Please number any additional pages you attach. If you have letters, documents or other evidence, you should attach photocopies (DO NOT SEND ORIGINAL DOCUMENTS). It is helpful if you mark your attachments as exhibits (A, B, C, etc.) and refer to them in your description of your complaint. **Please be aware that simply alleging conclusions without setting out facts that support those conclusions will result in the need for the Bar to ask you for additional information and may delay a disposition of your complaint**

**PART FOUR – Attempted Resolution.** The Florida Bar offers various alternative resolution services for disputes between attorneys and clients, such as the Attorney Consumer Assistance Program (ACAP) at the toll free number on the top of this page. If you have not tried to do so, you should attempt to resolve your matter by writing to the subject attorney, before contacting ACAP or filing a complaint. Even if this is unsuccessful, it is important that you do so in order to have documentation of good-faith efforts to resolve your matter. If you choose to go forward with a complaint, you must specify what resolution efforts you have made on your own behalf, including whether you contacted ACAP– *you should specifically indicate if you contacted ACAP, and if so, what resulted from your use of the services of ACAP.*

**PART FIVE– Signature.** You must sign the form and certify under penalty of perjury that your allegations are true. Unsworn complaints are not considered. By signing, you are certifying that you have read and understand the information contained in these instructions and in the pamphlet "Complaint Against a Florida Lawyer," which may be downloaded from our website, *www.flabar.org.*

## RETURN TO THE FLORIDA BAR
### DEPARTMENT OF LAWYER REGULATION
at the Branch Office nearest the attorney's office address:

| | | | | |
|---|---|---|---|---|
| 5521 West Spruce St. Suite C49 Tampa, FL 33607-5958 | 1200 Edgewater Dr. Orlando, Fl. 32804-6314 | Cypress Financial Center 5900 N. Andrews Ave. Suite 835 Ft. Lauderdale, FL. 33309 | Rivergate Plaza Suite M-100 444 Brickell Ave. Miami, FL. 33131 | Tallahassee Branch 650 Apalachee Pkwy. Tallahassee, FL. 32399-2300 |

# COMPLAINT AGAINST A LAWYER

> **Return your completed form to:**
>
> **Alabama State Bar**
> **Disciplinary Commission**
> **P. O. Box 671**
> **Montgomery, AL 36101-0671**

## INSTRUCTIONS

➢ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➢ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➢ **Do not fax your form to us or send your form via the Internet.**

### INFORMATION ABOUT YOU

ZORN, Roger
Last Name,    First Name

3212 State Hwy 2 East
Address

Westville, Florida 32464
City, State, ZIP Code

850 - 859 - 9966
Telephone Number(s)

_____
Alternate address/phone number

### INFORMATION ABOUT THE LAWYER

Burtt, Michael S.
Last Name,    First Name

518 W. Chase Street
Address

Pensacola, Florida 32591
City, State, ZIP Code

850 - 469 - 1313
Telephone Number(s)

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

- ☐ Client
- ☑ Former Client
- ☐ Opposing Party
- ☐ Opposing Counsel
- ☐ Judicial
- ☐ Other: _____

On what date did the alleged ethics violation occur? 9·3·00

What was your fee arrangement with the attorney? Yes

Is there a court case related to your complaint? ____✓____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County civil court case: #CV-00-078(m) ; Att. David W. Rousseau

## EXPLANATION OF YOUR COMPLAINT

**Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.**

I. Attorney Michael S. Burtt denied my mothers' (Vonnie Zorn) and my (Roger Zorn) (civil) Constitutional Rights by Being denied Due Process: (A) U.S.C. Article I (14) (B) Alabama Constitution Article I (11) and All of Article I (Presimble). II. Attorney Michael S. Burtt denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not sueing or making Individual case against: Auto owners, River Folk antiques (the company) Ron Thames and Christopher Thames before the two year dead line: Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it causes a Conflict of Interest. Att. Burtt took a huge Pay-off (money) from Auto owners Ins. co. to butcher our case... He withdrew and abandon our case... Att. Burtt did not have a license to Pratice law in Alabama by the Alabama State bar.. Burtt conspired with other Attorneys (money)

**I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.**

Roger Zorn
**Name (signature)**

**Date:** 12/20/04

**Sworn to and subscribed before me this** 20 **day of** December **, 20** 04

**[SEAL]**

Kathy Douglass
**NOTARY PUBLIC**

**MY COMMISSION EXPIRES:** 9/3/05

KATHY DOUGLASS
My Comm Exp. 9/3/05
No. DD 054143
[ ] Personally Known [ ] Other I.D.

Page 1
of 16

# Complaint

I. Attorney michael s. Burtt denied my
mothers' (Vonnie Zorn and my (Roger Zorn)
(Civil) Constitutional Rights By Being denied
Due Process:
    A. United states constitution, Article I (14)
    B. Alabama Constitution Article I (11)
      and All of Artice I because it's
      the Preamble.

    Attorney Michael s. Burtt denied
my mother (Vonnie Zorn) and I
(Roger Zorn) Due Process by not
Sueing or making Individual case
against: Auto Owners, River forks
Antiques (the company) Ron Thames
and Christopher Thames before
the two year dead line was up.

    Vonnie Zorns' and Roger Zorns'
Case should have been Seperated
Because it causes a Conflict of
Interest ...
    Attorney Burtt took a Huge
Pay-off (money) from Auto owners
Ins. co. to Butcher our
Case ...
    Attorney michael s. Burtt
did not have a License to
Pratice law in Alabama by the
Alabama State bar... Att. Burtt
Conspired with other Attorneys (Payoffs from Auto Owners

- Page 2
of 16

II. Only one case was made and it was
Roger Zorn and Vonnie Zorn Vs.
Christopher T. Thames (the drive),
A Combined Case ...
Attorney Michael S. Burtt got Bobby
J. Bradford (Attorney) to make this
Case ...

III. Attorney Michael S. Burtt did
Not have a license to Pratice
law in Alabama by the Alabama
State Bar...

IV. INeffective assistance to counsel:
   I. All INVolved is not listed in
      the Discovery:
      A. Ron Thames (owner)
      B. Auto owners Ins. Co.
      C. River forks Antiques (company)

V. Attorney Michael S. Burtt with-
   drew and Abandoned the Case.

VI Did not Sue my Insurance Co
   (Integon)

VII. Attorney Michael S. Burtt
    Butchered my mothers! (Vonnie
    Zorn) and my (Roger Zorn) Case ...

VIII. Attorney Michael S. Burtt Conspired
with Auto Owners Insurance Co. and was
being Payed-off with money ...

IX. Attorney Michael S. Burtt Conspired
with the Following (Attorneys)
Lawyers to Butcher my mothers'
(Vonnie Zorn) and my (Roger Zorn)
Case and Except money as a Pay-off
From Auto Owners Insurance
Co. : Attorney James R. Green
        Attorney Bobby J. Bradford
        Attorney Craig Morris
        Attorney Mark J. Upton
        Attorney David F. Daniell
        Attorney James Lee Perry
All these above Attorneys listed
have Denied my mothers' (Vonnie Zorn)
and my (Roger Zorn) Constitutional
Rights to Due Process :
    United States Constitution ;
        Article (I) (14)    and
    Alabama Constitution :
        Article I (11) and all of
        Article I because it's the
Preamble ...
On the other hand, All These
Attorneys have excepted a Big
Money Pay-offs from Auto
Owners for Butchering Our Case ...

- Page 4
of 16

X Attorney Michael S. Burtt
did not attempt to get a copy
of the Insurance Policy...
Every time my Mother (Vonnie
Zorn) and I (Roger Zorn went
to his Office, Attorney Michael
S. Burtt stated that his
investigator and the Geneva
County Sheriffs' Department
couldn't Find Christopher
Thames... Attorney Michael
S. Burtt stated that my
Mother (Vonnie Zorn) would
only get about 60 thousand
Dallors and that Medicare
would Put a hold on it and
She would wind up with
Nothing...
    Attorney Michael S. Burtt
Bragged about him and his
Son going to the atlantis
Hotel on Pardise Island, Bahamas
and Slide down the glass
tube in a tank filled
with Sharks. That him
and his Son was got
to have So much Fun...
His way of tell me
that I wasn't going to
get any thing, out of
a million dallor Policy.

Page 5
of 16

All These attorney have Conspired
with each other on how they
was going to all work against
Vonnie Zorn and Roger Zorn
taking Pay-offs from Auto Owners
dening us Due Process by
excepting Money...

I have had 2 Surgeries: (Roger Zorn)
one on my neck and one on
my Back... I need two more
Surgeries... one on my neck
and one on my Back in
different places... I need shots
in my neck and Back to be able
to live with this Excruciating
Pain... I am in Constant
and Excruciating Pain having
to try to work on my Job
Because these Attorneys have
not done any thing to my
Case and have let my down...
Anybody Else would be at
Home in this type of Pain...
This Pain Has taken the
life out of My Body.........

I'm Slowly Lossing Control of my Legs ... To NO CONTROL

I Hurt So Bad ALL OVER, I FEEL Like I'm Dieing a Slow Death ... I Feel Like I'm going iN and Out of Death .................. A Really weird FeeLing with my Body. Also, My Body is Burning up using an Air Conditioner ...

Constant Headaches, Back Pains and Leg Pains From a Streched Spine ... My Chest and Heart Hurts.

Excruciating Pain ...

I Stay Tired, No Engery — I feel like I'm dieing ...

My Head Stays So dizzy, It takes Time to make decisions ...

XI. Attorney Michael S Burtt
is getting over on the
Elderly ... My Mother
(Vonnie Zorn) is 73
years old, She was born on
May the 1st 1931.
My Mother (Vonnie Zorn)
Constantly Sits Around in her
Chair Rubbing her legs with
Both hands Crying ...
My Mother is in Constant
and Excruciating Pain ...
Vonnie takes Shots in her
Back to deal with life ...
She has Several Sever Problems
From the accident ...

XII. Attorney Michael S. Burtt
is one of the Master minds
behind this criminal Act ...
Attorney Michael S. Burtt
Stated, I can Handle this case ...
Attorney Michael S. Burtt got
Greedy and took a Big Pay-Off
(money) from Auto owners
and Passed us off to another
Attorney ...

Attorney Michael S. Burtt
Could have chosen to help us
get money out of this accident
that we Really needed for
Doctor Bills, Medications, Surgeries,
Shot Treament therpy and
Transiportation (Pain and
Suffer through out the case,
And the Rest of our lifes...
because this Excruciating Pain
don't go away...

XIII Attorney S. Burtt Didn't
SUE (the Company, River Rocks Antiqes), The Owner
(Ron Thames), The Driver
(Christopher Thames)...

Attorney S. Burtt made out
like He Could not Find the
Driver (Christopher Thames)
Att. Burtt made out like
the Policy wasn't but 60
Thousand Dallors and we
Wouldn't get that...
Auto Owner's Payed Him off...

Vonnie Zorn and Roger Zorn
Was Denied Due Process our
Constitutional Rights as
Citizens of the United
States ..........

Page 9
of 16

XIV. Attorney Michael S. Burtt
Did not attempt to get the
insurance Company (Auto
Owners) to Pay me my work
Salary to stay at home
with this ExcRuciating
Pain and Suffering ...

XV. Attorney Michael S. Burtt
Did not attempt to get
me Psychologically Evaluated ...
(Help)

Page 10
of 16

Attorney Michael S. Burtt had the power to Sue the company, The owner, Auto owners and make Seperate Cases for my mother (Vonnie Zorn) and I (Roger Zorn).

Attorney Michael S. Burtt Neglected All these Legal matters Emtrusted to him ... Therefore, My mother (Vonnie Zorn) and I (Roger Zorn) are not responsiblE For any Contracts or Bills (money) Attorney michael S. Burtt holds us Responsible For ...

Attorney Michael S. Burtt has Conspired with James R. Green and Craig B. Morris both attorneys. Attorney Michael S. Burtt also Conspired with Auto owner excepting a pay - off Refusing our case and Denieng us Due Process... So, my mother (Vonnie Zorn and I (Roger Zorn) Could not be consipated.
All these lawyers listed earlier have Comitted Conspiracy against us taking a pay-off From the Insurance Company...
Attorney Michael S. Burtt Robbed us....

State v. Meyer 430 so 2d 440,443 (Fla 1983)

"All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of Knowledge of or compliance with prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which may subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer shall provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer should consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated cost involved Under The Circumstances...

# Rule 4-1,2. Scope of Representation

(A) Lawyer to Abide By Clients'
   Decisions A Lawyer Shall Abide
   By a Clients' Decisions Concerning
   the Objectives of Representation,
   and Shall Consult with the Client as
   to the Means by which they are to
   Be Pursued.

Both Lawyer and Client have
Authority and Responsibility in the
Objectives and Means of Representation.
The Client has Utimate authority to
Determine the Purpose to be Served
By legal Representation, within the
limits imposed by law and the
Lawyer Professional Obligations.
Within those limits, A Client Also
has a Right to Consult with the
lawyer about the Means to Be
Used in Pursuing those Objectives.

# Rule 4-1,4 Communication

(A) Informing Client of Status of Representation, A Lawyer Shall Keep a Client Reasonably informed about the Status of a matter and Promptly comply with Reasonable Requests For information.

(B) Duty to Explain Matters to Client.

A Lawyer Shall Explain a matter to the Extent Reasonably Necessary to Permit the Client to make informed Decisions Reguarding the Representation.

A. C. L. U.
Questions:

I. Which of your Rights are
Violated? I have been denied
my Constitutional (civil) Rights
By Being denied Due Process.
   A. United States Constitution
        Article I (14)
   B. Alabama Constitution
        article I (11) and All of
        article I because its' the
        Preamble...

II. How were your rights Violated?
Attorney Michael S. Burtt denied
my mother (Vonnie Zorn) and I (Roger Zorn)
Due Process By not Sueing Auto
Owners (the insurance co.),
River Forks Antiques (the Company),
Ron Thames (the Owner) and
Christopher Thames (the Driver),
(Atts: James Green ) not Sueing Before the 2 year
(michael Burtt ) dead line was up... Taking a
pay off (Auto owners) and handing
us off to Craig B. morris...
(Att. michael Burtt) Also, claiming the Policy was
On $60,000.00 (Sixty Thousand
Dallors) and my mother would
not get that, that medicade
or medcare would get that...

Page 15
of 16

II. Attorney Michael S. Burtt
has Committed Conspiracy
against my mother and me
taking a pay off from the insurance
Company. So, My Mother and I
Could not Be Consipated ...
Attorney Michael S. Burtt
has denied us due Process
By not having the court Produce
an Insurance policy to See what it
Covers and not allowing us to
Sue For the Dollar Figure
we want ... (Incopotent) and
Did not use the Expo Facto Law.

III what Steps have you taken to
Solve the problem? I have
written complaints to the Alabama
Bar in Montgomery on Craig
Morris and A.C.L.U. of
Montgomery ...

IV what do you want us to
do?
1. I need an Attorney that
will Repersent me (us)
in this Case: Geneva County
Civil court Case
# CV-00-078 (m)
2. I need you to Repersent
me (us) with an attorney.

Page 16
of 16

IV. 3. I need AcLu to help me
make Individual Cases against:
Auto owners ; River Forks
Antiques; Ron Thames ; Christopher Tha
(Attorneys) James Green; Michael Burtt;
Craig Morris; James W. Kelly;
Cory Driggers ; Henry F. Lee III;
Lee Wendell Loder ; Harry Prim;
and Earl Barle Moody...

## STATE OF ALABAMA
## OFFICE OF THE ATTORNEY GENERAL
## CONSUMER AFFAIRS SECTION

## CONSUMER COMPLAINT FORM

11 South Union Street
Montgomery, Alabama 36130

Phone: (334) 242-7334
Fax: (334) 242-2433
(Toll Free in AL) 1-800-392-5658

(Please type or print in ink)

Attorney Craig B. Morris
Name of Person or Firm Complained Against

Roger Zorn          45
Your Name          Age

30421 Highway 181
Address

3212 State Hwy 2 East
Your Address

Daphine, Alabama 36526
City and State          Zip Code

Westville, Florida 32464
City and State          Zip Code

251-625-0046
Telephone

850-859.9966          850-892-6141
Telephone (Home)     Telephone (work)

Did You Sign a Contract? YES          Date of Transaction _____

Name of
Salesperson   Attorney Craig B. Morris

Have you told the firm of your Complaint? yes

Product or Service
Involved   Auto accident with Perminate Injures..

Estimate of dollars involved   1,000,000.00 (+)

How were you first contacted – at your premises ( ); at the firm's premises ():
telephone ( ); radio/t.v. ( ); newspaper/magazine ( ); mail solicitation ( )? His Friend
Att. Michael S. Burtt

Have you consulted an attorney? Yes   Who? Att. Davidw. Rousseau

Is there a court action pending? Yes   Where? Geneva County civil court case.

Please explain the entire circumstances surrounding your complaint. (Attach additional sheets if necessary). Include copies of all pertinent documents such as contract, cancelled check, warranty, etc.

I. Attorney Craig B. Morris denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights by being Denied Due Process:

A. United States Constitution: Article I (14)

B. Alabama Constitution: Article I (11) and all of Article I because it's the Preamble.

Attorney Craig B. Morris denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Sueing or making Individual Case against: Auto Owners Ins. co., River Forks Antiques (the Company) Ron Thames (the owner) and Christopher Thames before the two year dead line ... Vonnie Zorns' and Roger Zorns' Case should have been Separated it Causes a conflict of Interest ...

AFTER REVIEWING YOUR COMPLAINT AND THE STEPS YOU HAVE TAKEN TO RESOLVE IT, YOU MAY BE REFERRED TO A PRIVATE ATTORNEY, SMALL CLAIMS COURT OR SOME OTHER METHOD OF RESOLVING YOUR COMPLAINT.

I understand that the Office of the Attorney General normally provides copies of the complaint forms or information regarding complaints to the business complained about and other private and public agencies. I authorize the Office of the Attorney General to give copies or any information on the form to anyone deemed advisable.

_____
Initial

I wish to file this complaint with your office. I understand that your office does not conduct litigation for individuals in matters which involve purely private controversies. I also understand that I may lose the right to file a lawsuit because of this matter due to the possible expiration of the statute of limitations, if I wait on action by the Attorney General's office. I am, however, filing this complaint to notify your office of the activities of this party and to seek any assistance you may be able to render.

_____              1·3·05
Signature of person filing complaint              Date

**PLEASE RETURN COMPLETED COMPLAINT FORM TO:**
Office of the Attorney General
Consumer Affairs Section
11 South Union Street
Montgomery, AL 36130

# COMPLAINT AGAINST A LAWYER

> **Return your completed form to:**
>
> **Alabama State Bar**
> **Disciplinary Commission**
> **P. O. Box 671**
> **Montgomery, AL 36101-0671**

## INSTRUCTIONS

➤ **Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.**

➤ **Type or write legibly but do not use the back of any page. Please do not use pencil.**

➤ **Do not fax your form to us or send your form via the Internet.**

| INFORMATION ABOUT YOU | INFORMATION ABOUT THE LAWYER |
|---|---|
| *Zorn      Roger* | *Morris, Craig B.* |
| Last Name,    First Name | Last Name,    First Name |
| *3212 State Hwy 2 East* | *30421 Highway 181* |
| Address | Address |
| *Westville, Florida 32464* | *Daphine, Alabama 36526* |
| City, State, ZIP Code | City, State, ZIP Code |
| *850-859-9966* | *251-625-0046* |
| Telephone Number(s) | Telephone Number(s) |

_____
Alternate address/phone number

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

❑ Client                     ❑ Opposing Counsel
☑ Former Client            ❑ Judicial
❑ Opposing Party         ❑ Other: _____

On what date did the alleged ethics violation occur? _____

What was your fee arrangement with the attorney? *Yes* _____ _____

Is there a court case related to your complaint? _____✓_____ YES _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Geneva County Civil court case: #CV-00-078(m), Att. David W. Rousseau
P.O. Box 2104
Dothan, Ala 36301

## EXPLANATION OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach copies (not your originals) of any relevant documents. Please be advised we cannot return documents submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

I. Attorney Craig B. Morris, denied my mothers' (Vonnie Zorn) and my (Roger Zorns) (civil) Constitutional Rights by being denied Due Process: (A) U.S.C. Article I (14). (B) Alabama constitution Article I (11) and all of Article I (Preamble) (11).

II. Attorney Craig B. Morris denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process by not Suing or Making individual Case against: Auto Owners, River Forks Antiques, (the company), Ron Thames and Christopher Thames before the two year dead line was up. Vonnie Zorns' and Roger Zorns' Case Should have been Seperated because it causes a Conflict of Interest...

I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.

Roger Zorn
**Name (signature)**

**Date:** 12-20-01

**Sworn to and subscribed before me this** 20 **day of** December , 20 01 .

**[SEAL]**

Kathy Douglass
**NOTARY PUBLIC**

KATHY DOUGLASS
My Comm Exp. 9/3/05
No. DD 054143
[ ] Personally Known [ ] Other I.D.

**MY COMMISSION EXPIRES:** 9/3/05.

# Complaint

I. Attorney Craig B. Morris denied my Mothers' (Vonnie Zorn and my (Roger Zorns') Constitutional Rights by (Civil Rights) Being Denied Due Process:
A. United States Constitution, Article I (14).
B. Alabama Constitution Article I (11), and All of Article I because it's the Preamble ...

Attorney Craig B. Morris denied my mother (Vonnie Zorn) and I (Roger Zorn) Due Process By not Sue ing or making Individual Case Against: Ron Thames (The owner), Auto owners, River Forks Antiques (The company) and Christopher Thames (the Driver) before the two year dead line; or Add to the case after the dead line (Admend).

Vonnie Zorns' and Roger Zorns' Case Should have Been Seperated because it Causes a Conflict of Interest...

I. Attorney Craig B. Morris took a huge Pay-off (money) from Auto Owners Ins. Co. to Butcher our Case... He withdrew and Abandon our Case... Attorney Craig B. Morris Conspired with other attorneys...

II. Only one case was made Roger Zorn and Vonnie Zorn vs. Christopher Thames. Attorney Morris could have Made more individual Case and was ask to do so...

III. INeffective assistance to Counsel
A. All Involved is not listed in the Discovery:
1. Ron Thames (owner)
2. Auto Owners Ins. Co.
3 River forks Antiques (company)

IV Attorney Craig B. Morris withdrew and Abandon the Case...

V Attorney Morris did not Sue my Insurance Co. (Integon)

VI Attorney Craig B. Morris Butchered my Mothers' (Vonnie Zorn) and my (Roger Zorn) Case...

Page 3
of 18

VII. Attorney Craig B. Morris
Conspired with Auto Owners
Insurance Co. and was being
Payed - off with money...

VIII Attorney Craig B. Morris
Conspired with the Following
(Attorneys) Lawyers to Butcher
My Mothers' (Vonnie Zorn) and
My (Roger Zorn) Case and
Except Money as a Pay - off
From Auto Owners Insurance Co. :
    Attorney James R. Green
    Attorney Bobby J. Bradford
    Attorney Michael S. Burtt
    Attorney Mark J. Upton
    Attorney David F. Daniell
    Attorney James L. Perry
    Attorney James W. Kelly
    Attorney Cory Driggers
    Attorney Henry F. Lee III
    Attorney Harry Prim
    Attorney Earl Barle Moody
    Attorney Lee Wendell Loder.
All these above Attorneys listed have
Denied My Mothers' (Vonnie Zorn)
and My (Roger Zorn) Constitutional
Rights to Due Process:
    A. United States Constitution: Article I (14).
    B. Alabama Constitution: Article I (11)
        and all of Article I because it's
        the Preamble.

VIII. On the Other Hand, All These Attorneys have excepted a Big Money Pay-Offs From Auto Owners For Butchering Our Case...

IX Attorney Craig Morris did Not attempt to get a Copy of the Insurance Policy...

X. Did Not Seperate Roger Zorns' and Vonnie Zorn's Case:
    A. Causes a Conflict of Interest.

XI Attorney Craig B. Morris Run throw the case, Filing for Notice of Depositions to early... When needing More Medical treatment (More Surgeries) and Did Not attempt to get any money (through Auto Owners or Asking the Judge through Proper Court Procedures...) For my Surgeries, when I begged him Too... (I'm tired of Hurting) He would only call The Doctor (Dr. mork) office and offer, I will pay at the end of the Suite...

Page 5
of 18

XII. I had to Borrow the Money to Pay off my 1st Surgery and a Surgery Deposit to have a 2nd Surgery #7,226,54. So, I could have neck Surgery...

(Att. Morris) He would not call the Insurance Company and Ask for Money...

XIII. I need more Surgery on My Back, Shoulder and neck that I have not Recieved Yet...

My First Surgery was on 5.15.02 and my 2nd Surgery was on 9.23.03.

Attorney Craig B. Morris is Responsible for Punitive Damages:

A. Mental Angruish
B. Mental Stress
C. A Medically need for more Surgeries...
D. lengthy Pain and Suffering has Been Placed upon Me during these dates 5.15.02 to after 9.23.03

He is Completely Neglence.

Page 6

XIII   Attorney Craig B. Morris
Set the First notice of
Deposition on Monday August 18th, 2003.
Att. Craig Morris admitted that
he did not have all the
Medical Records ...

XIV.   The two notice of Depositions
was Filed on and for
August 18th, 2003  and
December 15th, 2003:
    A) All Doctors and Medical
    Records was not Present.
    B) All Medical Bills were
    not Present.
    C) Did Not take any tape
    Deposition from witnesses
    (Doctors).
    D) Did not Summons any
    witnesses (Doctors) to
    the Notice of Deposition.

XV.   Attorney Craig B. Morris Stated
that he would ask the court
at the end of the trial if I
could Sue River forks Antiques,
Then he Said, I dout it. I
Asked him to Admend it to
the Court now ...

XVI   Attorney Craig morris
Run through the Case not
doing any thing because
he had a conflict of Interest
withe Auto Owners, He
had allready Been payed off
and would not do any
thing with the case...

XVII   Attorney Craig B. Morris
withdrawed and abandoned
the case because he was
pay-off too...

XVIII   All These attorneys (listed)
have conspired with each
other on how they was going
to all work against lonnie
Zorns'and Roger Zorns (case) taking (money)
pay-offs from Auto owners
denking us Due Process by
excepting money...

I (Roger Zorn) stay tired, no Engery - I feel like dieing. My Head is so dizzy, It takes time to make decisions

I (Roger Zorn) have had 2 Surgeries: one on my neck and one on my Back ... I need two more Surgeries ... one on my neck/shoullder and one on my Back in different places ... I need Shots in my neck and Back to be able to Live with this Constant and Excruciating Pain ... I am in Constant and Excruciating Pain having to try to work on my Job Because these attorneys have done any thing to my case and have let my down ... Anybody Else would be at Home in this type of Pain ...

This Pain has taken the life Out of my Body ... ...
I'm Slowly lossing control of my Legs ... to no Control
I Hurt so Bad allover, I feel Like I'm Dieing a Slow Death ... A Really Weird Feeling with my Body. Also, My Body FEELs like it's Burning up using an Air Conditioner ...
My Body Feels like I'm going in and out of death ... Constant Head aches and leg Pains From a Streched Spine. My chest and Heart Hurts ... EXCRUCIATING PAIN

Page 9
of 18

XIX. Attorney Craig B. Morris
is getting Over on the Elderly...
My Mother (Vonnie Zorn) is 73
years Old... She was born
May 1st 1931...

My Mother (Vonnie Zorn)
Constantly Sits around in
her chair Rubbing her legs
with Both Hands crying...
My Mother is in Constant
and Excruciating Pain...
Vonnie TAKES shots in
her Back to deal with Life....
She has Several Sever Problems
From the accident...

XX. Attorney Craig B. Morris is one
of the master Minds Behind this
Criminal act...
Attorney Craig B. Morris got
greedy and took the Huge Pay-off
(Money) from auto Owners
and passed us off to another
attorney...

Attorney Craig B. Morris
Could have chosen to Help us
get money out of this accident
that we Really needed for Doctor
Bills, Medications, Surgeries,
Shot treatment Therpy and
Transportation, Pain and Suffer
through out the case and the
Rest of our lifes ...
Because this Constant and
Excruciating Pain don't go
Away ...

XXI. Attorney CRaig B. Morris
Didn't SUE The Company
(River Forks Antiques), The
Owner (Ron Thames), The
Driver (christopher Thames)...
     Attorney Craig B. Morris
made out like the Policy was
300 Thousand dallors ...
     Auto OWNERS Payed Him off...

     Vonnie Zorn and Roger Zorn
was Denied Due Process our
Constitutional Rights as
Citizens of the United States...

XXII. Attorney Craig B. Morris Did Not attempt to get the insurance company (Auto owners) to Pay me my salary to stay at Home with this Excruciating Pain and Suffering ...

XXIII. Attorney Craig B. Morris Did Not attempt to get me an Psychologically Evaluated ... (Help)

- Page 12
of 18

Attorney Craig B. Morris
had the Power to Sue Auto owners,
The Company, The Owner, The Driver
and make Seperate Cases; and to
help my mother and I to develop
a Case against the two lawyers
Green and Burtt that let the time
run out ...

Attorney Craig B. Morris
Neglected all these Legal matters
Entrusted to him ... Therefore,
my mother (Vonnie Zorn) and I
(Roger Zorn) are not Responsible for
any Contracts or Bills (money)
Attorney Craig B. morris holds us
Responsible for...

Attorney Craig B. Morris
has Conspired with All those attorneys
listed earlier... Attorney Craig B.
morris excepted a Pay-off from
Auto owners (Refusing the case)
dening us Due Process...
So, my mother (Vonnie Zorn) and
I (Roger Zorn) could not be Consipated.
All these lawyers listed
earlier have comitted Conspiracy
against us taking a Pay-off from the
Insurance Co.
Attorney Craig B. morris Robbed us....

<u>State v. Meyer</u> 430 so 2d 440,443 (Fla 1983)

"All attorneys are under the Professional duty not to Neglect any legal matters Emtrusted to Them ... Lack of Knowledge of or Compliance with Prescribed Rules of Practice and Procedure is a dereliction of Professional Responsibility not Easily Excused, which may Subject the Negligent Attorney to ... Disciplinary Proceeding Before The Florida Bar."

Rules of Professional Conduct
Rules 4-1.1 Competence

A Lawyer Shall Provide Competent Representation to A client, Competent Representation Requires the Legal Knowledge, Skill, thoroughness and Preparation Reasonably Necessary For the Representation.

(a.) Thoroughness and Preparation

The Lawyer Should Consult with the Clint about The degree of Thoroughness and level of Preparation Required As well as the Estimated Cost involued Under The Circumstances...

# Rule 4-1,2. Scope Of Representation

(A) Lawyer to Abide By Clients'
Decisions A Lawyer Shall Abide
By a Clients' Decisions Concerning
the Objectives of Representation,
and Shall Consult with the Client as
to the Means by which they are to
Be Pursued.

Both Lawyer and Client have
Authority and Responsibility in the
Objectives and means of Representation.
The Client has utimate authority to
Determine the Purpose to be Served
By legal Representation, within the
limits imposed by law and the
Lawyer Professional Obligations.
Within those limits, A client Also
has a Right to Consult with the
lawyer about the Means to Be
Used in Pursuing those Objectives.

Page 15
-of 18

# Rule 4-1,4 Communication

(A) INForming Client of Status of Representation, A Lawyer Shall Keep a client Reasonably informed about the Status of a matter and PRomptly Comply with Reasonable Requests For iNFormation.

(B) Duty to ExplaiN Matters to Client.

A Lawyer Shall ExplaiN a matter to the Extent Reasonably Necessary to permit the Client to make informed Decisions Reguarding the Representation.

Page 16
of 18

A. C. L. U.
Questions:

I. Which of your Rights are
Violated? I have been denied
my Constitutional (civil)
Rights By Denied Due Process:
  A. United States Constitution
       Article I (14)
  B. Alabama Constitution
       Article I (11) and All
       of Article I because its'
       the Preamble...

II. How were your Rights Violated?
Attorney Craig B. morris denied
my mothers' (Connie Zorn) and I
(Roger Zorn) Due Process By not
Sueing Auto Owners (the insurance
Company); River Forks Antiques (the
Company); Ron Thames (the owner);
Christopher Thames (the Driver)
Attorneys James Green and Michael
  Britt for not Sueing before the
2 years was up... Attorney
Craig morris was Gross negligence
for not admending any of these
INDividuals to a case...
  Attorney Craig morris was
Taking a Pay off (Auto owners)
and handing us off to another
attorney...

II. Attorney Craig B. morris
Claimed the Policy was only
$300,000.00 (three hundred
Thousand) for Both my mother
(Vonnie Zorn) and I (Roger Zorn)
Attorney Craig B. morris
has Comitted Conspiracy against
my mother and me taking a
Pay off From the Insurance
Company ... So, My mother
and I Could not be Consipited ...
Attorney Craig B. Morris has
denied us due Process By not
having the Court to Produce
an Insurance Policy to See
What it Covers and not Allowing
us to Sue for the Dollor
Figure We want ...
(Incopotent) and Did not
Use the Expo Facto Law.
Att. Craig B. morris withdrawed
and abandoned the Case...

III What Steps have you taken to
Solve the Problem? I have
written Complaints to the
Alabama Bar and AcLu in
Montgomery, Ala..

Page 18
of 18

IV  What do you want us
to do?
    1. I need an Attorney that
      will Represent me (us)
      in this Case: Geneva
      County Civil Court Case
      # CV-00-078 (m)
    2. I need you to Represent (us)
      me with an attorney...
    3. I need A.C.Lu. to help
    me make Individual Cases
    against: Auto Owner;
    River Forks Antiques;
    Ron Thames; Christopher
    Thames; James Green;
    Michael Burtt; Craig Morris;
    James W. Kelly; Cory
    Driggers; Henry F. Lee III;
    Lee Wendell Loder;
    Harry Prim and Earl
    Barle Moody...

# *EXHIBIT*



## COMPLAINT ABOUT AN ALABAMA STATE COURT JUDGE

Today's Date: 4 · 6 · 05   Your Name: Roger Zorn

Your Telephone Number: 850-859-9966  Your Address: 3212 State Hwy. 2 East, Westville, Fl. 32464

Your Attorney's Name: David W. Rousseau   Your Attorney's Telephone Number: 334-793-2889

Judge's Name: P. Ben Mc Laughlin   Court: Geneva Co. Civil

Case Number: #CV-00-078 (m)   County: Geneva

Name of Case: Roger Zorn and Vonnie Zorn v. Christopher T. Thames

### STATEMENT OF FACTS AND ALLEGATIONS
(See instructions on reverse)

Judge P. Ben McLaughlin Jr. denied Vonnie Zorns' and Roger Zorns' Constitutional (Civil) Rights By Being denied Due Process:

A. United States Constitution
   Article I (14)

B. Alabama Constitution
   Article I (11) and All of Article I because its' the Preamble.

The allegations and statements of fact set forth above and in any additional attached pages are true and correct to the best of my knowledge, information and belief, and I understand that a copy of this complaint and all supporting materials will be provided by the Commission to the judge against whom the complaint is made.

STEPHANIE A. BELL
MY COMMISSION # DD 328550
EXPIRES: July 1, 2007
Bonded Thru Notary Public Underwriters

Roger Zorn
(Complainant's Signature)

SUBSCRIBED AND SWORN to or affirmed before me this 6 day of April, 20 05

* provided Dr. License

Stephanie Bell

Page 153 of 166

## INSTRUCTIONS

1.  Read the information sheet, **Filing a Complaint**, before you complete this form.

2.  Please type or clearly print all information except signatures. Do not use the back of any page. Do not use pencil.

3.  Under "Statement of Facts and Allegations," clearly describe the specific action or behavior of the judge about which you are complaining, and state the surrounding facts in chronological order, including dates, times, places, and names and addresses of persons present. Use additional sheets if necessary; supporting documentation may be attached but do not attach any original documents. Attach *copies* of any documents you wish the Commission to consider. You should retain your originals as the Commission will not return any documents submitted to it with a complaint.

4.  Do not use a single form to complain about more than one judge, and do not disclose any complaints you are making or have made about another judge. If you have complaints about more than one judge, use a separate form for each judge.

5.  Verify the complaint by signing it under oath or affirmation in the presence of a notary public in the space provided for notarization. The Commission is not permitted to investigate an unverified complaint.

6.  Return the complaint and all attachments to:

    Judicial Inquiry Commission
    P. O. Box 303400
    Montgomery, AL 36130-3400

    Do not fax your complaint to the Commission or send it by e-mail.

7.  If you have questions, call the Commission's office at (334) 242-4089.

Judge P. B. McLaughlin Jr. denied My Mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights By being denied Due Process:

A. United States Constitution Article I (14)

B. Alabama Constitution Artile I (11) and all of Article I because its' the Preamble.

I. Judge P.B. McLaughlin denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Due Process By allowing or not Stepping in the Case making Att.'s (Attorneys) James R. Green and Michael S. Burtt Sue Auto owners insurance company, River Forks Antiques, Ron Thames, and Christopher Thames Before the two year dead line was up...

II. Judge P. B. Mc Laughlin Jr. denied us (Vonnie Zorn and Roger Zorn) Due Process By not **Seperating** the Case Created by Attorneys James R. Green and Micheal S. Burtt (causing a Conflict or interest).

III. Judge P. B. Mc Laughlin Jr. was Gross Negligence For not allowing Attorneys Craig Morris and Henry F. Lee III to admend Auto Owners Insurance Company, River Forks Antiques, Ron Thames and christopher Thames to Seperate Individual Cases.

IV Judge P. B. Mc Laughlin Jr. Allowed these Attorneys James R. Green, micheal S. Burtt, Craig B. morris and Henry F. Lee III to butcher and destroy Our CASE By recieving Pay-offs from the Insurance Company...

V. Judge P. Ben. Mc Laughlin Jr. denied Our Due Process by not allowing the Court to Produce an insurance Policy. The Policy was an Umbrella Policy worth (1) one million dallors according to Attorney Henry F. Lee III.

VI Judge P. Ben Mc Laughlin Allowed All these attorneys James R. Green, Michael S. Burtt, Craig B. Morris and Henry F. Lee III to get over on an Elderly Person, My Mother is 73 years old, born On May 1st 1931.

VII. Judge P. Ben Mc Laughlin did not use the Expo Facto law.

VIII Judge P. Ben Mc Laughlin Let the two (2) year dead line Run out.

IX. Judge P. Ben McLaughlin Jr. Did not allow my insurance Company (Integron) to Be Sued.

X. Judge P. Ben McLaughlin Jr. Butchered our Case taking Pay-offs From Auto Owners Insurance Company.

XI. Judge P. Ben McLaughlin Junior Conspired with Auto Owners Insurance company being Payed-off with money.

XII Judge P. Ben McLaughlin Jr. Conspired with the Following Attorneys (Lawyers) to Butcher my mothers' (Vonnie Zorn) and My (Roger Zorn) Case to Except money as a Pay-off From Auto Owners insurance Company:
Att. James R. Green
Att. Michael S. Burtt
Att. Craig B. Morris
Att. Henry F. Lee III

XII. Judge P. B. Mc Laughlin Jr. AND All these Attorneys listed have denied my mothers' (Vonnie Zorn) and my (Roger Zorns') Constitutional (civil) Rights to Due Process :

A. United States Constitution: Article I (14)

B. Alabama Constitution: Article I (11) and All of article I because its' the Preamble.

On the other hand, The Judge and all these attorneys (Lawyers) have excepted a Big Pay - offs From Auto Owner Insurance Co. For Butchering our Case...

XIII. Vonnie Zorn and Roger Zorn was denied Due Process Our Constitutional Rights as Citizens of the United States.....

XIV. Judge P. Ben McLaughlin Jr. and All of These Attorneys (Listed) Committed Conspiracy against us taking a Pay-off From the Insurance Co..

XV. Judge P. Ben McLaughlin Robbed US......

XVI. Judge P. Ben McLaughlin Conspired with All of these Attorneys (Listed) and Auto Owners Excepting a huge Pay-off From Auto owners (Refusing the case) Dening us Due Process ... So, my Mother (Vonnie Zorn) and I (Roger Zorn) Could not Be Consipated ...

XVII    Judge P. Ben McLaughlin Jr. is one of the master minds behind this criminal act.

XVIII   Judge P. Ben McLaughlin could have chosen to help us get money out of this Accident that we need for Doctor Bills, Medication, Surgeries, Shot Treatment Therpy, Transportation, Pain and Suffering through out the case and the Rest of our lives because this Excruciating Pain don't go away...

XIX.    Judge P. Ben McLaughlin Did not attempt to get the insurance company (Auto Owners) to pay me my Work Salary to Stay at Home with this Excruciating Pain and Suffering...

XX. Judge P. Ben McLaughlin allowed these Attorneys (listed) to Butcher and committ Conspiracy against my mother and I, Allowed these Attorneys to take Pay-offs From The insurance Company. So my mother and I Could not be Consipated.

XXI. Judge P. Ben McLaughlin allow These Attorneys (listed) to keep on handing us of to another attorney to keep on Butchering our case...

**XXII**: This is to let Judge P. Ben McLaughlin Know that I am no longer wanting to Sue for the 50 and 75 million dallors that Attorney Craig B. Morris stated earlier...

I have considered all the Facts of this case and I was trying to Sue for not enough money...

So I have decided to Sue for 300 (three hundred) million dallors in this case...

Therefore, when Judge P. Ben McLaughlin addresses the Jury, that I am asking for (300) three hundred million dallors, and let the Jury decide what is a reasonable amount...

**Microspine Inc.**
100 Coy Burgess Loop
Defuniak Springs, FL 32435
Telephone: 850-892-6001

105

DATE 8/19/03

RECEIVED FROM Roger Zorn

$ 7226 54

AMOUNT Seven thousand Twohundred Twenty Six 00/100 DOLLARS 54

FOR Prior Balance + Surgery Deposit

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | ☐ CASH | **Your Receipt - Thank You** |
| THIS PAYMENT | | ☐ CHECK | |
| BALANCE DUE | | ☐ M.O. | BY Margaret Pride |

240016

Page 164 of 164

# EXHIBIT



**Microspine Inc.**
100 Coy Burgess Loop
Defuniak Springs, FL 32435
Telephone: 850-892-6001

105

DATE 8/19/03

RECEIVED FROM Roger Zorn

$ 7226 54

AMOUNT Seven thousand Two hundred Twenty Six dollars 54 DOLLARS

FOR Prior Balance + Surgery Deposit

| PREVIOUS BALANCE | | ☐ CASH | **Your Receipt - Thank You** |
| THIS PAYMENT | | ☐ CHECK | |
| BALANCE DUE | | ☐ M.O. | BY Margaret Pashu |

240016





1043

**LAW OFFICE OF DAVID W. ROUSSEAU**
**TRUST ACCOUNT**
211 W. ADAMS ST.  PH. 334-699-9000
DOTHAN, AL  36303

61-244/621

DATE _3-3-06_

PAY TO THE ORDER OF _Roger Zorn_                                    $ 5,833.49

_Five thousand eight hundred thirty three & 49/100_ _____ DOLLARS

**CB&T**
COMMUNITY BANK AND TRUST
*A Member of Synovus Financial Services*

DOTHAN
3680 W. MAIN ST.
DOTHAN, AL 36305-1048

TRUST ACCOUNT

FOR _final disbursement of settlement_        _Shavell Williams_        MP

⑈001043⑈ ⑆062802441⑆ 17 0920 8⑈

# EXHIBIT





ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

January 30, 2007

Mr. Roger Zorn
3212 St. Hwy. 2 East
Westville, FL  324264

Re:     CSP No. 07-41(A)
        Complaint against Michael Joseph Gamble

Dear Mr. Zorn:

The Disciplinary Commission of the Alabama State Bar has received the complaint that you filed against the above-referenced attorney.   A copy of your complaint was forwarded to the attorney and a copy of the attorney's response to your complaint is enclosed.

Two attorneys in the Office of General Counsel of the Alabama State Bar have reviewed your complaint and the attorney's response to the complaint.  In view of the nature and content of the complaint and the enclosed response of the attorney, we will take no further action in this matter.

Sincerely,

Laurie Blazer
Investigator/Paralegal
For the Office of General Counsel

Enclosure

cc:     Mr. Michael Joseph Gamble

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

February 24, 2005

Mr. Roger Zorn
3212 State Hwy 2 East
Westville, FL 32464

Re:    CSP No. 05-157(A)
       Complaint against Earle Farley Moody, II

Dear Mr. Zorn:

We are in receipt of the complaint that you filed against the above-referenced attorney. A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct*. The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

*Cheryl L. Rankin*

Cheryl L. Rankin
Investigator/Paralegal
For the Office of General Counsel

CLR/sl

cc:    Mr. Earle Farley Moody, II

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

February 28, 2005

Mr. Roger Zorn
3212 State Hwy. 2 East
Westville, FL 32464

Re:    Complaint against E. Farley Moody, II and
       Cory H. Driggers

Dear Mr. Zorn:

The Alabama Attorney General's Office has forwarded to this office the consumer complaint forms that you recently filed against Messrs. Moody and Driggers.

As we advised you on February 24, 2005, we have reviewed your complaint against Mr. Moody and will take no further action in the matter.

We are currently investigating your complaint against Mr. Driggers and you will be advised of our decision in that matter in the near future.

Sincerely,


OFFICE OF GENERAL COUNSEL
ALABAMA STATE BAR

/clr

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

March 2, 2005

Mr. Roger Zorn
3212 St. Hwy. 2 East
Westville, FL  32464

Re:    CSP No. 03-1384(A)
       Complaint against Craig Bryant Morris

Dear Mr. Zorn:

We are in receipt of your letter wherein you requested an additional complaint be filed against Mr. Morris. Two attorneys in this office have reviewed your complaint and have determined that allegations in this complaint appear to be the same or substantially related to the previous complaint that you filed in December 2003.

As previously disclosed to you, this matter has been thoroughly processed pursuant to the *Alabama Rules of Disciplinary Procedure*. The conclusion of this investigation discloses that there was insufficient evidence to find probable cause that the attorney listed in your complaint has committed any ethical violations.

Please be advised that your complaint was most seriously considered by those involved in the disciplinary process. We ensure you that all appropriate measures have been taken by this office in investigating your complaint and disposing of it accordingly.

Sincerely,

*Cheryl L. Rankin*

Cheryl L. Rankin
Investigator/Paralegal
For the Office of General Counsel

Enclosure

cc:    Mr. Craig Bryant Morris

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLI-NARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

March 2, 2005

Mr. Roger Zorn
3212 State Hwy 2 East
Westville, FL 32464

Re:    CSP No. 05-180(A)
       Complaint against Lee Wendell Loder

Dear Mr. Zorn:

We are in receipt of the complaint that you filed against the above-referenced attorney. A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct*. The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

*Carol M. Wright*

Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

CMW/sl

cc:    Mr. Lee Wendell Loder

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

March 1, 2005

Mr. Roger Zorn
3212 St. Hwy. 2 East
Westville, FL 32464

Re:     CSP No. 05-179(A)
        Complaint against Henry Fitzhugh Lee II

Dear Mr. Zorn:

We are in receipt of the complaint that you filed against the above-referenced attorney. A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct*. The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

*Carol M. Wright*

Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

CMW/sl

cc:     Mr. Henry Fitzhugh Lee II

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

March 1, 2005

Mr. Roger Zorn
3213 State Hwy 2 East
Westville, FL 32464

Re:    CSP No. 05-181(A)
       Complaint against Harry Samuel Prim III

Dear Mr. Zorn:

We are in receipt of the complaint that you filed against the above-referenced attorney. A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct.* The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

*Carol M. Wright*
Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

CMW/sl

cc:    Mr. Harry Samuel Prim III

RULE 30, ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

March 1, 2005

Mr. Roger Zorn
3213 St. Hwy 2 East
Westville, FL 32464

Re:    CSP No. 05-178(A)
       Complaint against James Wynton Kelly

Dear Mr. Zorn:

We are in receipt of the complaint that you filed against the above-referenced attorney. A review of your complaint does not indicate that the attorney violated one or more of the *Alabama Rules of Professional Conduct.* The Disciplinary Commission and the Office of General Counsel only have the authority to discipline an attorney if a violation of the *Alabama Rules of Professional Conduct* occurs.

Therefore, we will take no further action in this matter.

Sincerely,

*Carol M. Wright*

Carol M. Wright
Investigator/Paralegal
For the Office of General Counsel

CMW/sl

cc:    Mr. James Wynton Kelly

RULE 30, ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.



# THE FLORIDA BAR

**651 E. JEFFERSON STREET**
**TALLAHASSEE, FL 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

February 25, 2005

Roger Zorn
3212 State Highway 2 East
Westville, FL 32464

Re:    Michael Scott Burtt; TFB File No. 2005-00,792(1A)

Dear Mr. Burtt:

Enclosed is a copy of our letter to Michael Scott Burtt, which requires him to respond to your complaint.

Once you receive Mr. Burtt's response, you have 10 days to file a rebuttal if you so desire.  If you decide to file a rebuttal, please send a copy to Mr. Burtt.  ***Please address any and all correspondence to Olivia Paiva Klein, Assistant Discipline Counsel.***

Please be advised that as an arm of the Supreme Court of Florida, The Florida Bar can investigate allegations of misconduct against attorneys, and where appropriate, request that the attorney be disciplined.   The Florida Bar cannot render legal advice nor can The Florida Bar represent individuals or intervene on their behalf in any civil or criminal matter.

Sincerely,

Donald M. Spangler
Chief Branch Discipline Counsel - Tallahassee

DMS:mlw

Enclosures:    Copy of Letter to Michael Scott Burtt; Notice of Grievance Procedures; Pamphlet, *Complaint Against a Florida Lawyer)*

cc:    Michael Scott Burtt

# THE FLORIDA BAR

**651 E. JEFFERSON STREET**
**TALLAHASSEE, FL 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

February 25, 2005

Michael Scott Burtt
656 West Garden Street
Pensacola, FL 32502

Re:    Roger Zorn; TFB File No. 2005-00,792(1A)

Dear Mr. Burtt:

Enclosed is a copy of an inquiry/complaint and any supporting documents submitted by the above referenced complainant. Your response to this complaint is required under the provisions of Rule 4-8.4(g), Rules of Professional Conduct of the Rules Regulating The Florida Bar, and is due in our office by **March 14, 2005**. Failure to provide a written response to this complaint is in itself a violation of Rule 4-8.4(g). **You are further requested to furnish the complainant with a complete copy of your written response, including any documents submitted therewith.** *Please address any and all correspondence to Olivia Paiva Klein, Assistant Discipline Counsel.*

Please note that pursuant to Rule 3-7.1(b), Rules of Discipline, any reports, correspondence, papers, recordings and/or transcripts of hearings received from either you or the complainant shall become a part of the public record in this matter and thus accessible to the public upon a disposition of this file. A disposition can be effected by bar counsel or upon a grievance committee finding of no probable cause (with or without letter of advice), diversion, minor misconduct, or probable cause. Pursuant to Rule 3-7.1(g), Rules of Discipline, you are further required to complete and return the enclosed Certificate of Disclosure form.

If either you or the complainant believe any material provided to The Florida Bar is confidential under applicable law, undersigned counsel should be advised of that fact so that measures can be taken to seal that portion of the file. It should be noted that The Florida Bar is required to acknowledge the status of proceedings during the pendency of an investigation, if a specific inquiry is made and the matter is deemed to be in the public domain.

Finally, the filing of this complaint does not preclude communication between the attorney and the complainant.

Sincerely,

Donald M. Spangler
Chief Branch Discipline Counsel - Tallahassee

DMS:mlw
Enclosures: Notice of Grievance Procedures, Copy of Complaint, Certificate of Disclosure Form
cc:    Roger Zorn



**CHARLIE CRIST**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

**OFFICE OF THE ATTORNEY GENERAL**

**Office of Citizen Services**
**The Capitol**
**Tallahassee, Florida 32399-1050**

Telephone (850) 414-3990  SUNCOM 994-3990
FAX (850) 410-1630  SUNCOM 210-1630

March 2, 2005

Mr. Roger J. Zorn
3212 State Highway 2 East
Westville, Florida 32464

Dear Mr. Zorn:

Thank you for writing to Attorney General Charlie Crist's Office regarding your concerns with Mr. James R. Green, Esq. and Michael S. Burtt, Esq.

By contacting The Florida Bar you contacted the appropriate agency to review your concerns. The Florida Supreme Court has designated The Florida Bar as the agency responsible for reviewing grievances against lawyers licensed to practice in this state. The address for The Florida Bar is 651 East Jefferson Street, Tallahassee, Florida 32399-2300, telephone (850) 561-5839.

It is suggested that you continue to seek private counsel for any legal assistance you may need to ensure your best interests are represented. The Florida Bar also offers a Lawyer Referral Service at the above address. The toll free telephone number is (800) 342-8060. If you cannot afford an attorney, you may be eligible for low cost or pro bono assistance through a local legal aid office. The Florida Bar can assist you with this process.

This office is pleased to provide this information to you, and hopes it proves helpful. If you would like to keep current with news on Attorney General Crist's efforts to fight fraud please visit our website and subscribe to the Attorney General's weekly and monthly electronic newsletters: http://myfloridalegal.com/NewsBrie.nsf/Subscriber

Sincerely,

OFFICE OF CITIZEN SERVICES
Florida Attorney General's Office

OCS/ac

Enclosure



STATE OF ALABAMA
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

February 22, 2005

Roger Zorn
3212 State Hwy 2 East
Westville, FL 32464

Dear Mr. Zorn:

I have carefully examined your complaint regarding the above-referenced business. Since your complaint involves problems with attorneys, I am referring it to the Agency below for review and appropriate action. I have asked the proper official to notify you as quickly as possible of the final disposition of the complaint.

You should hear from them in the near future. If this Office can assist you further, please let me know.

Sincerely,

Tracey Brown Edwards
Consumer Specialist
(334) 242-7488

cc:    Alabama Bar Association
PO Box 671
Montgomery, AL 36101



**CHARLIE CRIST**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

**OFFICE OF THE ATTORNEY GENERAL**

**Office of Citizen Services**
**The Capitol**
**Tallahassee, Florida 32399-1050**

**Telephone (850) 414-3990  SUNCOM 994-3990**
**FAX (850) 410-1630  SUNCOM 210-1630**

March 2, 2005

Mr. Roger J. Zorn
3212 State Highway 2 East
Westville, Florida 32464

Dear Mr. Zorn:

Thank you for writing to Attorney General Charlie Crist's Office regarding your concerns with Mr. James R. Green, Esq. and Michael S. Burtt, Esq.

By contacting The Florida Bar you contacted the appropriate agency to review your concerns. The Florida Supreme Court has designated The Florida Bar as the agency responsible for reviewing grievances against lawyers licensed to practice in this state. The address for The Florida Bar is 651 East Jefferson Street, Tallahassee, Florida 32399-2300, telephone (850) 561-5839.

It is suggested that you continue to seek private counsel for any legal assistance you may need to ensure your best interests are represented. The Florida Bar also offers a Lawyer Referral Service at the above address. The toll free telephone number is (800) 342-8060. If you cannot afford an attorney, you may be eligible for low cost or pro bono assistance through a local legal aid office. The Florida Bar can assist you with this process.

This office is pleased to provide this information to you, and hopes it proves helpful. If you would like to keep current with news on Attorney General Crist's efforts to fight fraud please visit our website and subscribe to the Attorney General's weekly and monthly electronic newsletters: http://myfloridalegal.com/NewsBrie.nsf/Subscriber

Sincerely,

OFFICE OF CITIZEN SERVICES
Florida Attorney General's Office

OCS/ac

Enclosure




**COLOR PHOTOS**
**will not scan.**

**available in the Clerk's Office for**
**conventional viewing.**