IN THE UNTED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

Roger Zorn )
and )
Vonnie Zorn )
)
**Plaintiff(s)** )
)
v. )
)
Integon Insurance Co. )
Auto Owners Insurance Co. )
River Forks Imports (river Fork Antiques) )
Christoper T. Thames )
Ron Thames (Ronnie) )
Att. James Green )
Att. Michael S. Burtt )
Att. Craig B. Morris )
Att. Cory H. Driggers )
Att. James W. Kelly )
Att. Harry Samuel Prim III )
Att. Henry F. Lee )
Att. Lee Wendell Loder )
Att. Earl Barle Moody )
Att. David w. Rousseau )
Att. Barbara W. Wade )
Levin, papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. )
Daniell, Upton, Perry and Morris, P.C. Morris, Cary, Andrews )
and Talmadge, LLC )
Ruben R. Garcia MD )
Jana M. Holland MD )
Robert Ignasiak MD )
Henry David Cook MD )
Ruben Timmons MD )
Gary E. Gerhand MD )
John Hutchison Psy. D. )
State of Alabama, Office of the Attorney General )
Alabama State Bar, Displinary Commission )
Haufe, Scott M W MD )
Anthony R. Mork MD )
Microspine Inc. )

**Defendant(s)**

RECEIVED
2007 NOV 28 P 12: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1:07 CV 1048 - WKW

## MOTION TO PROCEED IN FORMA PAUPERIS

**Plaintiff(s)** Roger Zorn and Vonnie Zorn

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion

_[signatures]_
**Plaintiff(s) signature**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

_____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07CV1048 —WKW

I, _____Roger Zorn_____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $1,129.00 bi-weekly

      Walton Correctional Institution  6911 World War II Veterans Lane  DeFuniak Springs, FL 32433

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes," state the total amount. ____$6.15____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value.
   House that I live in and pay $503.00 a month for about 7 more years;
   A 1994 Buick Roadmaster warn out worth more than $100.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   I pay $330:25 for child support on Roger J Zorn Jr. Age 15; I only live from pay check to pay check, only enough money to live on and not to save any....

I declare under penalty of perjury that the above information is true and correct.

____11-22-07____                    ____Roger Zorn____
        Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.