# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 30, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Zorn et al v. Integon Insurance Company et al
Civil Action No. 1:07-cv-01048-WKW

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 1:07-cv-01048-MEF. This new case number should be used on all future correspondence and pleadings in this action.