IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER ZORN, *et al.,*                  )
                                       )
      Plaintiffs,                      )
v.                                     )          CASE NO. 1:07-cv-1048-MEF
                                       )
INTEGON INSURANCE COMPANY,             )
*et al.,*                              )
                                       )
      Defendant.                       )

# **O R D E R**

    It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1),  this case is referred

to United States Magistrate Judge Wallace Capel, Jr. for all pretrial proceedings and entry

of any orders or recommendations as may be appropriate.

    DONE this 30th day of November, 2007.


                                     /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE