IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER ZORN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv1048-MEF |
| ) | |
| INTEGON INSURANCE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Pending before the Court is Vonnie Zorn's Motion to Proceed *In Forma Pauperis* (Doc. #7). Upon consideration of the financial information she provided, the Court finds Vonnie Zorn may appear *in forma paueris*. Therefore, it is

ORDERED that motion (Doc. #7) is GRANTED. The Court wishes Vonnie Zorn to understand *fully* the limited nature of his proceeding in this case as an indigent plaintiff. Although this status permits a plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, it does not permit the plaintiff to maintain the lawsuit without incurring any personal expenses.

Plaintiff should understand that she *may* incur expenses as a result of the prosecution of this case, and there is no provision for the Court's payment of those expenses. For example, if the case goes to trial, Plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be

very substantial, and they are normally assessed against the losing party. This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*. Vonnie Zorn is also reminded that he must *purchase* copies of his deposition and that, if she schedules the deposition of others, she must pay the court reporter's appearance fee for each deposition, and for each copy of a deposition.

    DONE this 13th day of December, 2007.

        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE