IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ZORN et al.,

    Plaintiffs

v.

INTEGON INSURANCE COMPANY et al.,

CASE NO. 1:07-CV-1048-MEF

RECEIVED
2007 DEC 14  P 3:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EXTINCTION ON AMENDED COMPLAINT

Now comes Roger Zorn and Vonnie Zorn Plaintiffs, Pro Se asking this Honorable Court to Allow us (INDIGET) a Need for Counsel. The proper paper work has been filed to obtain an Attorney.

Roger Zorn

ROGER ZORN
3212 State Hwy. 2 East
Westville, FL. 32464
850-859-9984

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

### CERTIFICATE OF SERVICE

I, __Roger Zorn__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Extinction on Amended Complaint__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __14th__ day of __December__ 20__07__, to:

Integon Insurance Company
Auto Owners Insurance Company
River Fork Imports (River Forks Antiques)
Christopher T. Thames

__12·14·07__   __Roger Zorn__
Date                    Signature

Ronnie Thames
James Green
Michael S. Burtt
Craig B. Morris
Cory H. Driggers
James W. Kelly
Harry Samuel Prim III
Henry F. Lee
Lee Wendell Loder
Earl Barle Moody
David W. Rousseau
Barbara Wade

Morris, Cary Andrews, Talmadge, LLC
Ruben R. Garcia M.D.
Jana W. Holland M.D.
Robert Ignasiak M.D.
Henry David Cook M.D.
Ruben Timmons M.D.
Gary E. Gerhand M.D.
John Hutchison M.D.
State of Alabama office of attorney General.
Alabama State Bar Disciplinary Commission.

Levin, Papantonio, Thomas, Mitchell, Eshsner & Proctor, P.A.
Daniel, Upton, Perry, Morris, P.C.

PLAINTIFF'S EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-10  Page 1 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | Case Number<br>1:07-CV-1048 |
|---|---|---|

IN THE __Middle District__ COURT OF __Montgomery__, ALABAMA
(Circuit, District, or Municipal)     (Name of County or Municipality)

STYLE OF CASE: __Zorn et al__ v. __Integon Ins. Co. et al__
Plaintiff(s)         Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☑ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. INDENTIFICATION
   Full name __Roger Zorn__ Date of Birth __July 19, 1959__
   Spouse's full name (if married) _____
   Complete home address __3212 State Hwy 2 East__
   __Westville, Florida 32464__
   Number of people living in household __0__
   Home telephone number __850-859-9984__
   Occupation/Job __Correctional officer__ Length of employment __22 years__
   Driver's license number __2650-230-59-259-0__ *Social Security Number _____
   Employer __Walton Correctional Inst__ Employer's telephone number __951-1300__
   Employer's address __691 Institution Road, DeFuniak Springs, Florida 32433__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income .......................................... $ 2,258.00
   Spouse's Monthly Gross Income (unless a martial offense) ......
   Other Earnings: Commissions, Bonuses, Interest Income, etc, ...
   Contributions from Other People Living in Household ...........
   Unemployment/Workmen's Compensation,
      Social Security, Retirements, etc, ......................
   Other Income (be specific) _____

   TOTAL MONTHLY GROSS INCOME                                    $ 2,258.00

   Monthly Expenses:
   A. Living Expenses                                            $
      Rent/Mortgage ............................................. 503.00
      Total Utilities: Gas, Electricity, Water, etc ............. 300.00
      Food ...................................................... 400.00
      Clothing .................................................. 60.00
      Health Care/Medical
      Insurance ................................................. 174.00
      Car Payment(s)/Transportation Expenses .................... 450.00
      Loan Payment(s)

*OPTIONAL

| Form C-10 Page 2 of 2 Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | | |
|---|---|---|---|
| | Monthly Expenses:(cont'd page1) Credit Card Payment(s) Educational/Employment Expenses Other Expenses (be specific) _____ | 40.00 | |
| | Sub-Total | | A $ 1,927.00 |
| B. | Child Support Payment(s)/Alimony | $ 331.00 | 331.00 |
| | Sub-Total | | B $ |
| C. | Exceptional Expenses | $ | |
| | TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | $ 2,258.00 |

**Total Gross Monthly Income Less total monthly expenses:**

DISPOSABLE MONTHLY INCOME    $ _____

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)    $ _____
   Equity in Real Estate (value of property less what you owe)    _____
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    _____
   Other (*be specific*)
   Do you own anything else of value? ☐ Yes ☑ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____    Ø

   **TOTAL LIQUID ASSETS**    $ Ø

5. **Affidavit/Request**
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

   Sworn to and subscribed before me this    Fl. Drivers License 59-0
   2450-730-59-259
   **13th** day of **December 2007**    Affiant's Signature: Roger Zorn

   **Carla J. Kelley**    Print or Type Name: Roger Zorn
   Judge/Clerk/Notary

CARLA S. KELLEY
MY COMMISSION # DD 292496
EXPIRES: February 19, 2008
Bonded Thru Notary Public Underwriters

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____.

_____
Judge

| State of Alabama<br>Unified Judicial System<br>Form C-10A<br>Page 1 of 2    Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | Case Number<br>1:07-cv-1048 |
|---|---|---|

IN THE __Middle District__ COURT OF __Montgomery__, ALABAMA
(Circuit, District, or Municipal)              (Name of County or Municipality)

STYLE OF CASE: __Zorn et al__ v. __Integon Ins. Co. et al__
                  Plaintiff(s)                Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☑ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. IDENTIFICATION
   Full name __Roger Zorn__ Date of Birth _____
   Spouse's full name (if married) _____
   Complete home address __3212 State Hwy 2 East__
   __Westville Florida 32464__
   Number of people living in household __0__
   Home telephone number __850-859-9984__
   Occupation/Job __Correctional ofc.__ Length of employment __22 years__
   Driver's license number __2650-730-59-259-0__ *Social Security Number _____
   Employer __Walton Correctional Inst.__ Employer's telephone number __850-951-1300__
   Employer's address __691 Institution Road, DeFuniak Springs,__
   __Florida 32433__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                             $ 2258.00
   Spouse's Monthly Gross Income (unless a martial offense)         _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc,      _____
   Contributions from Other People Living in Household              _____
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc,                             _____
   Other Income (be specific) _____                                _____

                TOTAL MONTHLY GROSS INCOME                          $ 2258.00

   Monthly Expenses:
   A. Living Expenses                                               $ _____
      Rent/Mortgage                                                 503.00
      Total Utilities: Gas, Electricity, Water, etc                 300.00
      Food                                                          400.00
      Clothing                                                      60.00
      Health Care/Medical                                           _____
      Insurance                                                     174.00
      Car Payment(s)/Transportation Expenses                        450.00
      Loan Payment(s)                                               _____

*OPTIONAL

| Form C-10A Page 2 of 2 Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | |
|---|---|---|

Monthly Expenses:(cont'd page1)
  Credit Card Payment(s)
  Educational/Employment Expenses          40.00
  Other Expenses (be specific) _____

                Sub-Total                                      A $ 1,927.00

B.   Child Support Payment(s)/Alimony         $ 331.00
                Sub-Total                                      B $ 331.00
C.   Exceptional Expenses                     $

       TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ 2,258.00

**Total Gross Monthly Income Less total monthly expenses:**
              DISPOSABLE MONTHLY INCOME              $ Ø

4. LIQUID ASSETS:
   Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)    $ _____
   Equity in Real Estate (value of property less what you owe)
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
   Other (*be specific*)
   Do you own anything else of value? ☐ Yes ☑ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____

                TOTAL LIQUID ASSETS                  $ Ø

5. Affidavit/Request
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

Sworn to and subscribed before me this

13th day of December 2007

_Carla S. Kelley_
Judge/Clerk/Notary

_Roger Zorn_
Affiant's Signature

_Roger Zorn_
Print or Type Name

CARLA S. KELLEY
MY COMMISSION # DD 292496
EXPIRES February 19, 2008
Bonded Thru Notary Public Underwriters

Fl. Drivers License
2650-730-59-259-0

| State of Alabama<br>Unified Judicial System | ORDER APPOINTING<br>COUNSEL (INDIGENT) | Case Number |
|---|---|---|
| Form C-10B     Rev.2/95 | | 1:07-CV-1048 |

IN THE __Middle District__ COURT OF __Montgomery__, ALABAMA
(Circuit, District, or Municipal)                     (Name of County or Municipality)

STYLE OF CASE: __Zorn et al__ v. __Integon Ins, Co. et al__
                      Plaintiff(s)                                      Defendant

☑ STATE OF ALABAMA

☐ Municipality of _____ v. _____
                                                                                Defendant

☐ IN THE MATTER OF _____, a child

---

IT IS, THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily towards his defense; therefore, defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. This amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows:

_____

_____

☐ Affiant is indigent and request is GRANTED.

☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____,
is hereby appointed as counsel to represent affiant.            (Name of Attorney)

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, _____

_____
Judge



PLAINTIFF'S EXHIBIT B

| State of Alabama Unified Judicial System | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | Case Number |
|---|---|---|
| Form C-10 Page 1 of 2  Rev.2/95 | | 1:07-CV-1048-MEF |

IN THE _Middle District_ COURT OF _Montgomery_, ALABAMA
   (Circuit, District, or Municipal)   (Name of County or Municipality)

STYLE OF CASE: _Zorn et al_ v. _Integon Ins. Co. et al_
   Plaintiff(s)   Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☑ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

SECTION 1.

1. **INDENTIFICATION**
   Full name _Vonnie Zorn_  Date of Birth _May 1st, 1931_
   Spouse's full name (if married) _____
   Complete home address _4051 State Hwy 2 East, Westville, Florida 32464_
   Number of people living in household _0_
   Home telephone number _____
   Occupation/Job _Retired_  Length of employment _____
   Driver's license number _None_  *Social Security Number _____
   Employer _None_  Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC   ☐ Food Stamps   ☑ SSI   ☐ Medicaid   ☑ Other _Veteran Affairs_

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   Monthly Gross Income                                        $ _680.00_
   Spouse's Monthly Gross Income (unless a martial offense)    _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc. _____
   Contributions from Other People Living in Household         _____
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc,                        _____
   Other Income (be specific) _____                   _____
                  TOTAL MONTHLY GROSS INCOME                   $ _680.00_

   Monthly Expenses:
   A. Living Expenses                             $ _____
      Rent/Mortgage                                 _____
      Total Utilities: Gas, Electricity, Water, etc  _200.00_
      Food                                          _250.00_
      Clothing                                      _50.00_
      Health Care/Medical                           _75.00_
      Insurance                                     _75.00_
      Car Payment(s)/Transportation Expenses        _____
      Loan Payment(s)                               _____

*OPTIONAL

| Form C-10 Page 2 of 2    Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | |
|---|---|---|
| Monthly Expenses:(cont'd page1)<br>    Credit Card Payment(s)<br>    Educational/Employment Expenses<br>    Other Expenses (be specific) _____ | 30.00 | |
| Sub-Total | | A $ 680.00 |
| B.    Child Support Payment(s)/Alimony | $ _____ | |
| Sub-Total | | B $ _____ |
| C.    Exceptional Expenses | $ _____ | |
| TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | $ _____ |
| **Total Gross Monthly Income Less total monthly expenses:**<br>DISPOSABLE MONTHLY INCOME | | $ ∅ |

4.   LIQUID ASSETS:
        Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)    $ _____
        Equity in Real Estate (value of property less what you owe)    _____
        Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    _____
        Other (*be specific*)
        Do you own anything else of value?  ☐ Yes ☒ No
        (land, house, boat, TV, stereo, jewelry)
        If so, describe _____

        **TOTAL LIQUID ASSETS**    $ ∅

5.   Affidavit/Request
     I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

     Sworn to and subscribed before me this

     _13th_ day of _DECEMBER_, ____        Affiant's Signature

     _Jenny A. Mothershed_                    _VONNIE B ZORN_
     Judge/Clerk/Notary                        Print or Type Name

     *[Notary stamp: Jenny A. Mothershed, Commission # DD441169, Expires July 5, 2009, Bonded Troy Fain - Insurance, Inc. 800-385-7019]*

**ORDER OF COURT**

**SECTION II**

   IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

   IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
   IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
   Done this_____ day of _____

                                                    _____
                                                    Judge

| State of Alabama<br>Unified Judicial System<br>Form C-10A<br>Page 1 of 2    Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | Case Number<br>1:07-CV-1048-mEF |
|---|---|---|

IN THE __Middle District__ COURT OF __Montgomery__, ALABAMA
(Circuit, District, or Municipal)        (Name of County or Municipality)

STYLE OF CASE: __Zorn et al__ v. __Integon Ins. Co. et al__
         Plaintiff(s)              Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(S) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☑ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. IDENTIFICATION
   Full name __Vonnie Zorn__ Date of Birth __May 1th, 1931__
   Spouse's full name (if married) _____
   Complete home address __4051 State Hwy 2 East__
   __Westville, FL. 32464__
   Number of people living in household __0__
   Home telephone number _____
   Occupation/Job __Retired__ Length of employment _____
   Driver's license number _____ *Social Security Number _____
   Employer _____ Employer's telephone number _____
   Employer's address _____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☑ Medicaid    ☑ Other __Veteran Affairs__

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                           $ __680.00__
   Spouse's Monthly Gross Income (unless a martial offense)       _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc,   _____
   Contributions from Other People Living in Household           _____
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.
   Other Income (be specific) _____                       _____

                   TOTAL MONTHLY GROSS INCOME                     $ __680.00__

   Monthly Expenses:
     A. Living Expenses                                           $ _____
        Rent/Mortgage
        Total Utilities: Gas, Electricity, Water, etc             __200.00__
        Food                                                      __250.00__
        Clothing                                                  __50.00__
        Health Care/Medical                                       __75.00__
        Insurance                                                 __75.00__
        Car Payment(s)/Transportation Expenses
        Loan Payment(s)
   *OPTIONAL

| Form C-10A  Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP |
|---|---|

Monthly Expenses:(cont'd page1)
  Credit Card Payment(s)
  Educational/Employment Expenses
  Other Expenses (be specific) _____

Sub-Total ................................................ A $ 680.00

B. Child Support Payment(s)/Alimony     $ _____

Sub-Total                                              B $ _____
C. Exceptional Expenses                        $ _____

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ 680.00

Total Gross Monthly Income Less total monthly expenses:
DISPOSABLE MONTHLY INCOME                                $ 0

4. LIQUID ASSETS:
  Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)   $ _____
  Equity in Real Estate (value of property less what you owe)
  Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
  Other (be specific)
  Do you own anything else of value? ☐ Yes ☑ No
  (land, house, boat, TV, stereo, jewelry)
  If so, describe _____

TOTAL LIQUID ASSETS                                      $ 0

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

Sworn to and subscribed before me this

13th day of November 2007

_____
Judge/Clerk/Notary

NOTARY PUBLIC  **Jenny A. Mothershed**
Commission # DD441169
Expires July 5, 2009
STATE OF FLORIDA  Bonded Troy Fain - Insurance, Inc. 800-385-7019

_____
Affiant's Signature

DONNIE BJORN
Print or Type Name

| State of Alabama<br>Unified Judicial System<br>Form C-10B    Rev.2/95 | ORDER APPOINTING<br>COUNSEL (INDIGENT) | Case Number<br>1:07-CV-1048 |
|---|---|---|

IN THE _Middle District_ COURT OF _Montgomery_, ALABAMA
(Circuit, District, or Municipal)                (Name of County or Municipality)

STYLE OF CASE: _Zorn et al_ v. _Integon Ins. Co. et al_
                              Plaintiff(s)                                Defendant

[x] STATE OF ALABAMA

[ ] Municipality of _____ v. _____
                                                                            Defendant

[ ] IN THE MATTER OF _____, a child

---

**IT IS, THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:**

[ ] Affiant is not indigent and request is DENIED.

[ ] Affiant is partially indigent and able to contribute monetarily towards his defense; therefore, defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. This amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows:

_____

_____

[ ] Affiant is indigent and request is GRANTED.

[ ] The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____,
is hereby appointed as counsel to represent affiant.      (Name of Attorney)

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this_____ day of _____, _____

_____
Judge