IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 DEC 17 A 10: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ZORN et al., )
                )
Plaintiffs )
                )
V. ) CIVIL ACTION NO. 1:07cv1048-MEF
                )
INTEGON INSURANCE )
COMPANY, et al., )
                )
Defendents )

Motion For Correction

Now Comes Roger Zorn and Vonnie Zorn Plaintiffs, Pro Se Asking the Honorable Court to Correct the Defendents' Name from Gary E. Gerhandm. to Gary E. Gerhardm and Correct the Civil Docket Demand from $5,000,000.00 to $500,000,000.00.

_Roger Zorn_

ROGER ZORN
3212 State Hwy. 2 East
Westville, FL. 32464
850.859.9984