IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER ZORN, *et al.*,           ) | |
| )             | |
| Plaintiffs,          ) | |
| )             | |
| v.                              ) | CIVIL ACTION NO. 1:07cv1048-MEF |
| )             | |
| INTEGON INSURANCE          ) | |
| COMPANY, *et al.*,              ) | |
| )             | |
| Defendants.          ) | |

## ORDER ON MOTION

Pending before the Court is Plaintiffs joint "Motion For Correction" (Doc. #11) which the undersigned construes as a Motion to Amend the Complaint. The motion seeks to correct the name of a Defendant in this action and change the monetary demand from $5 million to $500 million. In light of the Court's Recommendation entered herewith, it is

ORDERED that the motion (Doc. #11) is DENIED as MOOT. .

DONE this 18th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE