IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER ZORN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | CASE NO. 1:07cv1048-MEF |
| ) | |
| INTEGON INSURANCE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Magistrate Judge filed a Recommendation (Doc. #14) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #14) of the Magistrate Judge is ADOPTED. The Court DISMISSES *with prejudice* the Plaintiffs' federal claims against all named Defendants except the Commission as time barred. The Court also dismisses the Plaintiffs' federal claims against the Commission for failure to comply with the Court's Order and abandonment of those claims. Having dismissed the federal claims, the Court declines to exercise supplemental jurisdiction over the state civil law claims. Accordingly, the Court DISMISSES the complaint without any opportunity for amendment and prior to service of process under 28 U.S.C. § 1915(e)(2)(B).

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE